UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-22376-CV-MIDDLEBROOKS

ROBERT RIVERNIDER,

     Petitioner,

v.

WARDEN, MIAMI FEDERAL
DETENTION CENTER,

     Respondent[1].

_____/

### RESPONDENT'S SUPPLEMENTAL RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

Warden, E.K. Carlton, through the undersigned Assistant U.S. Attorney, hereby files this supplemental response to the Court's Order to Show Cause filed on April 8, 2026 (DE 14). The Bureau of Prisons ("BOP") just notified the undersigned that petitioner, Robert Rivernider ("Petitioner") was moved from FDC Miami on April 8, 2026, at 12:49 a.m., prior to the issuance of the Court's Order to Show Cause. *See* Exhibit "A." According to BOP, on March 5, 2026, Petitioner was in Miami as a temporary holdover for his supervised release violation. BOP subsequently transferred him out on April 8, 2026, as stated, to FCI Beckley. *Id.*

Moreover, Petitioner has not exhausted his administrative remedies relating to his FSA credits, as required before any federal district court would have jurisdiction over his

---

[1] The Bureau of Prisons ("BOP") requests the Court substitute Roger Morris, who is presently the acting Warden for FDC Miami and the proper Respondent to Petitioner's petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

1

petition. Nevertheless, BOP agreed to reach out to FCI Beckley to notify them of Petitioner's petition.

Respectfully submitted,

JASON REDDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/ Alicia E. Shick*_____
Assistant United States Attorney
Florida Bar No. 124842
U.S. Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-660-5793
Email: Alicia.Shick@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed to:

Robert Rivernider
Reg No. 96006-004
FCI Beckley
Federal Correctional Institution
P.O. Box 350
Beaver, WV 25813

By:   *s/  Alicia  E.  Shick*_____
        Alicia E. Shick
        Assistant United States Attorney

2