```
  MIAFH  531.01 *                INMATE HISTORY              *      04-23-2026
PAGE 001        *                   ADM-REL                  *      14:42:09


  REG NO..: 96006-004 NAME....: RIVERNIDER, ROBERT
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
BEC    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-15-2026 1339 CURRENT
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-15-2026 1339 04-15-2026 1339
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-15-2026 0400 04-15-2026 1339
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-15-2026 0400 04-15-2026 0400
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-14-2026 0941 04-15-2026 0400
ATL    HLD REMOVE HOLDOVER REMOVED             04-14-2026 0941 04-14-2026 0941
ATL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-09-2026 0815 04-14-2026 0941
B30    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-09-2026 0815 04-09-2026 0815
B30    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-09-2026 0154 04-09-2026 0815
TAL    HLD REMOVE HOLDOVER REMOVED             04-09-2026 0154 04-09-2026 0154
TAL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-08-2026 1236 04-09-2026 0154
B20    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-08-2026 1236 04-08-2026 1236
B20    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-08-2026 0049 04-08-2026 1236
MIM    HLD REMOVE HOLDOVER REMOVED             04-08-2026 0049 04-08-2026 0049
MIM    A-HLD      HOLDOVER, TEMPORARILY HOUSED   03-05-2026 1225 04-08-2026 0049
EST    CMPSNT REL COMPASSIONATE RELEASE         05-14-2020 1424 03-05-2026 1225
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-05-2019 1006 05-14-2020 1424
EST    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-05-2019 0807 12-05-2019 1006
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-07-2019 1436 12-05-2019 0807
EST    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-07-2019 1304 06-07-2019 1436
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-01-2018 0835 06-07-2019 1304
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-01-2018 0835 05-01-2018 0835
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-01-2018 0433 05-01-2018 0835
ATL    HLD REMOVE HOLDOVER REMOVED             05-01-2018 0433 05-01-2018 0433
ATL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-30-2018 1400 05-01-2018 0433
B09    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-30-2018 1400 04-30-2018 1400
B09    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-30-2018 1306 04-30-2018 1400
ATL    ADMIN REL  ADMINISTRATIVE RELEASE         04-30-2018 1306 04-30-2018 1306
ATL    A-ADMIN    ADMINISTRATIVE ADMISSION       04-30-2018 1235 04-30-2018 1306
B09    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-30-2018 1235 04-30-2018 1235
B09    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-30-2018 0326 04-30-2018 1235
PEM    HLD REMOVE HOLDOVER REMOVED             04-30-2018 0326 04-30-2018 0326
PEM    A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-25-2018 1453 04-30-2018 0326
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-25-2018 1453 04-25-2018 1453
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-25-2018 0806 04-25-2018 1453
PHL    HLD REMOVE HOLDOVER REMOVED             04-25-2018 0806 04-25-2018 0806
PHL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-24-2018 1734 04-25-2018 0806
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-24-2018 1734 04-24-2018 1734
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-24-2018 1340 04-24-2018 1734
BRO    HLD REMOVE HOLDOVER REMOVED             04-24-2018 1340 04-24-2018 1340
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED   03-23-2018 2024 04-24-2018 1340




G0002        MORE PAGES TO FOLLOW . . .
```

```
  MIAFH  531.01 *              INMATE HISTORY            *      04-23-2026
PAGE 002         *                ADM-REL               *      14:42:09


  REG NO..: 96006-004 NAME....: RIVERNIDER, ROBERT
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
P17    RELEASE 03 RELEASED FROM IN-TRANSIT, MAR 03-23-2018 2024 03-23-2018 2024
P17    A-ADMIT 12 ADMITTED TO IN-TRANSIT, DEC   12-02-2017 0530 03-23-2018 2024
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-02-2017 0530 12-02-2017 0530
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-04-2017 0530 12-02-2017 0530
B10    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-04-2017 0530 08-04-2017 0530
B10    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-03-2017 0436 08-04-2017 0530
BRO    HLD REMOVE HOLDOVER REMOVED             08-03-2017 0436 08-03-2017 0436
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-01-2017 1811 08-03-2017 0436
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-01-2017 1811 08-01-2017 1811
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-27-2017 0530 08-01-2017 1811
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-27-2017 0530 07-27-2017 0530
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-26-2017 0945 07-27-2017 0530
ATL    HLD REMOVE HOLDOVER REMOVED             07-26-2017 0945 07-26-2017 0945
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 07-25-2017 1448 07-26-2017 0945
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-25-2017 1448 07-25-2017 1448
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-25-2017 1117 07-25-2017 1448
ATL    ADMIN REL  ADMINISTRATIVE RELEASE        07-25-2017 1117 07-25-2017 1117
ATL    A-ADMIN    ADMINISTRATIVE ADMISSION      07-25-2017 1108 07-25-2017 1117
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-25-2017 1108 07-25-2017 1108
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-25-2017 1059 07-25-2017 1108
EST    FED WRIT   RELEASE ON FEDERAL WRIT       07-25-2017 1059 05-01-2018 0835
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-11-2017 1053 07-25-2017 1059
EST    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-11-2017 0840 05-11-2017 1053
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-04-2017 1042 05-11-2017 0840
EST    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-04-2017 0850 05-04-2017 1042
EST    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-07-2016 0800 05-04-2017 0850
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-07-2016 0800 09-07-2016 0800
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-07-2016 0515 09-07-2016 0800
ATL    HLD REMOVE HOLDOVER REMOVED             09-07-2016 0515 09-07-2016 0515
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-25-2016 0830 09-07-2016 0515
B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-25-2016 0830 08-25-2016 0830
B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-25-2016 0329 08-25-2016 0830
TAL    HLD REMOVE HOLDOVER REMOVED             08-25-2016 0329 08-25-2016 0329
TAL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-12-2016 0920 08-25-2016 0329
B16    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-12-2016 0920 08-12-2016 0920
B16    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-12-2016 0600 08-12-2016 0920
JES    TRANSFER   TRANSFER                      08-12-2016 0600 08-12-2016 0600
JES    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-29-2014 1126 08-12-2016 0600
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-29-2014 1126 01-29-2014 1126
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-24-2013 1137 01-29-2014 1126
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        12-24-2013 1037 12-24-2013 1037



G0002       MORE PAGES TO FOLLOW . . .
```

```
 MIAFH  531.01 *              INMATE HISTORY            *      04-23-2026
PAGE 003 OF 003 *               ADM-REL                *      14:42:09


  REG NO..: 96006-004 NAME....: RIVERNIDER, ROBERT
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION    12-24-2013 1028 12-24-2013 1037
P11    RELEASE 12 RELEASED FROM IN-TRANSIT, DEC 12-24-2013 1128 12-24-2013 1128
P11    A-ADMIT 04 ADMITTED TO IN-TRANSIT, APR  04-08-2011 0530 12-24-2013 1128
6-B    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-08-2011 0530 04-08-2011 0530
6-B    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-09-2010 0403 04-08-2011 0530
BRO    HLD REMOVE HOLDOVER REMOVED             12-09-2010 0403 12-09-2010 0403
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED 12-07-2010 1022 12-09-2010 0403
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-07-2010 1022 12-07-2010 1022
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-07-2010 0707 12-07-2010 1022
PHL    HLD REMOVE HOLDOVER REMOVED             12-07-2010 0707 12-07-2010 0707
PHL    A-HLD      HOLDOVER, TEMPORARILY HOUSED 12-06-2010 1825 12-07-2010 0707
ATL    PRE REMOVE PRE SENT DETAINEE REMOVED    12-02-2010 1050 12-06-2010 1825
ATL    A-PRE      PRE-SENT ADMIT, ADULT        12-01-2010 1123 12-02-2010 1050
B14    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-01-2010 1123 12-01-2010 1123
B14    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-01-2010 0341 12-01-2010 1123
TAL    HLD REMOVE HOLDOVER REMOVED             12-01-2010 0341 12-01-2010 0341
TAL    A-PRE      PRE-SENT ADMIT, ADULT        11-30-2010 1529 12-01-2010 0341
MIM    PRE REMOVE PRE SENT DETAINEE REMOVED    11-30-2010 0403 11-30-2010 1529
MIM    A-PRE      PRE-SENT ADMIT, ADULT        11-17-2010 1200 11-30-2010 0403




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```