**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22376-CV-MIDDLEBROOKS**

**ROBERT RIVERNIDER,**

      Petitioner,

**v.**

**WARDEN MIAMI FEDERAL**
**DETENTION CENTER,**

      Respondent.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT'S SUPPLEMENTAL ORDER TO SHOW CAUSE (DE 21)

Respondent, the Warden of Miami Federal Detention Center, by and through the undersigned Assistant United States Attorney, hereby moves this Court for an extension of time to file its answer to Petitioner Robert Rivernider's ("Petitioner") "Amended Petition" for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (DE 4), in furtherance of which Respondent states the following:

1.      Petitioner has filed an Amended Petition requesting the Court to direct Respondent to "correct [Petitioner's] sentence computation if it is inconsistent with federal law" (DE 4:6).

2.      The undersigned has forwarded the Court's Supplemental Order to Show Cause to the Bureau of Prisons ("BOP") for handling and review. Because BOP was under the impression that this matter should be handled by FCI Beckley, it has not yet determined if Petitioner has exhausted his administrative remedies as required by statute, notwithstanding the Court's assumption that exhaustion may have been futile.

3. Investigating whether Petitioner has exhausted necessarily entails reviewing various records from Petitioner's institutions and acquiring the necessary declarations from BOP, which will take some time.

4. Furthermore, and more importantly, BOP will be required to review Petitioner's records and acquire a declaration to resolve the issues Petitioner raised in his Amended Petition regarding the calculation of his sentence.

5. The BOP lead attorney in Miami who advised on this matter prior to the undersigned filing its Responses on Respondent's behalf is currently on leave until May 4, 2026. BOP is incredibly short-staffed currently, and it will take time to determine whether Petitioner is owed any credits that he has not already received.

6. Respondent respectfully requests a 14-day extension of time to properly respond to the Amended Petition. *See* Supplemental Order to Show Cause- 28 U.S.C. § 2241 ("a response to the order to show cause '[s]hall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.'"), citing 28 U.S.C. § 2243. Respondent requires information and documentation from BOP to determine the validity of Petitioner's claim.

7. This motion is not made for the purpose of delay; rather, it is to most efficiently and effectively assist this Court in reaching a just decision.

WHEREFORE, Respondent respectfully requests that this Court extend the time for the filing of Respondent's response for 14 days.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     *s/ Alicia E. Shick*
Assistant United States Attorney
Florida Bar No. 124842
U.S. Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-660-5793
Email: Alicia.Shick@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and directed the document to be mailed by United States Mail to:

Robert Rivernider, *Pro se*
Reg. No. 96006-004
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, WV 25813

*s/ Alicia E. Shick*
Alicia E. Shick
Assistant United States Attorney

Page **3** of **3**