**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 26-22376-CV-MIDDLEBROOKS

ROBERT RIVERNIDER,

     Petitioner,

v.

WARDEN, ORANGE COUNTY JAIL,
*et al.*,

     Respondents.

                            /

## ORDER

**THIS CAUSE** is before the court on the Petitioner Robert Rivernider's ("Petitioner") *pro se* "Motion Requesting Order Directing Bureau of Prisons to Provide Progress Report, Sentence Computation Data, and First Step Act Credit Calculations") ("Motion") filed by the Clerk of Court on May 11, 2026.  (DE 24).   In the Motion, Petitioner requests copy of documents relevant to the claims raised in his federal habeas corpus petition ("Petition") brought pursuant to 28 U.S.C. § 2241.   Petitioner's Motion is premature.[1]   Careful review of my Supplemental Order to Show Cause (DE 21) reveals that Respondent was ordered to file and provide Petitioner with a copy of all relevant documents in support of their response.   Respondent has not filed its Response which was due on or before May 1, 2026.   Accordingly, after review of the Motion and the record, it is

---

[1] Inherent in the fact pleading requirement of the federal habeas rules is the notion that a habeas case is not a vehicle for a so-called fishing expedition via discovery, an effort to find evidence to support a future claim.   *Borden v. Allen*, 646 F.3d 785, 810 n. 31 (11th Cir. 2011).   If, after receipt of the response, Petitioner believes Respondent failed to provide relevant documents, he may file a renewed motion.

**ORDERED** as follows:

1.      Petitioner's Motion (DE 24) is **DENIED with prejudice.**

2.      On or before **May 15, 2026**, Respondent shall show cause why they have failed to comply with my Supplemental Order to Show Cause and **shall** file their supplemental response on or before the above due date.

        **SIGNED** in Chambers at West Palm Beach, Florida, this 12th day of May, 2026.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Robert Rivernider, *Pro Se***
Reg. No. 96006-004
Federal Correctional Institution-Beckley
Inmate Mail/Parcels
Post Office Box 350
Beaver, WV 25813

**Alicia E. Shick, AUSA**
United States Attorney's Office
500 E Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394
Email: alicia.shick@usdoj.gov

Page **2** of **2**