| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*)<br>0205 3:10CR00222-001<br><br>DOCKET NUMBER (*Rec. Court*)<br>5:24-cr-138-TPB-PRL |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Robert Rivernider<br>Wellington, FL 33411 | DISTRICT<br>CONNECTICUT | DIVISION<br>HARTFORD |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>Honorable Robert N. Chatigny, U.S. District Judge | | |
|---|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>05/14/2020 | TO<br>05/13/2025 |

OFFENSE
FRAUD BY WIRE - RADIO - OR TELEVISION

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Rivernider has established himself in Middle District of Florida. He has no ties to Connecticut and no plans of returning to Connecticut.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    DISTRICT OF CONNECTICUT

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 28, 2024
*Date*

Robert N Chatigny  Digitally signed by Robert N Chatigny
Date: 2024.03.28 10:39:56 -04'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 -ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        MIDDLE        DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                    *United States District Judge*

Case 4:25-cr-00167-BMT Document 26-5 Filed on 05/22/24 in TXSD Page 2 of 101

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,EFILE,RAR,REFMC

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:10-cr-00222-RNC-1

Case title: USA v. Rivernider et al

Date Filed: 11/04/2010

Date Terminated: 12/23/2013

---

Assigned to: Judge Robert N. Chatigny
Referred to: Judge Robert A. Richardson

**Defendant (1)**

**Robert Rivernider**
*TERMINATED: 12/23/2013*

represented by **Brian E. Tims**
Flb Law
33 Riverside Avenue
Ste 4th Floor
Westport, CT 06880
203-635-2200
Email: tims@flb.law
*TERMINATED: 03/26/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Bergenn**
Shipman & Goodwin -ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5639
Fax: 860-251-5219
Email: jbergenn@goodwin.com
*TERMINATED: 01/11/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael G Chase**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5194
Fax: 860-251-5219
Email: chasem@aetna.com
*TERMINATED: 06/11/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Shur**
Office of the Federal Public Defender
265 Church Street
Suite 702
New Haven, CT 06510
203-654-3037
Email: rachel_shur@fd.org
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Robert M. Frost , Jr.**
Frost Bussert LLC
350 Orange Street, Suite 100
New Haven, CT 06511
203-495-9790
Fax: 203-495-9795
Email: rmf@frostbussert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sally Wasserman**
352 Seventh Avenue
Eleventh Floor, Suite 1101
New York, NY 10001
212-631-7504
Email: sallywass@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Shelley R. Sadin**
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441
Fax: 203-333-1489
Email: ssadin@znclaw.com
*TERMINATED: 03/26/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Terence S. Ward**
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
860-493-6260
Fax: 860-493-6269
Email: Terence_Ward@fd.org
*TERMINATED: 06/07/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Joseph Patten Brown**
Law Offices of Pat Brown
30 E Main Street
Avon, CT 06001
860-878-4311
Fax: 860-404-2568
Email: jpb@patbrownlaw.com
*TERMINATED: 03/26/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due. ORDER REDUCING SENTENCE: Defendant's previously imposed sentence of imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD - Conspiracy (1) | |
| | Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due. ORDER REDUCING SENTENCE: Defendant's previously imposed sentence of imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| FRAUD BY WIRE, RADIO, OR TELEVISION - Wire Fraud (2-8) | |

| | |
|---|---|
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD - Conspiracy (9) | Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due. ORDER REDUCING SENTENCE: Defendant's previously imposed sentence of imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |
| FRAUD BY WIRE, RADIO, OR TELEVISION - Wire Fraud (10-18) | Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due. ORDER REDUCING SENTENCE: Defendant's previously imposed sentence of imprisonment of 144 months is reduced to time-served. All other provisions of the Judgment dated 12/23/2013 shall remain in effect. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Movant**

**Russell Aoki**                                    represented by    **Russell Aoki**
Aiki Law PLLC
720 Olive Way, Ste 1525
Seattle, WA 98101-39337
206-624-1900
Email: russ@aokilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

**USA**                                            represented by    **Christine L. Sciarrino**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3780
Fax: 203-773-5373
Email: Christine.Sciarrino@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Schmeisser**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3754
Fax: 203-773-5376
Email: Christopher.Schmeisser@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Fein**
*TERMINATED: 05/14/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H. Durham**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Email: john.durham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy T. Opoku**
U.S. Attorney's Office
157 Church St., 25th Floor

New Haven, CT 06510
203-821-3806
Email: tracy.opoku@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2010 | 1 | SEALED INDICTMENT returned before Judge Joan G. Margolis. Arrest Warrants to issue, returned before grand jury number N-09-1 as to Robert Rivernider (1) count(s) 1, 2-8, 9, 10-18, Robert Ponte (2) count(s) 1, 2-8, 9, 10-18, 19, 20, Loretta Seneca (3) count(s) 9, 10-18. (Gutierrez, Y.) (Entered: 11/05/2010) |
| 11/04/2010 | | CJA20 appointment of Shelley Sadin as to Robert Rivernider. Signed by Clerk on 12/15/10. (D'Onofrio, B.) (Entered: 12/15/2010) |
| 11/05/2010 | | Arrest of Robert Rivernider in USDC Southern District of Florida. (Pesta, J.) (Entered: 12/07/2010) |
| 11/18/2010 | 19 | MOTION to Unseal Case by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Pesta, J.) (Entered: 11/18/2010) |
| 11/18/2010 | 20 | ORDER granting 19 Motion to Unseal Case as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). Signed by Judge Joan G. Margolis on 11/18/10. (Pesta, J.) (Entered: 11/18/2010) |
| 11/18/2010 | | CASE UNSEALED as to Robert Rivernider, Robert Ponte, Loretta Seneca (Pesta, J.) (Entered: 11/18/2010) |
| 11/18/2010 | 21 | ELECTRONIC FILING ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Ellen Bree Burns on 11/18/10. (Pesta, J.) (Entered: 11/18/2010) |
| 12/06/2010 | 26 | Rule 5 Documents Received as to Robert Rivernider (Pesta, J.) (Entered: 12/07/2010) |
| 12/08/2010 | 27 | ATTORNEY APPEARANCE: Shelley R. Sadin appearing for Robert Rivernider (Sadin, Shelley) (Entered: 12/08/2010) |
| 12/13/2010 | 29 | Minute Entry for proceedings held before Judge Joan G. Margolis:Detention Hearing and Arraignment as to Robert Rivernider (1) Count 1,2-8,9,10-18 held on 12/13/2010, Plea entered by Robert Rivernider Not Guilty on counts 1, 2-8, 9, 10-18. Defendant Detained. Deadlines to be set at the status conference hearing on 12/21/10 TOTAL TIME: 42 minutes(Court Reporter FTR.)(Gutierrez, Y.) (Entered: 12/16/2010) |
| 12/13/2010 | 30 | MOTION for Pretrial Detention by USA as to Robert Rivernider. (Gutierrez, Y.) (Entered: 12/16/2010) |
| 12/17/2010 | 32 | MOTION to Adopt *Defendant Robert Ponte's Motion to Modify Scheduling Order* by Robert Rivernider. (Sadin, Shelley) (Entered: 12/17/2010) |
| 12/17/2010 | 33 | MOTION for Reconsideration re 29 Minute Entry for Detention Hearing & Arraignment and 30 MOTION for Pretrial Detention filed by USA by Robert Rivernider. (Sadin, Shelley) Modified on 12/20/2010 to create link (Brown, S.). (Entered: 12/17/2010) |

| 12/20/2010 | 34 | Memorandum in Opposition by USA as to Robert Rivernider re 29 Minute Entry for Detention Hearing and Arraignment re 33 MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA (Schmeisser, Christopher) Modified on 12/21/2010 to create link (Brown, S.). (Entered: 12/20/2010) |
|---|---|---|
| 12/20/2010 | 35 | EX PARTE MOTION for interim payments by Robert Rivernider. (Pesta, J.) (Entered: 12/21/2010) |
| 12/22/2010 | 36 | SCHEDULING ORDER as to Robert Rivernider, Robert Ponte; Motion Hearing set for 1/14/2011 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Signed by Judge Ellen Bree Burns on 12/22/10. (Pesta, J.) (Entered: 12/22/2010) |
| 12/22/2010 | 37 | SCHEDULING ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca. Substantive Motions due 4/4/11, Government Response due 4/26/11, Defendant Replies due 5/3/11, Jury Trial set for 6/15/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns, Jury Selection set for 6/14/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. ORDER: In the interest of justice, time under the Speedy Trial Act is prospectively excluded as to all defendants from January 11, 2011, through and including June 14, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7) & 3161(h)(8)(A), as this continuance is in the best interest of the defendants and that interest outweighs the public's interest in a speedy trial. Time excluded from 1/11/11 until 6/14/11. Signed by Judge Ellen Bree Burns on 12/22/10. NOTE: IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANT'S APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL (Pesta, J.) (Entered: 12/22/2010) |
| 12/22/2010 | 38 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 6/14/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Jury Trial set for 6/15/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANT'S APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. Hearing on Defendant Rivernider's Motion for Reconsideration of Pretrial Detention Order and Defendant Ponte's Motion for Release is set for 1/14/2011 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 12/22/2010) |
| 12/22/2010 | 39 | AMENDED ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca. The time from 12/22/10 to 6/14/11 is hereby excluded pursuant to Title 18 USC, Section 3161(h)(7)(A). This delay is in the interest of justice, and outweighs the public's interest in a speedy trial for the following reasons: (A) the continued need to review the vast scope of discovery provided to date; (B) the continued need to follow various investigative leads suggested by the material and to formulate a defense; (C) the delays occasioned by prior difficulties in communicating with the defendants while they remained in transport or in custody; (D) the difficulties endemic to investigating facts regarding the charged properties at issue that are located in a number of states, including Tennessee, Florida, New Jersey and Connecticut; (E) the difficulties in any investigation of the background of the alleged victim investors or alleged victim banks, many of which are in different states; and (F) the time needed to draft any relevant substantive motions and to coordinate, as needed, with other defense counsel in the case, given the range of factual issues raised in the governments allegations. Signed by Ellen Bree Burns on 12/22/10. (Pesta, J.) Time |

| | | excluded from 12/22/10 until 6/14/11. Signed by Judge Ellen Bree Burns on 12/22/10. (Pesta, J.) Modified text for clarity on 4/8/2011 (Pesta, J.). (Entered: 12/23/2010) |
|---|---|---|
| 12/23/2010 | 40 | ORDER granting 35 ExParte Motion as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 12/23/10. (Corbett, P.) (Entered: 12/23/2010) |
| 01/03/2011 | 41 | ENTERED IN ERROR: ORDER SCHEDULING JURY SELECTION as to Robert Rivernider, Robert Ponte, Loretta Seneca. Jury Selection in this matter is scheduled for March 8, 2011, at 10:00 A.M. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANT'S APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. Signed by Judge Ellen Bree Burns on 1/3/11. (Corbett, P.) Modified on 1/4/2011 (Pesta, J.). (Entered: 01/03/2011) |
| 01/03/2011 | 42 | AMENDED ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca. PLEASE DISREGARD ORDER SCHEDULING JURY SELECTION FOR MARCH 8, 2011, AS IT WAS ISSUED IN THE WRONG CASE. Jury Selection for this matter is still scheduled for June 14, 2011, at 10:00 A.M. Signed by Judge Ellen Bree Burns on 1/3/11. (Corbett, P.) (Entered: 01/03/2011) |
| 01/06/2011 | 46 | USM Return of Service on Arrest Warrant executed as to Robert Rivernider, Robert Ponte on 11/5/10 (Pesta, J.) (Freberg, B). (Entered: 01/07/2011) |
| 01/13/2011 | 48 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing set for 2/2/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 01/13/2011) |
| 01/13/2011 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Robert Rivernider, Robert Ponte, Loretta Seneca 33 MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA, 30 MOTION for Pretrial Detention, 23 MOTION to Modify Conditions of Release, 6 MOTION for Pretrial Detention. Motion Hearing set for 2/2/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns (Pesta, J.) (Entered: 01/13/2011) |
| 01/13/2011 | 49 | AMENDED -- NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing set for 2/4/2011 12:00 PM NOTE: NEW DATE AND TIME -- in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 01/13/2011) |
| 01/28/2011 | 51 | TRANSCRIPT of Proceedings: Held on 12/13/10 (Initial Appearance/Arraignment) before Judge Joan G. Margolis. Court Reporter: Steve Bowles. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/18/2011. Redacted Transcript Deadline set for 2/28/2011. Release of Transcript Restriction set for 4/28/2011. (Bowles, S.) (Entered: 01/28/2011) |

| 01/29/2011 | 52 | CORRECTED TRANSCRIPT of Proceedings: Held on 12/13/10 before Judge Joan G. Margolis. Court Reporter: Steve Bowles. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/19/2011. Redacted Transcript Deadline set for 3/1/2011. Release of Transcript Restriction set for 4/29/2011. (Bowles, S.) (Entered: 01/29/2011) |
|---|---|---|
| 02/04/2011 | 61 | Minute Entry for proceedings held before Judge Joan G. Margolis:Bond Hearing as to Robert Rivernider held on 2/4/2011Total Time: 29 minutes(Court Reporter FTR.) (Gutierrez, Y.) (Entered: 02/09/2011) |
| 02/07/2011 | 57 | Minute Entry for proceedings held before Judge Ellen Bree Burns: taking under advisement 33 Motion for Reconsideration as to Robert Rivernider (1); Detention Hearing as to Robert Rivernider held on 2/7/2011. TOTAL TIME: 1 Hour 5 min (1/2=33 minutes)(Court Reporter ECRO- B. Garguillo.) (Pesta, J.) (Entered: 02/07/2011) |
| 03/11/2011 | 67 | MOTION to Modify Conditions of Release *Pending Trial* by Robert Rivernider. (Sadin, Shelley) (Entered: 03/11/2011) |
| 03/11/2011 | 68 | ELECTRONIC ORDER granting 67 Motion to Modify Conditions of Release as to Robert Rivernider (1), the AUSA and USPO having no objection thereto. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE FROM THE COURT. Signed by Judge Joan G. Margolis on 3/11/11. (Margolis, Joan) (Entered: 03/11/2011) |
| 03/11/2011 | 69 | ELECTRONIC ORDER denying 30 Motion for Pretrial Detention as to Robert Rivernider (1). See Dkts. ##67-68. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE FROM THE COURT. Signed by Judge Joan G. Margolis on 3/11/11. (Margolis, Joan) (Entered: 03/11/2011) |
| 03/11/2011 | 70 | ORDER finding as moot 33 Motion for Review of Detention Order as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 3/11/11. (Corbett, P.) (Entered: 03/11/2011) |
| 03/15/2011 | 71 | USM Return of Service on Arrest executed as to Robert Rivernider on 11/5/10 (Pesta, J.) (Entered: 03/15/2011) |
| 03/16/2011 | 72 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Pesta, J.) (Entered: 03/17/2011) |
| 03/17/2011 | 73 | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE as to Robert Rivernider. Signed by Judge Joan G. Margolis on 3/17/2011. (Rodko, B.) (Entered: 03/17/2011) |
| 03/17/2011 | 74 | ORDER Setting Conditions of Release as to Robert Rivernider. Signed by Judge Joan G. Margolis on 2/4/11. (Gutierrez, Y.) (Entered: 03/18/2011) |
| 03/18/2011 | 75 | ORDER granting 72 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 3/18/11. (Pesta, J.) (Entered: 03/18/2011) |
| 03/18/2011 | 76 | Non-Surety Bond Entered as to Robert Rivernider in amount of $ 100,000.00, (Gutierrez, Y.) (Entered: 03/18/2011) |

| 03/18/2011 | 77 | NOTICE *of Related Case* by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Schmeisser, Christopher) (Entered: 03/18/2011) |
|---|---|---|
| 03/18/2011 | 107 | SEALED BAIL INFORMATION SHEET by Robert Rivernider (Gutierrez, Y.) (Entered: 07/25/2011) |
| 03/30/2011 | 80 | MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Schmeisser, Christopher) (Entered: 03/30/2011) |
| 04/05/2011 | 81 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 10/11/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Jury Trial set for 10/12/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANT'S APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. (Corbett, P.) (Entered: 04/05/2011) |
| 04/05/2011 | 82 | ORDER granting 80 Motion to continue as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); granting 79 Motion to Continue as to Loretta Seneca (3). Signed by Judge Ellen Bree Burns on 4/5/11. (Pesta, J.) (Entered: 04/06/2011) |
| 04/07/2011 | 83 | AMENDED ORDER TO CONTINUE The 80 motion to continue as to Robert Rivernider, Robert Ponte and Loretta Seneca is granted. The time from the date of the granting of this motion until October 11, 2011 is hereby excluded pursuant to Title 18 USC, Section 3161(h)(7)(A). This delay is in the interest of justice, and outweighs the publics interest in a speedy trial for the following reasons: (A) the continued need to review the vast scope of discovery provided to date; (B) the continued need to follow various investigative leads suggested by the material and to formulate a defense; (C) the delays occasioned by prior difficulties in communicating with the defendants while they remained in transport or in custody; (D) the difficulties endemic to investigating facts regarding the charged properties at issue that are located in a number of states, including Tennessee, Florida, New Jersey and Connecticut; (E) the difficulties in any investigation of the background of the alleged victim investors or alleged victim banks, many of which are in different states; and (F) the time needed to draft any relevant substantive motions and to coordinate, as needed, with other defense counsel in the case, given the range of factual issues raised in the governments allegations. Signed by Ellen Bree Burns on 4/7/11. (Pesta, J.) Modified on 4/8/2011 (Pesta, J.). (Entered: 04/08/2011) |
| 04/08/2011 | | Docket Entry Correction as to Robert Rivernider, Robert Ponte, Loretta Seneca Modified the docket text of 83 Order AND 39 Order for clarity. (Pesta, J.) (Entered: 04/08/2011) |
| 04/08/2011 | 84 | SEALED MOTION to seal - by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Pesta, J.) (Entered: 04/11/2011) |
| 04/08/2011 | 85 | ORDER granting 84 Sealed Motion as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). Signed by Judge Ellen Bree Burns on 4/7/11. (Pesta, J.) (Main Document 85 replaced on 4/11/2011) (Pesta, J.). (Entered: 04/11/2011) |
| 04/08/2011 | 86 | SEALED MOTION - by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Pesta, J.) (Entered: 04/11/2011) |
| 04/08/2011 | 87 | ORDER granting 86 Sealed Motion as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). Signed by Judge Ellen Bree Burns on 4/7/11. (Pesta, J.) (Entered: 04/11/2011) |

| 05/03/2011 | 88 | MOTION to Appoint Counsel *as Coordinating Discovery Attorney* by Robert Rivernider. (Sadin, Shelley) (Entered: 05/03/2011) |
|---|---|---|
| 05/04/2011 | 90 | MOTION to Modify Conditions of Release *Pending Trial* by Robert Rivernider. (Sadin, Shelley) (Entered: 05/04/2011) |
| 05/05/2011 | 91 | MOTION to Incur Expenses by Robert Rivernider. (Brown, S.) Modified on 5/5/2011 to change motion (Brown, S.). (Entered: 05/05/2011) |
| 05/05/2011 | 92 | ORDER granting 91 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 5/5/11. (Pesta, J.) (Entered: 05/05/2011) |
| 05/11/2011 | 93 | RULING: granting in part 90 Motion to Modify Conditions of Release as to Robert Rivernider (1). Signed by Judge Joan G. Margolis on 5/11/2011. (Rodko, B.) (Entered: 05/11/2011) |
| 05/25/2011 | 97 | ORDER granting 88 Motion to Appoint Russell M. Aoki as Coordinating Discovery Counsel as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 5/25/11. (Corbett, P.) (Entered: 05/25/2011) |
| 05/25/2011 | 98 | ENTERED IN ERROR: SCHEDULING ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca; Substantive Motions due 9/12/11, Government Response due 9/22/11, Proposed Voir Dire Questions due 10/1/11, Proposed Jury Instructions due 10/1/11, Jury Trial set for 10/12/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns, Jury Selection set for 10/11/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Signed by Judge Ellen Bree Burns on 5/25/11. (Pesta, J.) Modified on 5/26/2011 (Pesta, J.). (Entered: 05/25/2011) |
| 05/25/2011 | | Attorney update in case as to Robert Rivernider. (Pesta, J.) (Entered: 09/15/2011) |
| 05/26/2011 | 99 | AMENDED SCHEDULING ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca: Substantive Motions due 6/15/11, Government Response due 7/15/11, Proposed Voir Dire Questions due 10/1/11, Proposed Jury Instructions due 10/1/11, Jury Trial set for 10/13/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns, Jury Selection set for 10/11/2011 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Signed by Judge Ellen Bree Burns on 5/26/11. * This corrects Order 98 which was entered in error. (Pesta, J.) (Entered: 05/26/2011) |
| 06/15/2011 | 100 | Joint MOTION for Bill of Particulars by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Sadin, Shelley) (Entered: 06/15/2011) |
| 06/15/2011 | 101 | Memorandum in Support by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca re 100 Joint MOTION for Bill of Particulars (Sadin, Shelley) (Entered: 06/15/2011) |
| 06/15/2011 | 102 | MOTION for Extension of Time Motions Deadline by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Sadin, Shelley) (Entered: 06/15/2011) |
| 07/15/2011 | 105 | RESPONSE/REPLY by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re 102 Motion for Extension of Time, 101 Memorandum in Support of 100 Motion for Bill of Particulars, 100 Motion for Bill of Particulars (Schmeisser, Christopher) Modified on 7/18/2011 to create link Brown, S.). (Entered: 07/15/2011) |
| 07/20/2011 | 106 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 10/11/2011 10:00 AM in Courtroom Three, |

| | | 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANTS APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. (Corbett, P.) (Entered: 07/20/2011) |
|---|---|---|
| 07/27/2011 | 108 | MOTION for Extension of Time to File Response/Reply *To 100 Joint Motion For Bill of Particulars* by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Sadin, Shelley) Modified on 7/28/2011 to create link (Brown, S.). (Entered: 07/27/2011) |
| 07/27/2011 | 109 | RESPONSE/REPLY by Robert Rivernider, Robert Ponte, Loretta Seneca *To 100 Joint Motion For A Bill Of Particulars* (Sadin, Shelley) Modified on 7/28/2011 to create link (Brown, S.). Modified on 7/28/2011 to add filers (Brown, S.). (Entered: 07/27/2011) |
| 08/03/2011 | 110 | ORDER finding as moot 102 Motion for Extension of Time as to Robert Rivernider (1); granting 108 Motion for Extension of Time to File Response/Reply as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 8/3/11. (Corbett, P.) (Entered: 08/03/2011) |
| 08/03/2011 | 115 | ORDER finding as moot 102 Motion for Extension of Time as to Robert Ponte (2), Loretta Seneca (3) see order 110 . Signed by Judge Ellen Bree Burns on 8/3/11. (Pesta, J.) (Entered: 09/08/2011) |
| 08/12/2011 | 111 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 9/2/2011 09:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 08/12/2011) |
| 09/02/2011 | 112 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 2/14/2012 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANTS APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. (Corbett, P.) (Entered: 09/02/2011) |
| 09/02/2011 | 113 | ELECTRONIC ORDER TO CONTINUE - Ends of Justice as to Robert Rivernider, Robert Ponte, Loretta Seneca Time excluded from 10/11/2011 until 2/14/2012. The Court finds in the interest of justice, it is hereby Ordered that the period from 10/11/11, through and including 2/14/2012, is hereby excluded pursuant to Title 18 USC, Section 316(h)(7)(A) - Time excluded from 10/11/11 until 2/14/2012. Signed by Judge Ellen Bree Burns on 9/2/2011. (Villano, P.) (Entered: 09/07/2011) |
| 09/08/2011 | 114 | ORDER granting 108 Motion for Extension of Time to File Response/Reply as to Robert Ponte (2), Loretta Seneca (3). see ORDER 110 Signed by Judge Ellen Bree Burns on 8/3/11. (Pesta, J.) (Entered: 09/08/2011) |
| 09/08/2011 | 116 | AMENDED ORDER TO CONTINUE as to Robert Rivernider, Robert Ponte and Loretta Seneca is granted. The time from 10/11/11-2/14/12 is hereby excluded pursuant to Title 18 USC, Section 3161(h)(7)(A). This delay is in the interest of justice, and outweighs the publics interest in a speedy trial for the following reasons: (A) the continued need to review the vast scope of discovery provided to date; (B) the continued need to follow various investigative leads suggested by the material and to formulate a defense; Signed by Judge Ellen Bree Burns on 9/8/11. (Pesta, J.) (Entered: 09/08/2011) |
| 09/14/2011 | 117 | ExParte Document by Russell Aoki as to Robert Rivernider (Attachments: # 1 Declaration to Report, # 2 Exhibits A-D to Report, # 3 Exhibits E-H to Report)(Villano, |

| | | P.) (Entered: 09/15/2011) |
|---|---|---|
| 09/20/2011 | 118 | ExParte ORDER re: 117 Ex Parte Document as to Robert Rivernider, Robert Ponte, Loretta Seneca, signed by Judge Ellen Bree Burns on 9/20/11. (Pesta, J.) (Entered: 09/20/2011) |
| 11/30/2011 | 120 | ORDER OF TRANSFER in case as to Robert Rivernider, Robert Ponte, Loretta Seneca Case reassigned to Judge Alvin W. Thompson for all further proceedings. Signed by Judge Ellen Bree Burns on 11/30/11. (Pesta, J.) (Entered: 11/30/2011) |
| 12/07/2011 | 121 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 12/9/2011 01:30 PM in South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson (Atmeh, S) (Entered: 12/07/2011) |
| 12/08/2011 | 124 | MOTION to Modify Conditions of Release by Robert Rivernider. (Sadin, Shelley) (Entered: 12/08/2011) |
| 12/09/2011 | 125 | ATTORNEY APPEARANCE: Brian E. Tims appearing for Robert Rivernider (Tims, Brian) (Entered: 12/09/2011) |
| 12/09/2011 | 127 | ORAL MOTIONs to Continue the jury selection to August 9, 2012, made by Robert Rivernider, Robert Ponte, Loretta Seneca. (Smith, S.) (Entered: 12/14/2011) |
| 12/09/2011 | 128 | ORAL MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, made by Robert Rivernider. (Smith, S.) (Entered: 12/14/2011) |
| 12/09/2011 | 129 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Status Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 12/9/11. Oral orders entered denying 32 Motion to Adopt as to Robert Rivernider (1); taking under advisement 127 Motion to Continue as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); granting 128 Motion to Withdraw Document as to Robert Rivernider (1); denying 28 Motion to Adopt as to Loretta Seneca (3). Total Time: 1 hour and 20 minutes (Court Reporter Huntington) (Smith, S.) (Entered: 12/14/2011) |
| 12/09/2011 | 130 | ORAL ORDER: the Motion to Modify Conditions of Release 124 as to Robert Rivernider (1) was withddrawn. Signed by Judge Alvin W. Thompson on 12/9/11. (Smith, S.) (Entered: 12/14/2011) |
| 12/14/2011 | 133 | SEALED EX PARTE STATUS REPORT AND MOTION to Incur Expenses for Expert Services by Russell Aoki as to Robert Rivernider. (Ferguson, L.) (Entered: 12/16/2011) |
| 12/15/2011 | 131 | ORDER: Motion to Continue as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3) (Doc. No. 127 ) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 12/15/11. (Atmeh, S) (Entered: 12/15/2011) |
| 12/15/2011 | 132 | SCHEDULING ORDER as to Robert Rivernider, Robert Ponte, Loretta Seneca: Jury Trial set for 8/21/2012 09:00 AM in South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson; Jury Selection set for 8/9/2012 09:00 AM in South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson. Please see attached scheduling order. It is so ordered. Signed by Judge Alvin W. Thompson on 12/14/11. (Atmeh, S) (Entered: 12/15/2011) |
| 12/16/2011 | | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury |

Selection set for 8/9/2012 at 09:00 AM in the South Courtroom, 450 Main Street, Hartford, CT before Judge Alvin W. Thompson. (Smith, S.) (Entered: 12/16/2011)

| 12/16/2011 | | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Trial set for 8/21/2012 09:30 AM in the South Courtroom, 450 Main Street, Hartford, CT before Judge Alvin W. Thompson. (Smith, S.) (Entered: 12/16/2011) |
|---|---|---|
| 12/20/2011 | 134 | SEALED EX PARTE MOTION to Incur Expenses Nunc Pro Tunc by Robert Rivernider. (Ferguson, L.) (Entered: 12/22/2011) |
| 12/23/2011 | 135 | REPLY TO RESPONSE to Motion by Robert Rivernider re 100 Joint MOTION for Bill of Particulars (Sadin, Shelley) (Entered: 12/23/2011) |
| 12/23/2011 | 136 | ORDER granting 133 Ex Parte Sealed Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Alvin W. Thompson on 12/22/11. (Ferguson, L.) (Entered: 12/23/2011) |
| 01/18/2012 | 137 | SEALED ORDER granting 134 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Alvin W. Thompson on 1/10/12. (Ferguson, L.) (Entered: 01/18/2012) |
| 02/16/2012 | | CJA 20 as to Robert Rivernider: Authorization to Pay Shelley R. Sadin. Voucher # 120112000231. Interim #2 payment Approved by Judge Raymond J. Lohier, Jr. at USCA. Signed by Judge Alvin W. Thompson on 1/16/12. (Wood, R.) (Entered: 02/16/2012) |
| 02/17/2012 | 140 | ORDER OF TRANSFER in case as to Robert Rivernider, Robert Ponte, Loretta Seneca Case reassigned to Judge Ellen Bree Burns for all further proceedings. Signed by Judge Alvin W. Thompson on 2/17/12. (Johnson, D.) (Entered: 02/17/2012) |
| 02/21/2012 | 142 | AMENDED ORDER TO CONTINUE as to Robert Rivernider, Robert Ponte and Loretta Seneca is granted. The time from 2/21/12 through 8/9/12 is hereby excluded pursuant to Title 18 USC, Section 3161(h)(7)(A). This delay is in the interest of justice, and outweighs the public's interest in a speedy trial for the following reasons: (A) the continued need to review the vast scope of discovery provided to date; (B) the continued need to follow various investigative leads suggested by the material and to formulate a defense. Time excluded from 2/21/12 until 8/9/12. Signed by Judge Ellen Bree Burns on 2/21/12. (Pesta, J.) (Entered: 02/21/2012) |
| 02/22/2012 | 143 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 3/9/2012 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 02/22/2012) |
| 03/09/2012 | 144 | Minute Entry for proceedings held before Judge Ellen Bree Burns:Status Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 3/9/2012, ( Jury Selection set for 9/11/2012 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns; trial to commence on 09/12/12) Total Time: 0 hours and 27 minutes(Court Reporter D. Huntington.)(Lynch, K.) (Entered: 03/13/2012) |
| 03/12/2012 | 146 | SEALED MOTION to withdraw - by Robert Rivernider. (Perez, J.) (Entered: 03/13/2012) |
| 03/13/2012 | 145 | MOTION for Shelley R. Sadin to Withdraw as Attorney by Robert Rivernider. (Sadin, Shelley) (Entered: 03/13/2012) |
| 03/13/2012 | 147 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING |

| | | THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing re. [doc. no. 145] Motion to Withdraw as Attorney for 3/26/2012 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 03/13/2012) |
|---|---|---|
| 03/13/2012 | 148 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 9/11/2012 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Jury Trial set for 9/12/2012 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANTS APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. (Corbett, P.) (Entered: 03/13/2012) |
| 03/13/2012 | | Set Hearing Deadlines re Motion in case as to Robert Rivernider 145 MOTION for Shelley R. Sadin to Withdraw as Attorney. Motion Hearing set for 3/26/2012 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns (Villano, P.) (Entered: 03/13/2012) |
| 03/15/2012 | 149 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Falcone, K.) (Entered: 03/16/2012) |
| 03/19/2012 | 150 | ORDER granting 149 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 3/19/12. (Corbett, P.) (Entered: 03/19/2012) |
| 03/21/2012 | 151 | RESPONSE/REPLY by USA as to Robert Rivernider re 145 Motion to Withdraw as Attorney (Schmeisser, Christopher) (Entered: 03/21/2012) |
| 03/22/2012 | 152 | REPLY TO RESPONSE to Motion by Robert Rivernider re 145 MOTION for Shelley R. Sadin to Withdraw as Attorney (Sadin, Shelley) (Entered: 03/22/2012) |
| 03/26/2012 | 153 | Minute Entry for proceedings held before Judge Ellen Bree Burns: Motion Hearing as to Robert Rivernider held on 3/26/2012 re 146 SEALED MOTION to withdraw -, 145 MOTION for Shelley R. Sadin to Withdraw as Attorney filed by Robert Rivernider. Granting 145 Motion to Withdraw as Attorney, Shelley R. Sadin withdrawn from case as to Robert Rivernider (1); granting 146 Sealed Motion as to Robert Rivernider (1). Total Time: 0 hours and 14 minutes(Court Reporter Thea Finkelstein.) (Lynch, K.) (Entered: 03/26/2012) |
| 03/26/2012 | 154 | CJA 20 as to Robert Rivernider: Appointment of Attorney James W. Bergenn for Robert Rivernider. Signed by Clerk on 3/28/2012. (Attachments: # 1 Notice to Newly Appointed CJA Attorney) (Gutierrez, Y.) (Entered: 03/28/2012) |
| 03/28/2012 | 155 | ELECTRONIC AMENDED ORDER TO CONTINUE - Ends of Justice as to Robert Rivernider, Robert Ponte, Loretta Seneca is granted. The time from 8/9/12 through 9/12/2012 is hereby excluded pursuant to Title 18 USC, Section 3161(h)(7)(A). This delay is in the interest of justice, and outweighs the public's interest in a speedy trial for the following reasons: (A) the continued need to review the vast scope of discovery provided to date; (B) the continued need to follow various investigative leads suggested by the material and to formulate a defense. Time excluded from 8/9/2012 until 9/12/2012. Signed by Judge Ellen Bree Burns on 3/28/2012. (Villano, P.) (Entered: 03/29/2012) |
| 04/05/2012 | 156 | MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee $25.00. Receipt Number CTXN00003444. by Robert Rivernider. (Attachments: # 1 Affidavit)(Villano, P.) (Entered: 04/09/2012) |

| 04/10/2012 | 157 | ELECTRONIC ORDER granting 156 Motion for leave to Appear Pro Hac Vice for Attorney Michael G Chase for Robert Rivernider. as to Robert Rivernider (1) Certificate of Good Standing due by 6/9/2012. Signed by Judge Ellen Bree Burns on 4/10/2012. (Villano, P.) (Entered: 04/10/2012) |
|---|---|---|
| 05/23/2012 | 158 | ATTORNEY APPEARANCE: Michael G Chase appearing for Robert Rivernider (Chase, Michael) (Entered: 05/23/2012) |
| 05/24/2012 | 159 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 6/1/2012 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 05/24/2012) |
| 05/29/2012 | 160 | TRANSCRIPT of Proceedings: as to Robert Rivernider Type of Hearing: Hearing re: Counsel's Motion to Withdraw. Held on March 26, 2012 before Judge Ellen Bree Burns. Court Reporter: Thea Finkelstein. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/19/2012. Redacted Transcript Deadline set for 6/29/2012. Release of Transcript Restriction set for 8/27/2012. (Finkelstein, T.) (Entered: 05/29/2012) |
| 05/30/2012 | 162 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 6/5/2012 03:00 PM in Chambers Room 208, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 05/30/2012) |
| 06/19/2012 | 174 | ORDER denying 100 Motion for Bill of Particulars as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). Signed by Judge Ellen Bree Burns on 6/19/12. (Perez, J.) (Entered: 06/19/2012) |
| 07/11/2012 | 182 | ENTERED IN ERROR- MOTION to Modify Conditions of Release by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Bergenn, James) Modified on 7/12/2012 (Perez, J.). (Entered: 07/11/2012) |
| 07/12/2012 | 183 | MOTION to Modify Conditions of Release by Robert Rivernider. This corrects 182 MOTION to Modify Conditions of Release by Robert Rivernider which was e-filed including wrong parties. (Perez, J.) (Entered: 07/12/2012) |
| 07/16/2012 | 185 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 7/30/2012 11:00 AM in Chambers Room 208, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 07/16/2012) |

| 07/26/2012 | 186 | Memorandum in Opposition by USA as to Robert Rivernider re 183 MOTION to Modify Conditions of Release (Schmeisser, Christopher) (Entered: 07/26/2012) |
|---|---|---|
| 07/30/2012 | 187 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 1/8/2013 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. Jury Trial set for 1/9/2013 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. IF THE DEFENDANT IS IN CUSTODY, DEFENSE COUNSEL IS REMINDED THAT CIVILIAN CLOTHING IS REQUIRED FOR DEFENDANTS APPEARANCE IN COURT FOR JURY SELECTION AND JURY TRIAL. - RESCHEDULED FROM 9/11/12.(Corbett, P.) (Entered: 07/30/2012) |
| 07/30/2012 | 188 | Minute Entry for proceedings held before Judge Ellen Bree Burns: granting in part 180 Motion to Continue Trial to March 2013 as to Robert Ponte (2); Status Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 7/30/2012; ( Jury Selection set for 1/8/2013 10:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns). Total Time: 0 hours and 35 minutes(Court Reporter Falzarano, Rptr.) (Attachments: # 1 List of Counsel) (Villano, P.) (Entered: 07/30/2012) |
| 07/30/2012 | 189 | ELECTRONIC ORDER TO CONTINUE - Ends of Justice as to Robert Rivernider, Robert Ponte, Loretta Seneca. It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, and due to the complexity of the case and the voluminous discovery, the Court finds that in the interest of justice, it is hereby Ordered that the period from 9/11/2012, through and including 1/8/2013, is hereby excluded pursuant to Title 18 USC, Section 316(h)(7)(A). Time excluded from 9/11/2012 until 1/8/2013. Signed by Judge Ellen Bree Burns on 7/30/2012. (Villano, P.) (Entered: 07/30/2012) |
| 07/30/2012 | 190 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Villano, P.) (Entered: 07/30/2012) |
| 07/31/2012 | 191 | ORDER denying without prejudice 190 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 7/31/12. (Pesta, J.) (Entered: 07/31/2012) |
| 08/02/2012 | 193 | REPLY TO RESPONSE to Motion by Robert Rivernider re 183 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit A - Unpublished Decisions)(Chase, Michael) (Entered: 08/02/2012) |
| 08/10/2012 | 194 | ELECTRONIC ORDER granting in part 183 Motion to Modify Conditions of Release as to Robert Rivernider (1), to the extent agreed to by Government's counsel, namely defendant will be permitted use of the Internet only to: (1) engage in work-related activity where the category of use has been previously authorized by the U.S. Probation Offce and is for a duly approved employer; and (2) assist in the preparation of his defense by communicating with his counsel or by using the Internet-based document database known as "Catalyst." This conclusion, however, is without prejudice to defendant renewing this motion at a future time, if he demonstrates compliance with this Order. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE FROM THE COURT. Signed by Judge Joan G. Margolis on 8/10/12. (Margolis, Joan) (Entered: 08/10/2012) |
| 08/24/2012 | 198 | MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release,,, by Robert Rivernider. (Attachments: # 1 Exhibit A - Unreported Authorities)(Chase, Michael) (Entered: 08/24/2012) |

| 09/27/2012 | 202 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Perez, J.) (Entered: 09/28/2012) |
|---|---|---|
| 09/28/2012 | | Set Hearing Deadlines re Motions in case as to Robert Rivernider, Robert Ponte 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release, MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release, 197 MOTION Modify conditions of pretrial release MOTION to Modify Conditions of Release. Motion Hearing set for 9/28/2012 11:30 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns (Villano, P.) (Entered: 09/28/2012) |
| 09/28/2012 | 203 | Minute Entry for proceedings held before Judge Ellen Bree Burns: granting in part and denying in part 198 Motion to Modify conditions of pretrial release as to Robert Rivernider (1); granting in part and denying in part 197 Motion to Modify conditions of pretrial release as to Robert Ponte (2); granting in part and denying in part 197 Motion to Modify Conditions of Release as to Robert Ponte (2); Motion Hearing as to Robert Rivernider, Robert Ponte held on 9/28/2012 re 197 MOTION Modify conditions of pretrial release MOTION to Modify Conditions of Release filed by Robert Ponte, 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release filed by Robert Rivernider. For reason stated on the record in open court. Total Time: 1 hours and 22 minutes(Court Reporter Martha Marshal, Rptr.) (Villano, P.) (Entered: 09/28/2012) |
| 09/28/2012 | 204 | Marked Exhibit List by USA as to Robert Rivernider, Robert Ponte (Villano, P.) (Entered: 09/28/2012) |
| 10/01/2012 | 205 | ORDER granting 202 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Ellen Bree Burns on 10/1/12. (Corbett, P.) (Entered: 10/01/2012) |
| 10/12/2012 | 214 | NOTICE OF APPEAL of Conditions of Release by Robert Rivernider as to 203 Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release, (Sunbury, B.) (Additional attachment(s) added on 10/12/2012: # 1 CJA Notice) (Sunbury, B.). (Entered: 10/12/2012) |
| 10/12/2012 | 215 | Docket Entry Correction as to Robert Rivernider re 214 Notice of Appeal Conditions of Release. Added CJA Notice. (Sunbury, B.) (Entered: 10/12/2012) |
| 10/12/2012 | | CJA 20 as to Robert Rivernider: Authorization to Pay Shelley R. Sadin. Voucher # 120924000063-1. Final payment. Signed by Judge Ellen Bree Burns on 9/27/12. (Wood, R.) (Entered: 10/12/2012) |
| 10/12/2012 | | CJA 20 as to Robert Rivernider: Authorization to Pay Shelley R. Sadin. Voucher # 120924000063-2. Final payment. Signed by Judge Ellen Bree Burns on 10/4/12. (Wood, R.) (Entered: 10/12/2012) |
| 10/26/2012 | 230 | ORDER OF TRANSFER in case as to Robert Rivernider, Robert Ponte, Loretta Seneca Case reassigned to Judge Robert N. Chatigny for all further proceedings. Signed by Clerk on 10/26/2012. (Gutierrez, Y.) (Entered: 10/26/2012) |
| 10/26/2012 | 231 | INDEX TO RECORD ON APPEAL by Robert Rivernider re 214 Notice of Appeal - Conditions of Release, 137 Order on Motion to Incur Expenses, 114 Order on Motion for Extension of Time to File Response/Reply, 109 Reply/Response Misc, 40 Order on ExParte Motion, 215 Docket Annotation, 121 Calendar Entry, 27 Attorney Appearance - Defendant, 204 Exhibit List, 140 Order of Transfer, 158 Attorney Appearance - Defendant, 188 Order on Motion to Continue, Status Conference, Set |

Deadlines/Hearings,,, 124 MOTION to Modify Conditions of Release, 112 Calendar Entry,, 147 Calendar Entry, 183 MOTION to Modify Conditions of Release, 87 Order on Sealed Motion, 93 Order on Motion to Modify Conditions of Release, 190 SEALED MOTION to Incur Expenses, 34 Memorandum in Opposition to Motion, 88 MOTION to Appoint Counsel *as Coordinating Discovery Attorney*, 136 Order on Motion to Incur Expenses, 61 Bond Hearing, 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release,,, MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release,,,, 49 Calendar Entry, 152 Reply to Response, 202 SEALED MOTION to Incur Expenses, 127 MOTION to Continue, 154 CJA 20 - Appointment, 149 SEALED MOTION to Incur Expenses, 145 MOTION for Shelley R. Sadin to Withdraw as Attorney, 42 Order, 46 USM Return Executed, 72 SEALED MOTION to Incur Expenses, 187 Calendar Entry,, 148 Calendar Entry,, 41 Order, 144 Status Conference, Set Deadlines/Hearings,, 128 MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, 110 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, 71 USM Return Executed, 185 Calendar Entry, 162 Calendar Entry, 106 Calendar Entry,, 105 Reply/Response Misc, 131 Order on Motion to Continue, 48 Calendar Entry, 191 Order on Motion to Incur Expenses, 129 Order on Motion to Adopt,, Order on Motion to Continue, Order on Motion to Withdraw Document, Status Conference,,,,,,,,,, 84 SEALED MOTION to seal -, 160 Transcript,,,, 174 Order on Motion for Bill of Particulars, 19 MOTION to Unseal Case, 68 Order on Motion to Modify Conditions of Release, 116 Order to Continue - Ends of Justice,, 92 Order on Motion to Incur Expenses, 186 Memorandum in Opposition to Motion, 194 Order on Motion to Modify Conditions of Release,,, 189 Order to Continue - Ends of Justice,, 159 Calendar Entry, 67 MOTION to Modify Conditions of Release *Pending Trial*, 57 Order on Motion for Reconsideration, Detention Hearing,, 30 MOTION for Pretrial Detention, 26 Rule 5 Documents Received, 52 Transcript,,,, 107 Bail Information Sheet, 73 Order, 193 Reply to Response, 81 Calendar Entry,, 97 Order on Motion to Appoint Counsel, 151 Reply/Response Misc, 101 Memorandum in Support of Motion, 125 Attorney Appearance - Defendant, 113 Order to Continue - Ends of Justice, 85 Order on Sealed Motion, 155 Order to Continue - Ends of Justice,, 142 Order to Continue - Ends of Justice,, 91 SEALED MOTION to Incur Expenses, 1 Indictment (Sealed), Indictment (Sealed), 146 SEALED MOTION to withdraw -, 86 SEALED MOTION -, 98 Scheduling Order,, 134 SEALED MOTION to Incur Expenses, 111 Calendar Entry, 37 Scheduling Order, Order to Continue - Ends of Justice,,,,,,,, 203 Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release,, Motion Hearing,,,,,,,,,,,,,,, 117 ExParte Document, 74 Order Setting Conditions of Release, 150 Order on Motion to Incur Expenses, 153 Order on Motion to Withdraw as Attorney, Order on Sealed Motion, Motion Hearing,,, 38 Calendar Entry,,, 21 Electronic Filing Order, 130 Order on Motion to Modify Conditions of Release, 102 MOTION for Extension of Time Motions Deadline, 156 MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee $25.00. Receipt Number CTXN00003444., 108 MOTION for Extension of Time to File Response/Reply *To Government's Opposition To Request For Bill of Particulars*, 100 Joint MOTION for Bill of Particulars, 205 Order on Motion to Incur Expenses, 76 Bond, 83 Order,,,,, 135 Reply to Response, 35 EX PARTE MOTION, 69 Order on Motion for Pretrial Detention, 157 Order on Motion for Leave to Appear, 118 ExParte Document, 75 Order on Motion to Incur Expenses, 39 Order,,,,, 20 Order on Motion to Unseal Case, 120 Order of Transfer, 36 Scheduling Order, Set/Reset Motion and R&R Deadlines/Hearings, 82 Order on Motion to Continue, Order on Motion for Miscellaneous Relief, 29 Arraignment, Detention Hearing, Plea Entered,,, 143 Calendar Entry, 33 MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA, 182 MOTION to Modify Conditions of Release, 51 Transcript,,,, 32 MOTION to Adopt *Defendant Robert Ponte's Motion to Modify Scheduling Order*, 90 MOTION to

| | | |
|---|---|---|
| | | Modify Conditions of Release *Pending Trial*, 70 Order on Motion for Reconsideration, [77](#) Notice (Other), 115 Order on Motion for Extension of Time, [132](#) Scheduling Order, [80](#) MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act, [99](#) Scheduling Order,,.For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Chase, Michael) (Entered: 10/26/2012) |
| 11/01/2012 | 233 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference (counsel only) set for 11/14/2012 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 11/01/2012) |
| 11/09/2012 | [236](#) | TRANSCRIPT of Proceedings: as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Motions Hearing. Held on September 28, 2012 before Judge Ellen Bree Burns. Court Reporter: Martha Marshall. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 11/30/2012. Redacted Transcript Deadline set for 12/10/2012. Release of Transcript Restriction set for 2/7/2013. (Marshall, M.) (Entered: 11/09/2012) |
| 11/13/2012 | 237 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. RESET FROM 11/14/12 at 2:00 PM. Status Conference reset for 11/14/2012 at 3:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 11/13/2012) |
| 11/15/2012 | [239](#) | Minute Entry for proceedings held before Judge Robert N. Chatigny:Status Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 11/15/2012. Jury Selection set for 1/8/13 at 9:00 a.m.; Defendant's motions due 12/7/12; Government's response due 12/21/12. Telephone conference set for December 21, 2012 at 11:00 a.m. Jury Instructions and Voir Dire due 12/28/12. 37 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 11/15/2012) |
| 11/15/2012 | 240 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference set for 12/21/2012 at 11:00 AM before Judge Robert N. Chatigny. The government will initiate the call to chambers at 860-240-3659 with all counsel on the line. (Glynn, T.) (Entered: 11/15/2012) |
| 11/15/2012 | 241 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 1/8/2013 at 9:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. USM & PROBATION NOTIFIED. (Glynn, T.) (Entered: 11/15/2012) |

| 11/29/2012 | 243 | Consent MOTION to Modify Conditions of Release by Robert Rivernider. (Chase, Michael) (Entered: 11/29/2012) |
|---|---|---|
| 11/30/2012 | 244 | ORDER granting in the absence of objection 243 Motion to Modify Conditions of Release as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 11/30/2012. (Rickevicius, L.) (Entered: 11/30/2012) |
| 12/04/2012 | 247 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference rescheduled from 12/21/2012 at 11:00AM to 12/6/2012 at 10:00 AM before Judge Robert N. Chatigny. The government will initiate the call to chambers at 860-240-3659 with all counsel on the line. (Rickevicius, L.) (Entered: 12/04/2012) |
| 12/04/2012 | 248 | MOTION to Continue *Jury Selection* by Robert Rivernider. (Attachments: # 1 Memorandum in Support of Mr. Rivernider's Motion to Continue Jury Selection, # 2 Exhibit A)(Chase, Michael) (Entered: 12/04/2012) |
| 12/04/2012 | | Terminate Hearings as to Robert Rivernider, Robert Ponte, Loretta Seneca: Conference set for 12/21/12 was rescheduled (Ruocco, M.) (Entered: 12/09/2012) |
| 12/07/2012 | 255 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference set for 12/11/2012 at 2:00 PM before Judge Robert N. Chatigny. Plaintiff counsel will initiate the call to chambers at 860-240-3659 with all parties on the line. (Rickevicius, L.) (Entered: 12/07/2012) |
| 12/07/2012 | 256 | MOTION Opening Statements by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Memorandum in Support)(Durham, John) (Entered: 12/07/2012) |
| 12/07/2012 | 260 | Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct* by Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Memorandum in Support of Defendants' Joint Motion in Limine to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct, # 2 Exhibit A, # 3 Exhibit B) (Chase, Michael) (Entered: 12/07/2012) |
| 12/07/2012 | 261 | Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts* by Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Memorandum in Support of Defendants' Joint Motion In Limine to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts, # 2 Exhibit A)(Chase, Michael) (Entered: 12/07/2012) |
| 12/07/2012 | 262 | Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme"* by Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Memorandum in Support of Defendants' Joint Motion in Limine to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme")(Chase, Michael) (Entered: 12/07/2012) |
| 12/07/2012 | 263 | MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment* by Robert Rivernider. (Attachments: # 1 Memorandum in Support of Robert H. Rivernider Jr.'s Motion to Sever)(Chase, Michael) (Entered: 12/07/2012) |
| 12/07/2012 | 264 | Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge* by Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 |

| | | Memorandum in Support of Defendants' Joint Motion in Limine to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge)(Chase, Michael) (Entered: 12/07/2012) |
|---|---|---|
| 12/10/2012 | 265 | Minute Entry for proceedings held before Judge Robert N. Chatigny: taking under advisement 248 Motion to Continue as to Robert Rivernider (1); Telephone Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 12/10/2012. Total Time: 1 hour and 54 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 12/10/2012) |
| 12/11/2012 | 266 | Minute Entry for proceedings held before Judge Robert N. Chatigny: granting in part 248 Motion to Continue as to Robert Rivernider (1); Motion Hearing as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 12/11/2012 re 248 MOTION to Continue *Jury Selection* filed by Robert Rivernider ; Telephone Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 12/11/2012. 9 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 12/11/2012) |
| 12/11/2012 | 267 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *Jury Selection RESET FROM 1/8/13*. Pretrial Conference set for 1/4/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. Jury Selection set for 2/5/2013 at 9:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. Trial to Commence 2/6/13 at 9:00 AM. (Glynn, T.) (Entered: 12/11/2012) |
| 12/13/2012 | 279 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 120927000032. Final payment Approved by Judge Gerard E. Lynch at USCA. Signed by Judge Ellen Bree Burns on 10/4/12. (Wood, R.) (Entered: 12/13/2012) |
| 12/22/2012 | 283 | Memorandum in Opposition by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re 257 MOTION to Sever Defendant *'s Trial on Tax Evasion Counts*, 261 Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts*, 260 Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct*, 262 Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme"*, 264 Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge*, 253 First MOTION in Limine, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment*, 258 MOTION in Limine *Re: Evidence as to Tax Evasion Counts* (Durham, John) (Entered: 12/22/2012) |
| 01/03/2013 | 286 | ORDER granting 259 Motion to Seal as to Loretta Seneca (3). Signed by Judge Robert N. Chatigny on 1/3/13. (Goldsticker, M) (Entered: 01/03/2013) |
| 01/04/2013 | 287 | ORAL MOTION to depose David Bryant by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Glynn, T.) (Entered: 01/04/2013) |
| 01/04/2013 | 288 | Minute Entry for proceedings held before Judge Robert N. Chatigny: granting 256 Motion for opening statments as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); granting absent objection 287 ORAL Motion to depose David Bryant as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); Motion Hearing as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 1/4/2013 re 287 ORAL MOTION to depose David Bryant filed by USA, 256 MOTION for Opening Statements filed by USA ; Pretrial Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 1/4/2013. 36 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 01/04/2013) |

| 01/04/2013 | 289 | Motion Hearing set for 1/16/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. Counsel and Clients are required to attend. (Glynn, T.) (Entered: 01/04/2013) |
| --- | --- | --- |
| 01/10/2013 | 293 | Emergency MOTION to Stay Deportation of Material Witness by Robert Rivernider as to Robert Rivernider, Robert Ponte. (Attachments: # 1 Memorandum in Support of Emergency Motion to Stay Deportation of Material Witness, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Chase, Michael) (Entered: 01/10/2013) |
| 01/10/2013 | 321 | MANDATE of USCA dated 1/10/2013 Voluntarily dismissing appeal as moot is GRANTED re 214 Notice of Appeal - Conditions of Release, as to Robert Rivernider (Villano, P.) (Entered: 01/18/2013) |
| 01/11/2013 | 294 | First MOTION to Seal First Ex Parte Application by Robert Rivernider. (Chase, Michael) (Entered: 01/11/2013) |
| 01/11/2013 | 295 | MOTION to Seal Second Ex Parte Application by Robert Rivernider. (Chase, Michael) (Entered: 01/11/2013) |
| 01/11/2013 | 296 | SEALED MOTION by Robert Rivernider. (Blue, A.) (Entered: 01/11/2013) |
| 01/11/2013 | 297 | SEALED MOTION by Robert Rivernider. (Blue, A.) (Entered: 01/11/2013) |
| 01/11/2013 | 298 | Proposed Voir Dire by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Schmeisser, Christopher) (Entered: 01/11/2013) |
| 01/11/2013 | 299 | ORDER granting 293 Motion to Stay Deportation of Material Witness for good cause and in the absence of objection from the Government as to Robert Rivernider (1), Robert Ponte (2). Signed by Judge Robert N. Chatigny on 1/11/13. (Goldsticker, M) (Entered: 01/11/2013) |
| 01/11/2013 | 300 | Proposed Jury Instructions by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Schmeisser, Christopher) (Entered: 01/11/2013) |
| 01/11/2013 | 302 | Proposed Voir Dire by Robert Rivernider, Robert Ponte, Loretta Seneca (Chase, Michael) (Entered: 01/11/2013) |
| 01/11/2013 | 303 | Proposed Jury Instructions by Robert Rivernider, Robert Ponte, Loretta Seneca (Chase, Michael) (Entered: 01/11/2013) |
| 01/14/2013 | 304 | ORDER granting 294 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 1/14/2013. (Rickevicius, L.) (Entered: 01/14/2013) |
| 01/14/2013 | 305 | ORDER granting 295 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 1/14/2013. (Rickevicius, L.) (Entered: 01/14/2013) |
| 01/15/2013 | 314 | MOTION in Limine *to Preclude Evidence or Arguments Blaming Victim Lenders* by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Durham, John) (Entered: 01/15/2013) |
| 01/15/2013 | 315 | MOTION Order authorizing deposition of witness by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Durham, John) (Entered: 01/15/2013) |
| 01/16/2013 | 317 | ORDER granting 312 Motion to Seal as to Loretta Seneca (3). Signed by Judge Robert N. Chatigny on 1/16/13. (Goldsticker, M) (Entered: 01/16/2013) |
| 01/16/2013 | 319 | Minute Entry for proceedings held before Judge Robert N. Chatigny: denying 261 Motion in Limine as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); granting 263 Motion to Sever Defendant as to Robert Rivernider (1); granting 257 Motion to Sever Defendant as to Robert Ponte (2); taking under advisement 253 Motion in Limine as to |

| | | Loretta Seneca (3); Motion Hearing as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 1/16/2013 re 257 MOTION to Sever Defendant *'s Trial on Tax Evasion Counts* filed by Robert Ponte, 261 Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts* filed by Loretta Seneca, Robert Ponte, Robert Rivernider, 253 First MOTION in Limine filed by Loretta Seneca, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment* filed by Robert Rivernider. Total Time: 2 hours and 3 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 01/17/2013) |
|---|---|---|
| 01/22/2013 | 322 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Attachments: # 1 Exhibit A)(Blue, A.) (Entered: 01/22/2013) |
| 01/22/2013 | 323 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Final Pretrial Conference set for 1/30/2013 at 9:30 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 01/22/2013) |
| 01/22/2013 | 324 | ORDER granting 296 Sealed Motion as to Robert Rivernider (1); granting 297 Sealed Motion as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 1/22/13. (Goldsticker, M) (Entered: 01/22/2013) |
| 01/23/2013 | 325 | ORDER granting 322 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 1/23/13. (Goldsticker, M) (Entered: 01/23/2013) |
| 01/23/2013 | 326 | Memorandum in Opposition by Robert Rivernider, Robert Ponte, Loretta Seneca re 315 MOTION Order authorizing deposition of witness (Chase, Michael) (Entered: 01/23/2013) |
| 01/29/2013 | 328 | NOTICE *Notice of Govt Position Re Defendants' Presence* by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Durham, John) (Entered: 01/29/2013) |
| 01/30/2013 | 329 | Minute Entry for proceedings held before Judge Robert N. Chatigny: taking under advisement 314 Motion in Limine as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); denying as moot 315 Motion as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); taking under advisement 316 Motion in Limine as to Loretta Seneca (3); granting 318 Motion as to Loretta Seneca (3); Motion Hearing as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 1/30/2013 re 315 MOTION Order authorizing deposition of witness filed by USA, 318 MOTION filed by Loretta Seneca, 316 First MOTION in Limine *Exclude Testimony of Vernell Burris* filed by Loretta Seneca, 314 MOTION in Limine *to Preclude Evidence or Arguments Blaming Victim Lenders* filed by USA ; Pretrial Conference as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 1/30/2013. Total Time: 5 hours(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 01/31/2013) |
| 02/04/2013 | 331 | MOTION in Limine *to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial* by Robert Rivernider. (Attachments: # 1 Memorandum in Support of Motion to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Chase, Michael) (Entered: 02/04/2013) |
| 02/04/2013 | 332 | TRIAL MEMO *Regarding Admissibility of Documents* by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Schmeisser, Christopher) (Entered: 02/04/2013) |
| 02/05/2013 | 333 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Voir Dire begun on 2/5/2013 Robert Rivernider (1) on Count 1,2-8,9,10-18 and Robert Ponte (2) on Count |

| | | 1,2-8,9,10-18,19,20 and Loretta Seneca (3) on Count 9,10-18. Total Time: 8 hours and 43 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/06/2013) |
|---|---|---|
| 02/05/2013 | 334 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Selection as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/5/2013 Total Time: 8 hours and 43 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/06/2013) |
| 02/06/2013 | 335 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Selection as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/6/2013. Total Time: 6 hours and 02 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/06/2013) |
| 02/06/2013 | 336 | Court Exhibit List. (Entered: 02/06/2013) |
| 02/07/2013 | 338 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/7/2013. Jury Trial Continued to 2/11/13 at 9:00 a.m. Total Time: 6 hours and 50 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/08/2013) |
| 02/09/2013 | 340 | Memorandum in Opposition by USA as to Loretta Seneca re 330 MOTION to Preclude Testimony of Vernell Burris, 316 First MOTION in Limine Exclude Testimony of Vernell Burris (Durham, John) Modified on 2/12/2013 to remove incorrect defendants. (Blue, A.). (Entered: 02/09/2013) |
| 02/11/2013 | 341 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000095. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 02/11/2013) |
| 02/11/2013 | 342 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000090. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 02/11/2013) |
| 02/11/2013 | 343 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000083. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 02/11/2013) |
| 02/12/2013 | 344 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/12/2013. Jury Trial Continued Until 2/13/13 at 9:00 a.m. Total Time: 5 hours and 6 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/12/2013) |
| 02/13/2013 | 345 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/13/2013. Jury Trial Continued Until 2/14/13 at 9:00 a.m. Total Time: 7 hours(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/13/2013) |
| 02/14/2013 | 346 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/14/2013. Jury Trial Continued to February 19, 2013 at 9:00 a.m. Total Time: 8 hours and 31 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/15/2013) |
| 02/15/2013 | 354 | USM Return of Service on Subpoena Duces Tecum executed as to Rick Bennee, Scott Hulet re Robert Rivernider, Robert Ponte, Loretta Seneca on 2/5/13 (Blue, A.) Modified on 2/21/2013 to edit the date filed. (Blue, A.). (Entered: 02/21/2013) |
| 02/19/2013 | 347 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/19/2013. Jury Trial Continued |

| | | |
|---|---|---|
| | | to February 20, 2013 at 9:00 a.m. Total Time: 6 hours and 54 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/19/2013) |
| 02/20/2013 | 352 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/20/2013. Jury Trial Continued to February 21, 2013 at 9:00 a.m. Total Time: 6 hours and 55 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/20/2013) |
| 02/21/2013 | 353 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Trial set to commence on 2/6/2013 through 3/21/2013, excluding some Fridays at 9:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 02/21/2013) |
| 02/21/2013 | 355 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/21/2013. Jury Trial Continued Until February 22, 2013 @ 9:00 a.m. Total Time: 7 hours and 25 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/22/2013) |
| 02/22/2013 | | Set Deadlines/Hearings as to Robert Rivernider, Robert Ponte, Loretta Seneca: Jury Trial continued 2/22/13, 2/25/13, 2/26/13, 2/27/13 and 2/28/13 at 9:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 02/22/2013) |
| 02/22/2013 | 357 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Jury Trial as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 2/22/2013. Jury Trial Continued to February 25, 2013 at 9:00 a.m. Total Time: 7 hours and 52 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/22/2013) |
| 02/23/2013 | 358 | ORDER Approving 251 Motion to Incur Expenses as to Robert Ponte (2). Granted nunc pro tunc. Defense counsel have been authorized by the Court to incur expenses for modestly-priced hotel rooms for their clients during the trial on the understanding that they will be reimbursed from Criminal Justice Act funds. See United States v. Mendoza, 734 F. Supp. 2d 281, 286 (E.D.N.Y. 2010). So ordered. Signed by Judge Robert N. Chatigny on 2/23/13. (Chatigny, Robert) (Entered: 02/23/2013) |

| 02/23/2013 | 359 | ORDER denying 253 Motion in Limine as to Loretta Seneca (3). The motion to exclude Wade's email to Seneca as hearsay is denied for substantially the reasons stated by the government. See Govt.'s Omnibus Response to Defs.' Pretrial Motions 44-45 (ECF No. 283). The email will be admitted conditionally as a declaration of a coconspirator subject to a showing by the government that the requirements of Fed. R. Evid. 801(d)(2)(E) have been met. Defendants' argument that the statements in the email constitute idle chatter or are retrospective in nature, and thus fail to satisfy the in furtherance requirement, is unpersuasive. The statements appear to have been made to motivate Wade's coconspirators to continue to cooperate in their quid-pro-quo arrangement, as the government contends. In addition, the statement in the email, "WE (you and I) actually lied to title companies and lenders to get these deals closed..." may well be admissible as an adoptive admission under Fed. R. Evid. 801((d)(2)(B), since it is one that an innocent person, under the circumstances, would normally deny. See United States v. Tocco, 135 F.3d 116, 128-29 (2d Cir. 1998). In any event, even if it should turn out that the email is not admissible for its truth, it appears to be admissible to show that defendants Rivernider and Seneca were on notice of the illegality of their conduct, as the government contends. See United States v. Dupree, 11-5115-CR, 2013 WL 309983, at *5 (2d Cir. Jan. 28, 2013) ("[A] statement is not hearsay where... it is offered, not for its truth, but to show that a listener was put on notice"). So ordered. Signed by Judge Robert N. Chatigny on 2/23/13. (Chatigny, Robert) (Entered: 02/23/2013) |
| --- | --- | --- |
| 02/24/2013 | 360 | ORDER granting 258 Motion in Limine as to Robert Ponte (2). In its response, the government states that it has no intention of referring to Mr. Ponte's accounts as "sham" accounts, or to Mr. Ponte as a "tax protester," unless the defendants open the door to such references. See Govt.'s Omnibus Response to Defs.' Pretrial Motions 48-49 (ECF No. 283). Accordingly, the motion to exclude such references is granted by agreement. So ordered. Signed by Judge Robert N. Chatigny on 2/24/13. (Chatigny, Robert) (Entered: 02/24/2013) |
| 02/24/2013 | 361 | ORDER granting in part and denying in part 260 Motion in Limine as to all defendants (1). The motion is granted by agreement insofar as it seeks to preclude the government from offering expert opinion testimony concerning the illegality of the defendants' conduct as the government states that it does not intend to offer such testimony pursuant to Fed. R. Evid. 702. See Govt.'s Omnibus Response to Defs.' Pretrial Motions 37-38 and n. 11 (ECF No. 283). The motion is denied insofar as it seeks to preclude the government from offering the emails attached to the motion as Exhibits A and B. With regard to Exhibit A, the government's response indicates that anticipated testimony of Tosha Wade will provide a foundation for admitting the document as evidence of the state of mind of defendants Rivernider and Seneca. See Govt.'s Omnibus Response to Defs.' Pretrial Motions 39-40 (ECF No. 283). With regard to Exhibit B, the motion is denied for reasons stated previously in the order denying the joint motion in limine to exclude this exhibit (ECF No. 253). So ordered. Signed by Judge Robert N. Chatigny on 2/24/13. (Chatigny, Robert) (Entered: 02/24/2013) |
| 02/24/2013 | 362 | ORDER granting in part and denying in part 262 Motion in Limine as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). The motion is granted by agreement insofar as it seeks to preclude the government from offering lay or expert testimony that the defendants engaged in a Ponzi scheme. The motion is denied insofar as it seeks to preclude the government from (a) offering testimony by an FBI agent defining the term "Ponzi scheme" and (b) referring to the term in closing argument to link the previously defined term to the evidence adduced at trial concerning the defendants' conduct, as the government proposes to do. See Govt.'s Omnibus Response to Defs.' Pretrial Motions 41 (ECF No. 283). Permitting the government to offer testimony defining the term poses no danger of unfair prejudice or of misleading the jury. Permitting the government to refer to the term in closing argument poses no such danger so long as the argument is supported |

| | | by the evidence. So ordered. Signed by Judge Robert N. Chatigny on 2/24/13. (Chatigny, Robert) (Entered: 02/24/2013) |
|---|---|---|
| 02/24/2013 | 363 | ORDER denying 313 Motion in Limine as to Loretta Seneca (3). The defendants move on the basis of Crawford v. Washington, 541 U.S. 36 (2004) to preclude the government from using written certificates authenticating bank records in compliance with Fed. R. Evid. 902(11) on the grounds that (1) the contents of the records contain hearsay statements that are testimonial in nature for purposes of Confrontation Clause analysis and thus must be offered through live witnesses and (2) the records may be incomplete. The motion is denied for substantially the reasons stated by the government in its responsive memorandum. See Govt.'s Trial Mem. On Admissibility of Docs. 19-25 (ECF No. 332). Defendants do not contend that the records at issue fail to qualify as business records under Fed. R. Evid. 803(6). Crawford expressly recognizes that business records by their nature are not testimonial. 541 U.S. at 56. The information the defendants characterize as testimonial is commonly found in business records. See Defs.' Mem. 2 (ECF No. 313-1)(referring to "pedigree information, income, and other financial information of individuals"). Defendants do not explain why such information should be deemed to be testimonial in this instance, nor do they cite any authority for their argument apart from Crawford itself. To the extent the defendants are concerned about the reliability of the statements contained in the records, the statements will not be offered for their truth but instead to show what was submitted to the lenders. In similar circumstances, the D.C. Circuit found no error in the admission of bank records based on certificates in compliance with Fed. R. Evid. 902(11). See United States v. Adefehinti, 510 F.3d 319, 325-28 (D.C. Cir. 2008). The defendants' suggestion that the records may be incomplete does not provide a basis for a blanket ruling precluding the government from relying on certificates in compliance with Fed. R. Evid. 902(11). So ordered. Signed by Judge Robert N. Chatigny on 2/24/13. (Chatigny, Robert) (Entered: 02/24/2013) |
| 02/24/2013 | 364 | ORDER denying 314 Motion in Limine as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). To obtain a conviction for wire fraud, the government must prove that the defendant intended to make a material misrepresentation. See Neder v. United States, 527 U.S. 1, 25 (1999). A misrepresentation is material if it is reasonably likely to influence the entity to which it is addressed in making a decision required to be made. See United States v. Rigas, 490 F.3d 208, 234 (2d Cir. 2007)(bank fraud). The defendants contend that the alleged misrepresentations made in connection with the real estate scheme charged in Counts Nine through Eighteen were not material because the lenders, who planned to promptly sell the loans, cared only about whether the paperwork looked good and not about the truth of the statements contained in the paperwork. The defendants further contend that, in any event, they did not intend to make material misrepresentations because they had been led to believe, and did believe, that the lenders did not care whether the statements at issue were accurate. Evidence that is relevant to this defense may be admissible provided its probative value is not substantially outweighed by a danger of confusing the issues, misleading the jury, undue delay, wasting time or needlessly presenting cumulative evidence. So ordered. Signed by Judge Robert N. Chatigny on 2/24/13. (Chatigny, Robert) (Entered: 02/24/2013) |
| 02/25/2013 | 365 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Change of Plea Hearing as to Robert Rivernider held on 2/25/2013. Total Time: 1 hour and 24 minutes(Court Reporter Warner, Darlene.)(Glynn, T.) (Entered: 02/25/2013) |
| 02/25/2013 | 366 | Petition to Enter Plea of Guilty as to Robert Rivernider ( Signed by Judge Robert N. Chatigny). (Glynn, T.) (Additional attachment(s) added on 2/25/2013: # 1 Petition to enter a guilty plea) (Glynn, T.). (Entered: 02/25/2013) |
| 02/25/2013 | 367 | Plea entered by Robert Rivernider (1) Guilty Count 1,2-8,9,10-18 by Robert Rivernider. (Glynn, T.) (Entered: 02/25/2013) |

| 02/25/2013 | 368 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert Rivernider. First Disclosure-PSI due 4/8/13; Objections Due 4/22/13; 2nd-Disclosure PSI due 5/2/13; Sentencing Memorandum due 5/9/13; Response due 5/14/13. Sentencing set for 5/21/2013 at 10:00 AM in Clerks Office - 450 Main St., Hartford, CT before Judge Robert N. Chatigny<br>Signed by Judge Robert N. Chatigny on 2/25/13. (Glynn, T.) (Entered: 02/25/2013) |
|---|---|---|
| 02/25/2013 | | Terminate Deadlines and Hearings as to Robert Rivernider: Jury trial cancelled. (Glynn, T.) (Entered: 02/25/2013) |
| 02/25/2013 | 373 | Docket Entry Correction as to Robert Rivernider re 366 Petition to Enter Guilty Plea added as the correct pdf. (Glynn, T.) (Entered: 02/25/2013) |
| 02/26/2013 | 375 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 5/21/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 02/26/2013) |
| 02/26/2013 | 377 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000086. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 02/26/2013) |
| 02/28/2013 | 383 | TRANSCRIPT of Proceedings: as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Jury Trial - Excerpt held on 02.07.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 3/21/2013. Redacted Transcript Deadline set for 3/31/2013. Release of Transcript Restriction set for 5/29/2013. (Warner, D.) (Entered: 02/28/2013) |
| 03/01/2013 | 385 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) (Entered: 03/01/2013) |
| 03/05/2013 | 391 | ORDER denying as moot the following motions in light of the defendants' guilty pleas: 264 Motion in Limine as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); 331 Motion in Limine as to Robert Rivernider (1); 260 Motion in Limine as to Robert Ponte (2), Loretta Seneca (3); 339 Motion in Limine as to Robert Ponte (2); 316 Motion in Limine as to Loretta Seneca (3); 330 Motion to Preclude as to Loretta Seneca (3); 350 Sealed Motion to Incur Expenses as to Loretta Seneca (3); 351 Sealed Motion as to Loretta Seneca (3). So ordered. Signed by Judge Robert N. Chatigny on 3/5/13. (Goldsticker, M) (Entered: 03/05/2013) |
| 03/05/2013 | 392 | ORDER denying without prejudice 385 Motion to Incur Expenses as to Robert Rivernider (1). Any subsequent motion must contain the information requested by the Court during today's telephone conference. Signed by Judge Robert N. Chatigny on 3/5/13. (Goldsticker, M) (Entered: 03/05/2013) |

| 03/07/2013 | 400 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 130206000001. Final payment Signed by Judge Robert N. Chatigny on 2/6/13. (Wood, R.) (Entered: 03/07/2013) |
|---|---|---|
| 03/11/2013 | 404 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) (Entered: 03/11/2013) |
| 03/18/2013 | 406 | TRANSCRIPT of Proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Excerpt of Testimony from Tosha Wade held on 02.26.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/8/2013. Redacted Transcript Deadline set for 4/18/2013. Release of Transcript Restriction set for 6/16/2013. (Warner, D.) (Entered: 03/18/2013) |
| 03/18/2013 | 408 | TRANSCRIPT of Proceedings as to Robert Rivernider. Type of Hearing: Change of Plea held on 02.25.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/8/2013. Redacted Transcript Deadline set for 4/18/2013. Release of Transcript Restriction set for 6/16/2013. (Warner, D.) (Entered: 03/18/2013) |
| 03/21/2013 | 412 | ORDER granting 404 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 3/21/13. (Goldsticker, M) (Entered: 03/21/2013) |
| 03/25/2013 | 413 | MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report by Robert Rivernider. (Chase, Michael) (Entered: 03/25/2013) |
| 03/25/2013 | 414 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) (Entered: 03/25/2013) |
| 03/25/2013 | 415 | Sealed Document: by Robert Rivernider re 413 MOTION to Seal (Blue, A.) (Entered: 03/25/2013) |
| 04/01/2013 | 416 | SEALED MOTION - by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Pesta, J.) (Entered: 04/01/2013) |
| 04/02/2013 | 417 | ORDER granting 416 Sealed Motion as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). Signed by Judge Robert N. Chatigny on 4/2/2013. (Rickevicius, L.) (Entered: 04/02/2013) |

| 04/02/2013 | 418 | ORDER denying 413 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 4/2/13. (Goldsticker, M) (Entered: 04/02/2013) |
|---|---|---|
| 04/02/2013 | 419 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000097. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 04/02/2013) |
| 04/02/2013 | 420 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000098. Supplemental payment Approved by Judge Raymond J. Lohier, Jr. at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 04/02/2013) |
| 04/02/2013 | 421 | ORDER. In light of 418 Order denying Motion to Seal as to Robert Rivernider, the Court also orders 416 SEALED MOTION to be unsealed. Signed by Judge Robert N. Chatigny on 4/2/13. (Goldsticker, M) Modified on 4/2/2013 to edit the text. (Blue, A.). (Entered: 04/02/2013) |
| 04/08/2013 | 424 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert Rivernider. First Disclosure-PSI due 5/30/13; Objections Due 6/13/13; 2nd-Disclosure PSI due 6/23/13; Sentencing Memorandum due 6/30/13; Response due 7/5/13. Sentencing set for 7/11/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny.<br>Signed by Judge Robert N. Chatigny on 4/8/13. (Glynn, T.) (Entered: 04/09/2013) |
| 04/10/2013 | 425 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 5/21/13.* Sentencing set for 7/11/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 04/10/2013) |
| 04/11/2013 | 428 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 121217000092. Supplemental payment Approved by Judge Denny Chin at USCA<br>Signed by Judge Robert N. Chatigny on 12/21/12. (Wood, R.) (Entered: 04/11/2013) |
| 04/30/2013 | 430 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 130306000026. Supplemental payment Approved by Judge Barrington D. Parker at USCA<br>Signed by Judge Robert N. Chatigny on 3/8/13. (Wood, R.) (Entered: 04/30/2013) |
| 05/08/2013 | 432 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 130501000001. Interim #1 payment<br>Signed by Judge Robert N. Chatigny on 5/2/13. (Wood, R.) (Entered: 05/08/2013) |
| 05/10/2013 | 433 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 130501000002. Interim #2 payment<br>Signed by Judge Robert N. Chatigny on 5/2/13. (Wood, R.) (Entered: 05/10/2013) |
| 05/10/2013 | 435 | CJA 24 as to Robert Rivernider: Authorization to Pay Darlene Warner $ 189.90 for Transcript, Voucher # 1305060000007. Date of Court Hearing 2/25/13<br>Signed by Judge Robert N. Chatigny on 5/3/13. (Wood, R.) (Entered: 05/10/2013) |
| 05/10/2013 | 436 | CJA 20 as to Robert Rivernider: Authorization to Pay James W. Bergenn. Voucher # 130501000001-1. Interim #1 payment<br>Signed by Judge Robert N. Chatigny on 5/3/13. (Wood, R.) (Entered: 05/10/2013) |

| 05/10/2013 | 437 | CJA 20 as to Robert Rivernider: Authorization to Pay James Bergenn. Voucher # 130501000001-2. Interim #1 payment<br>Signed by Judge Robert N. Chatigny on 5/3/13. (Wood, R.) (Entered: 05/10/2013) |
|---|---|---|
| 05/28/2013 | 444 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 7/11/13*. Sentencing set for 8/12/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 05/28/2013) |
| 05/29/2013 | 447 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert Rivernider. First Disclosure-PSI due 7/1/13; Objections Due 7/15/13; 2nd-Disclosure PSI due 7/25/13; Sentencing Memorandum due 8/1/13; Response due 8/6/13. Sentencing set for 8/12/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny.<br>Signed by Judge Robert N. Chatigny on 5/29/13. (Glynn, T.) (Entered: 05/29/2013) |
| 06/05/2013 | 451 | MOTION to Compel by USA as to Robert Rivernider. (Attachments: # 1 Proposed Order) (Durham, John) (Entered: 06/05/2013) |
| 06/06/2013 | 453 | ORDER granting 451 Motion to Compel as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 6/6/13. (Glynn, T.) (Entered: 06/06/2013) |
| 06/06/2013 | 454 | CJA 20 as to Robert Rivernider: Authorization to Pay James W. Bergenn. Voucher # 130603000005-1. Interim #2 payment<br>Signed by Judge Robert N. Chatigny on 6/4/13. (Wood, R.) (Entered: 06/06/2013) |
| 06/06/2013 | 455 | CJA 20 as to Robert Rivernider: Authorization to Pay James W. Bergenn. Voucher # 130603000005-2. Interim #2 payment<br>Signed by Judge Robert N. Chatigny on 6/4/13. (Wood, R.) (Entered: 06/06/2013) |
| 06/11/2013 | 458 | RESPONSE/REPLY by Robert Rivernider re 451 Motion to Compel (Bergenn, James) (Entered: 06/11/2013) |
| 06/11/2013 | 459 | MOTION for Michael G. Chase to Withdraw as Attorney *for Robert H. Rivernider* by Robert Rivernider. (Chase, Michael) (Entered: 06/11/2013) |
| 06/11/2013 | 460 | ORDER granting 459 Motion to Withdraw as Attorney. Michael G Chase withdrawn from case. as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 6/11/2013. (Rickevicius, L.) (Entered: 06/11/2013) |
| 06/25/2013 | 463 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) (Entered: 06/25/2013) |
| 06/26/2013 | 464 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 130603000001. Interim payment<br>Signed by Judge Robert N. Chatigny on 6/4/13. (Wood, R.) (Entered: 06/26/2013) |
| 06/26/2013 | 465 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Attachments: # 1 Indictment, # 2 Petition to Enter Plea, # 3 Government's Version of the Offense)(Lopez, R.) (Entered: 06/26/2013) |
| 07/12/2013 | 466 | First MOTION to Continue *Sentencing* by Robert Rivernider. (Bergenn, James) (Entered: 07/12/2013) |
| 07/15/2013 | 467 | ORDER granting 466 Motion to Continue as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 7/15/13. (Goldsticker, M) (Entered: 07/15/2013) |

| 07/16/2013 | 468 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Attachments: # 1 Indictment, # 2 Plea Petition, # 3 Government's Version of the Offense, # 4 Addendum, # 5 PSR Objections)(Lopez, R.) (Entered: 07/16/2013) |
|---|---|---|
| 07/16/2013 | 469 | Sealed Sentencing Recommendation: as to Robert Rivernider (Lopez, R.) (Entered: 07/16/2013) |
| 07/16/2013 | 470 | NOTICE *of Intention to File Objections to Presentence Report* by Robert Rivernider re 468 Presentence Investigation Report, 469 Sealed Sentencing Recommendation (Bergenn, James) (Entered: 07/16/2013) |
| 07/18/2013 | 471 | ORDER denying without prejudice to refiling 463 Motion to Incur Expenses as to Robert Rivernider (1). Any renewal of this request must be supported by an affidavit of counsel stating (1) that this expenditure is necessary for adequate representation of the defendant, see 18 U.S.C. § 3006A; and (2) that counsel would recommend this expenditure were he representing a paying client. So ordered. Signed by Judge Robert N. Chatigny on 7/18/13. (Goldsticker, M) (Entered: 07/18/2013) |
| 07/19/2013 | 473 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Blue, A.) (Entered: 07/19/2013) |
| 07/22/2013 | 474 | ORDER granting 473 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 7/22/13. (Goldsticker, M) (Entered: 07/22/2013) |
| 08/01/2013 | 477 | ENTER IN ERROR...PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Attachments: # 1 Defendant's Version of Offense Conduct, # 2 PSR Objections)(Lopez, R.) Modified on 8/1/2013 (Jaiman, R.). (Entered: 08/01/2013) |
| 08/01/2013 | 478 | PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Attachments: # 1 Defendant's Version of Offense Conduct, # 2 PSR Objections)(Lopez, R.) (Entered: 08/01/2013) |
| 08/08/2013 | 479 | MOTION for Hearing by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Durham, John) (Entered: 08/08/2013) |
| 08/12/2013 | | Terminate Deadlines and Hearings as to Robert Rivernider: Sentencing cancelled for August 12, 2013. (Glynn, T.) (Entered: 08/12/2013) |
| 08/13/2013 | 483 | ORDER granting 479 Motion for Hearing as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3). As requested, the hearing is hereby scheduled for 9/4/2013 at 2:00PM in Courtroom 3. In addition, Defendant Rivernider is hereby ordered to provide forthwith to counsel for the Government, the records and data necessary for its expert witness to timely evaluate Defendant Rivernider's neurocognitive condition. Signed by Judge Robert N. Chatigny on 8/13/2013. (Rickevicius, L.) (Entered: 08/13/2013) |
| 08/13/2013 | 484 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider, Robert Ponte, Loretta Seneca: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pre-Sentencing Hearing set for 9/4/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 08/13/2013) |
| 08/27/2013 | 494 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Kelsey, N.) (Entered: 08/27/2013) |

| 08/28/2013 | 495 | ORDER granting 494 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 8/28/2013. (Rickevicius, L.) (Entered: 08/28/2013) |
|---|---|---|
| 09/03/2013 | 497 | SENTENCING MEMORANDUM by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Attachments: # 1 ATTACHMENT A, # 2 ATTACHMENT B, # 3 ATTACHMENT C-1, # 4 ATTACHMENT C-2, # 5 ATTACHMENT C-3, # 6 ATTACHMENT D, # 7 ATTACHMENT E)(Durham, John) (Entered: 09/03/2013) |
| 09/04/2013 | 498 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Pre-Sentencing Hearing as to Robert Rivernider, Robert Ponte, Loretta Seneca held on 9/4/2013. Total Time: 2 hours and 31 minutes (Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 09/05/2013) |
| 09/04/2013 | 499 | Witness List by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Glynn, T.) (Entered: 09/05/2013) |
| 09/04/2013 | 500 | Marked Exhibit List by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Glynn, T.) (Entered: 09/05/2013) |
| 09/06/2013 | 501 | SENTENCING MEMORANDUM by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Attachments: # 1 Attachment A-1, # 2 Attachment A-2, # 3 Attachment A-3, # 4 Attachment A-4, # 5 Attachment A-5, # 6 Attachment A-6, # 7 Attachment A-7, # 8 Attachment B-1, # 9 Attachment B-2, # 10 Attachment B-3, # 11 Attachment B-4) (Durham, John) (Entered: 09/06/2013) |
| 09/13/2013 | 507 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 8/12/13*. Sentencing set for 10/28/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 09/13/2013) |
| 10/09/2013 | 508 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert Rivernider. Sentencing Memorandum due 10/1713; Response due 10/22/13. Sentencing set for 10/28/2013 at 2:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. Signed by Judge Robert N. Chatigny on 10/9/13. (Glynn, T.) (Entered: 10/09/2013) |
| 10/11/2013 | 510 | AFFIDAVIT by Robert Rivernider 413 MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report filed by Robert Rivernider, 415 Sealed Document filed by Robert Rivernider (Attachments: # 1 Exhibit B in further support of Defendant's Notice of Intent to Offer Evidence at Sentencing in Support of Downward Departure Pursuant to U.S.S.G. §5K2.13)(Bergenn, James) (Entered: 10/11/2013) |
| 10/15/2013 | 511 | MOTION for Leave to File *Memorandum in Aid of Sentencing in Excess of Forty Pages* by Robert Rivernider. (Bergenn, James) (Entered: 10/15/2013) |
| 10/17/2013 | 512 | ORDER granting 511 Motion for Leave to File as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 10/17/2013. (Rickevicius, L.) (Entered: 10/17/2013) |
| 10/17/2013 | 513 | SENTENCING MEMORANDUM by Robert Rivernider (Bergenn, James) (Entered: 10/17/2013) |
| 10/17/2013 | 514 | EXHIBIT *A - Mr. Rivernider's Version of the Offense* by Robert Rivernider re 513 Sentencing Memorandum (Attachments: # 1 Exhibit Excerpt of Gov. 28A.5, # 2 Exhibit Gov. 114, # 3 Exhibit Def. 547, # 4 Exhibit Def. 548, # 5 Exhibit Def. 549, # 6 Exhibit Def. 550, # 7 Exhibit Def. 551, # 8 Exhibit Def. 555, # 9 Exhibit Def. 557, # 10 Exhibit |

Def. 559, # <u>11</u> Exhibit Def. 560, # <u>12</u> Exhibit Def. 707, # <u>13</u> Exhibit Def. 709, # <u>14</u> Exhibit Def. 712, # <u>15</u> Exhibit Def. 713 (Notice of Manual Filing), # <u>16</u> Exhibit Def. 714 (Notice of Manual Filing), # <u>17</u> Exhibit Def. 715, # <u>18</u> Exhibit Def. 716, # <u>19</u> Exhibit Def. 717, # <u>20</u> Exhibit Def. 718, # <u>21</u> Exhibit Def. 719, # <u>22</u> Exhibit Def. 720, # <u>23</u> Exhibit Def. 721, # <u>24</u> Exhibit Def. 722, # <u>25</u> Exhibit Def. 726, # <u>26</u> Exhibit Def. 727, # <u>27</u> Exhibit Def. 728, # <u>28</u> Exhibit Def. 731, # <u>29</u> Exhibit Def. 734)(Bergenn, James) (Entered: 10/17/2013)

| 10/17/2013 | 515 | EXHIBIT *B - Neuropsychological Report* by Robert Rivernider re 513 Sentencing Memorandum (Bergenn, James) (Entered: 10/17/2013) |
| 10/17/2013 | 516 | EXHIBIT *C-1 through C-3 - Letters in Support of Mr. Rivernider* by Robert Rivernider re 513 Sentencing Memorandum (Bergenn, James) (Entered: 10/17/2013) |
| 10/18/2013 | 517 | ORDER granting 414 Sealed Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 10/18/2013. (Rickevicius, L.) (Entered: 10/18/2013) |
| 10/21/2013 | 519 | "ENTERED IN ERROR" MOTION for Extension of Time To File Government's Sentencing memorandum until October 23, 2013 by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Durham, John). Added MOTION for Status Conference on 10/23/2013 (Blue, A.). Modified on 10/23/2013 to add motion relief. (Blue, A.). Modified on 10/24/2013 (Blue, A.). (Entered: 10/21/2013) |
| 10/22/2013 | 520 | ORDER granting 519 Motion for Extension of Time as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 10/22/2013. (Rickevicius, L.) (Entered: 10/22/2013) |
| 10/22/2013 | 521 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference set for 10/25/2013 at 10:00 AM before Judge Robert N. Chatigny. Counsel for the Government will provide call in information. (Rickevicius, L.) (Entered: 10/22/2013) |
| 10/22/2013 | 522 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Ferguson, L.) (Entered: 10/22/2013) |
| 10/22/2013 | 523 | Second MOTION to Continue *Sentencing* by Robert Rivernider. (Bergenn, James) (Entered: 10/22/2013) |
| 10/24/2013 | 524 | SENTENCING MEMORANDUM by USA as to Robert Rivernider (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Schmeisser, Christopher) (Entered: 10/24/2013) |
| 10/24/2013 | 525 | ORDER as moot 519 Motion for Conference as to Robert Rivernider (1), Robert Ponte (2), Loretta Seneca (3); as moot 519 Motion for Extension of Time as to Robert Ponte (2), Loretta Seneca (3), Signed by Clerk on 10/24/13. (Blue, A.) (Entered: 10/24/2013) |
| 10/25/2013 | 526 | ORAL MOTION to revoke bond by USA as to Robert Rivernider. (Glynn, T.) (Entered: 10/25/2013) |
| 10/25/2013 | 527 | Minute Entry for proceedings held before Judge Robert N. Chatigny: granting 523 Motion to Continue Sentencing as to Robert Rivernider (1); taking under advisement 526 ORAL Motion to revoke bond as to Robert Rivernider (1); Motion Hearing as to Robert Rivernider held on 10/25/2013 re 523 Second MOTION to Continue *Sentencing* filed by Robert Rivernider, 526 ORAL MOTION to revoke bond by USA ; Status Conference as to Robert Rivernider held on 10/25/2013. 27 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 10/25/2013) |
| 10/25/2013 | 528 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS |

| | | ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/28/13*. Evidentiary/Sentencing Hearing set for 12/4/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 10/25/2013) |
|---|---|---|
| 10/25/2013 | 529 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 10/28/13*. Imposition of Sentencing set for 12/5/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Glynn, T.) (Entered: 10/25/2013) |
| 10/25/2013 | 530 | ORDER denying without prejudice 522 Motion to Incur Expenses in light of 527 granting motion to continue sentencing. Signed by Judge Robert N. Chatigny on 10/25/2013. (Warden Rodgers, H.) (Entered: 10/25/2013) |
| 11/08/2013 | 537 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) (Entered: 11/08/2013) |
| 11/14/2013 | 538 | ORDER granting in part 537 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 11/14/13. (Warden Rodgers, H.) (Entered: 11/14/2013) |
| 11/27/2013 | 542 | AFFIDAVIT by Robert Rivernider 413 MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report filed by Robert Rivernider, 415 Sealed Document filed by Robert Rivernider (Attachments: # 1 Exhibit C - Report of Dr. Frank Stoll, # 2 Exhibit D - Supplemental Report of Dr. Filippopoulos)(Bergenn, James) (Entered: 11/27/2013) |
| 12/02/2013 | 544 | SENTENCING MEMORANDUM by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Durham, John) (Entered: 12/02/2013) |
| 12/02/2013 | 545 | MOTION to Seal Exhibits A and B to Government's Submission Re Defendant's Purported Mental Health Deficiency by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Durham, John) (Entered: 12/02/2013) |
| 12/03/2013 | 546 | ORDER granting 545 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 12/3/2013. (Rickevicius, L.) (Entered: 12/03/2013) |
| 12/03/2013 | 547 | Sealed Document: Exhibit B by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re 544 Sentencing Memorandum - (Durham, John) Modified text on 12/3/2013 (Pesta, J.). (Entered: 12/03/2013) |
| 12/03/2013 | 548 | Sealed Document: Exhibit A by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re 544 Sentencing Memorandum - (Durham, John) (Entered: 12/03/2013) |
| 12/03/2013 | 549 | RESPONSE/REPLY by Robert Rivernider re 544 Sentencing Memorandum *and Motion to Preclude Proposed Testimony* (Bergenn, James) (Entered: 12/03/2013) |
| 12/03/2013 | 551 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Kelsey, N.) Modified on 12/5/2013 to correct filed date (Kelsey, N.). (Entered: 12/05/2013) |
| 12/04/2013 | 550 | Minute Entry for proceedings held before Judge Robert N. Chatigny: Sentencing Hearing as to Robert Rivernider held on 12/4/2013. Evidentiary Hearing will continue on 12/5/13 at 9:00am. Total Time: 7 hours and 38 minutes (Court Reporter Warner)(Smith, S.) (Entered: 12/04/2013) |
| 12/04/2013 | | Set Deadline/Hearing as to Robert Rivernider: Evidentiary/Sentencing Hearing will continue on 12/5/2013 at 09:00 AM in Courtroom Three, 450 Main St., Hartford, CT |

| | | before Judge Robert N. Chatigny. (Smith, S.) (Entered: 12/04/2013) |
|---|---|---|
| 12/05/2013 | 557 | Minute Entry for proceedings held before Judge Robert N. Chatigny: Sentencing Hearing as to Robert Rivernider held on 12/5/2013. Total Time: 4 hours and 20 minutes (Court Reporter Warner)(Smith, S.) (Entered: 12/09/2013) |
| 12/05/2013 | 559 | Marked Witness List of USA as to Robert Rivernider (Smith, S.) (Entered: 12/10/2013) |
| 12/05/2013 | 560 | Marked Witness List of Robert Rivernider (Smith, S.) (Entered: 12/10/2013) |
| 12/05/2013 | 561 | Marked Exhibit List of USA as to Robert Rivernider (Smith, S.) (Entered: 12/10/2013) |
| 12/05/2013 | 562 | Marked Exhibit List of Robert Rivernider (Smith, S.) (Entered: 12/10/2013) |
| 12/06/2013 | 553 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 12/18/2013 at 10:00 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Rickevicius, L.) (Entered: 12/06/2013) |
| 12/06/2013 | 554 | AMENDED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 12/18/2013 at 9:30 AM in Courtroom One, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Rickevicius, L.) (Entered: 12/06/2013) |
| 12/10/2013 | 558 | MOTION for James W. Bergenn to Withdraw as Attorney by Robert Rivernider. (Bergenn, James) (Additional attachment(s) added on 12/16/2013: # 1 REPLACEMENT OCR SEARCHABLE PDF) (Blue, A.). (Entered: 12/10/2013) |
| 12/11/2013 | 563 | MOTION to Seal by Robert Rivernider. (Bergenn, James) (Entered: 12/11/2013) |
| 12/11/2013 | 564 | ORDER denying without prejudice 558 Motion to Withdraw as Attorney for Robert Rivernider. Mr. Rivernider's appointed counsel moves to withdraw and asks the Court to appoint substitute counsel. The only reason given is that Mr. Rivernider has "discharged" his appointed counsel. The motion is denied without prejudice because substitution of appointed counsel requires a showing of good cause in accordance with the four-factor test adopted by the Court of Appeals in United States v. John Doe #1, 272 F.3d 116, 122-23 (2d Cir. 2001). Mr. Rivernider's unexplained attempt to discharge his appointed counsel does not constitute good cause for appointing substitute counsel. Any renewal of this motion must be supported by the required showing of good cause, including the reasons for Mr. Rivernider's decision to discharge his appointed counsel. So ordered. Signed by Judge Robert N. Chatigny on 12/11/13. (Chatigny, Robert) (Entered: 12/11/2013) |
| 12/11/2013 | 565 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Kelsey, N.) (Entered: 12/12/2013) |
| 12/12/2013 | 566 | MOTION for Leave to File *a Pro Se Motion to Withdraw His Plea and Allow Counsel to Continue to Appear as Stand-By Counsel* by Robert Rivernider. (Bergenn, James) (Entered: 12/12/2013) |
| 12/13/2013 | 567 | ORDER granting 565 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 12/13/2013. (Rickevicius, L.) (Entered: 12/13/2013) |
| 12/13/2013 | 568 | ORDER granting in part 566 Motion for Leave to File as to Robert Rivernider (1). The defendants request for leave to file a pro se motion to withdraw his guilty plea is hereby granted on the condition that the motion does not delay the hearing set for 9:30 a.m. on December 18, 2013. To give the government and the Court an opportunity to consider the |

pro se motion before the hearing, and to avoid any delay in the hearing, the motion must be filed and served by 9:00 a.m. on Tuesday, December 17, 2013. The defendants request that Mr. Bergenn serve as standby counsel pending the disposition of the pro se motion is denied. Mr. Bergenns status as counsel for the defendant will not be impacted by the defendants request to file a pro se motion to withdraw his guilty plea, or by the filing of the motion. Instead, Mr. Bergenns status as counsel will remain the same and he will continue to be responsible for all matters pertaining to the defendants case except the pro se motion that is the subject of this order. If the pro se motion is not timely filed in accordance with this order, any claim or objection the defendant might wish to raise concerning his guilty plea will be deemed waived. So ordered. Signed by Judge Robert N. Chatigny on 12/13/2013. (Rickevicius, L.) (Entered: 12/13/2013)

| | | |
|---|---|---|
| 12/13/2013 | 569 | TRANSCRIPT of Proceedings: as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Jury Trial - Excerpt of testimony from Scott Meyer. Held on 02.21.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/3/2014. Redacted Transcript Deadline set for 1/13/2014. Release of Transcript Restriction set for 3/13/2014. (Warner, D.) (Entered: 12/13/2013) |
| 12/13/2013 | 570 | TRANSCRIPT of Proceedings: as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Jury Trial - Excerpt from testimony of Alfred Anthony Vigil. Held on 02.28.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/3/2014. Redacted Transcript Deadline set for 1/13/2014. Release of Transcript Restriction set for 3/13/2014. (Warner, D.) (Entered: 12/13/2013) |
| 12/16/2013 | 571 | MOTION to Dismiss *Indictment with Prejudice*, MOTION for New Trial , MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se* by Robert Rivernider. (Bergenn, James) (Entered: 12/16/2013) |
| 12/17/2013 | 572 | CJA 20 as to Robert Rivernider: Authorization to Pay James W. Bergenn. Voucher # 130619000095-1. Interim payment Signed by Judge Robert N. Chatigny on 12/12/13. (Wood, R.) (Entered: 12/17/2013) |
| 12/17/2013 | 573 | CJA 20 as to Robert Rivernider: Authorization to Pay James W. Bergenn. Voucher # 130619000095-2. Interim payment Signed by Judge Robert N. Chatigny on 12/12/13. (Wood, R.) (Entered: 12/17/2013) |

| 12/17/2013 | 574 | "ENTERED IN ERROR" NOTICE *of Appearance of Law Student* by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca (Durham, John) Modified on 12/20/2013 (Blue, A.). (Entered: 12/17/2013) |
|---|---|---|
| 12/17/2013 | 575 | SENTENCING MEMORANDUM by USA as to Robert Rivernider (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Durham, John) Modified on 12/20/2013 to remove incorrect defendants. (Blue, A.). (Entered: 12/17/2013) |
| 12/17/2013 | 581 | MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re correction to #574. (Blue, A.) (Entered: 12/20/2013) |
| 12/18/2013 | 576 | RESPONSE/REPLY by USA as to Robert Rivernider to 571 Motion to File Pro Se Document (Durham, John) Modified on 12/23/2013 to edit the correct party. (Blue, A.). Modified on 12/23/2013 to link document. (Blue, A.). (Entered: 12/18/2013) |
| 12/18/2013 | 577 | Minute Entry for proceedings held before Judge Robert N. Chatigny: denying 571 Motion to Dismiss as to Robert Rivernider (1); denying 571 Motion for New Trial as to Robert Rivernider (1); denying 571 Motion to Withdraw Plea of Guilty as to Robert Rivernider (1); Motion Hearing as to Robert Rivernider held on 12/18/2013 re 571 MOTION to Dismiss *Indictment with Prejudice* MOTION for New Trial MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se* filed by Robert Rivernider ; Sentencing as to Robert Rivernider held on 12/18/2013. Total Time: 8 hours and 39 minutes(Court Reporter Warner, Darlene.) (Glynn, T.) (Entered: 12/19/2013) |
| 12/18/2013 | 578 | Marked Exhibit List by USA as to Robert Rivernider. (Glynn, T.) (Entered: 12/19/2013) |
| 12/18/2013 | 579 | Marked Exhibit List 1-12 by Robert Rivernider. (Glynn, T.) (Entered: 12/19/2013) |
| 12/18/2013 | 580 | Marked Exhibit List 13-31 by Robert Rivernider. (Glynn, T.) (Entered: 12/19/2013) |
| 12/23/2013 | 583 | JUDGMENT as to Robert Rivernider (1), Count(s) 1, Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due.; Count(s) 10-18, 2-8, 9, Defendant is hereby committed to custody for a term of 144 months on each counts 1-18, all terms to be served concurrently. Defendant will self-surrender no later than January 29, 2014. Upon release place on supervised release for a term of 3 years on counts 1-8 and 10-13, and 5 years on counts 9, and 14-18 all terms to run concurrently. Defendant will pay a restitution at a rate of $500 per month in accordance with the restitution order that will be entered. A special assessment of $100 on each counts 1-18 for a total of $1,800. is due<br>Signed by Judge Robert N. Chatigny on 12/20/13. C-Copy given to USPO. (Blue, A.) (Entered: 12/23/2013) |
| 12/27/2013 | 584 | NOTICE OF APPEAL by Robert Rivernider re 583 Judgment. (Attachments: # 1 CJA Notice)(Blue, A.) (Entered: 12/27/2013) |
| 01/08/2014 | 585 | SEALED MOTION to Incur Expenses by Robert Rivernider. (Blue, A.) Modified on 1/10/2014 to edit the date. (Blue, A.). (Entered: 01/10/2014) |
| 01/10/2014 | 586 | INDEX TO RECORD ON APPEAL by Robert Rivernider re 584 Notice of Appeal - Final Judgment, 549 Reply/Response Misc, 137 Order on Motion to Incur Expenses, 114 Order on Motion for Extension of Time to File Response/Reply, 40 Order on ExParte Motion, |

27 Attorney Appearance - Defendant, 230 Order of Transfer, [188](#) Order on Motion to Continue, Status Conference, Set Deadlines/Hearings,,, [124](#) MOTION to Modify Conditions of Release, 112 Calendar Entry,, 147 Calendar Entry, [340](#) Memorandum in Opposition to Motion, [93](#) Order on Motion to Modify Conditions of Release, [583](#) Judgment,,,,, [34](#) Memorandum in Opposition to Motion, [88](#) MOTION to Appoint Counsel *as Coordinating Discovery Attorney*, [346](#) Jury Trial, [262](#) Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme"*, [61](#) Bond Hearing, [576](#) Reply/Response Misc, [424](#) Order for PSI and Report, [198](#) MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release,,,, [557](#) Sentencing, [236](#) Transcript,,,, 49 Calendar Entry, [562](#) Exhibit List, [152](#) Reply to Response, 367 Plea Entered, [202](#) SEALED MOTION to Incur Expenses, [494](#) SEALED MOTION to Incur Expenses, 127 MOTION to Continue, [345](#) Jury Trial, [578](#) Exhibit List, [149](#) SEALED MOTION to Incur Expenses, [469](#) Sealed Sentencing Recommendation, [145](#) MOTION for Shelley R. Sadin to Withdraw as Attorney, 567 Order on Motion to Incur Expenses, [46](#) USM Return Executed, 187 Calendar Entry,, 148 Calendar Entry,, 363 Order on Motion in Limine,,,,,,,, 162 Calendar Entry, 106 Calendar Entry,, [336](#) Exhibit List, [451](#) MOTION to Compel , [264](#) Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge*, [105](#) Reply/Response Misc, 568 Order on Motion for Leave to File,,,,, [347](#) Jury Trial, [131](#) Order on Motion to Continue, [288](#) Order on Motion for Miscellaneous Relief,, Motion Hearing, Pretrial Conference,,,,,,,, [538](#) Order on Motion to Incur Expenses, [84](#) SEALED MOTION to seal -, [174](#) Order on Motion for Bill of Particulars, [365](#) Change of Plea Hearing, 116 Order to Continue - Ends of Justice,, 92 Order on Motion to Incur Expenses, [415](#) Sealed Document, [523](#) Second MOTION to Continue *Sentencing*, [186](#) Memorandum in Opposition to Motion, [570](#) Transcript,,,, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment*, 194 Order on Motion to Modify Conditions of Release,,, 189 Order to Continue - Ends of Justice,, [542](#) Affidavit, [67](#) MOTION to Modify Conditions of Release *Pending Trial*, [26](#) Rule 5 Documents Received, 495 Order on Motion to Incur Expenses, [338](#) Jury Trial, [515](#) Exhibit, [73](#) Order, [193](#) Reply to Response, [580](#) Exhibit List, 81 Calendar Entry,, 97 Order on Motion to Appoint Counsel, 304 Order on Motion to Seal, [125](#) Attorney Appearance - Defendant, 155 Order to Continue - Ends of Justice,, [91](#) SEALED MOTION to Incur Expenses, [1](#) Indictment (Sealed), [466](#) First MOTION to Continue *Sentencing*, [146](#) SEALED MOTION to withdraw -, [545](#) MOTION to Seal Exhibits A and B to Government's Submission Re Defendant's Purported Mental Health Deficiency, 474 Order on Motion to Incur Expenses, [408](#) Transcript,,,, [516](#) Exhibit, [134](#) SEALED MOTION to Incur Expenses, 111 Calendar Entry, 37 Scheduling Order, Order to Continue - Ends of Justice,,,,,,,, [203](#) Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release,, Motion Hearing,,,,,,,,,,,,,,, [74](#) Order Setting Conditions of Release, [418](#) Order on Motion to Seal, 150 Order on Motion to Incur Expenses, [260](#) Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct*, [499](#) Witness List, [478](#) Presentence Investigation Report, [366](#) Petition to Enter Guilty Plea, 153 Order on Motion to Withdraw as Attorney, Order on Sealed Motion, Motion Hearing,,, [453](#) Order on Motion to Compel, [513](#) Sentencing Memorandum, [298](#) Proposed Voir Dire, 130 Order on Motion to Modify Conditions of Release, [102](#) MOTION for Extension of Time Motions Deadline, [566](#) MOTION for Leave to File *a Pro Se Motion to Withdraw His Plea and Allow Counsel to Continue to Appear as Stand-By Counsel*, [368](#) Order for PSI and Report, [497](#) Sentencing Memorandum, [463](#) SEALED MOTION to Incur Expenses, [326](#) Memorandum in Opposition to Motion, [76](#) Bond, [266](#) Order on Motion to Continue, Motion Hearing, Status Conference,,, [335](#) Jury Selection, 83 Order,,,,, [293](#) Emergency MOTION to Stay Deportation of Material Witness, [135](#) Reply to Response, [35](#) EX PARTE MOTION, [510](#)

Affidavit, 296 SEALED MOTION -, 69 Order on Motion for Pretrial Detention, 569 Transcript,,,, 118 ExParte Document, 577 Order on Motion to Dismiss, Order on Motion for New Trial, Order on Motion to Withdraw Plea of Guilty, Motion Hearing, Sentencing,,,,,,,,,, 544 Sentencing Memorandum, 303 Proposed Jury Instructions/Request to Charge, 297 SEALED MOTION -, 75 Order on Motion to Incur Expenses, 39 Order,,,,, 20 Order on Motion to Unseal Case, 120 Order of Transfer, 36 Scheduling Order, Set/Reset Motion and R&R Deadlines/Hearings, 357 Jury Trial, 483 Order on Motion for Hearing, 498 Evidentiary Hearing, 561 Exhibit List, 315 MOTION Order authorizing deposition of witness, 294 First MOTION to Seal First Ex Parte Application, 520 Order on Motion for Extension of Time, 90 MOTION to Modify Conditions of Release *Pending Trial*, 70 Order on Motion for Reconsideration, 328 Notice (Other), 80 MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act, 383 Transcript,,,, 109 Reply/Response Misc, 344 Jury Trial, 121 Calendar Entry, 215 Docket Annotation, 324 Order on Sealed Motion, 550 Sentencing, 231 Index to Record on Appeal,,,,,,,,,,,,,,,,,,, 204 Exhibit List, 530 Order on Motion to Incur Expenses, 140 Order of Transfer, 158 Attorney Appearance - Defendant, 287 MOTION to depose David Bryant, 362 Order on Motion in Limine,,,, 546 Order on Motion to Seal, 183 MOTION to Modify Conditions of Release, 87 Order on Sealed Motion, 416 SEALED MOTION -, 190 SEALED MOTION to Incur Expenses, 404 SEALED MOTION to Incur Expenses, 136 Order on Motion to Incur Expenses, 359 Order on Motion in Limine,,,,,, 447 Order for PSI and Report, 154 CJA 20 - Appointment, 500 Exhibit List, 459 MOTION for Michael G. Chase to Withdraw as Attorney *for Robert H. Rivernider*, 214 Notice of Appeal - Conditions of Release, 537 SEALED MOTION to Incur Expenses, 524 Sentencing Memorandum, 333 Voir Dire Begun, 391 Order on Motion in Limine,, Order on Motion to Preclude,, Order on Motion to Incur Expenses, Order on Sealed Motion,,,,,,,,,,,,,,,, 392 Order on Motion to Incur Expenses, 361 Order on Motion in Limine,,,, 42 Order, 72 SEALED MOTION to Incur Expenses, 256 MOTION Opening Statements, 299 Order on Motion for Miscellaneous Relief, 41 Order, 412 Order on Motion to Incur Expenses, 71 USM Return Executed, 110 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, 128 MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, 144 Status Conference, Set Deadlines/Hearings,, 185 Calendar Entry, 417 Order on Sealed Motion, 527 Order on Motion to Continue, Order on Motion for Bond, Motion Hearing, Status Conference,,,,,,,,, 519 MOTION for Extension of Time To File Government's Sentencing memorandum until October 23, 2013 MOTION for Status Conference, 331 MOTION in Limine *to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial*, 48 Calendar Entry, 191 Order on Motion to Incur Expenses, 129 Order on Motion to Adopt,, Order on Motion to Continue, Order on Motion to Withdraw Document, Status Conference,,,,,,,,,, 547 Sealed Document, 160 Transcript,,,, 265 Order on Motion to Continue, Status Conference,, 512 Order on Motion for Leave to File, 322 SEALED MOTION to Incur Expenses, 19 MOTION to Unseal Case, 302 Proposed Voir Dire, 68 Order on Motion to Modify Conditions of Release, 321 USCA Mandate, 244 Order on Motion to Modify Conditions of Release, 414 SEALED MOTION to Incur Expenses, 57 Order on Motion for Reconsideration, Detention Hearing,, 159 Calendar Entry, 30 MOTION for Pretrial Detention, 52 Transcript,,,, 107 Bail Information Sheet, 559 Witness List, 526 MOTION for Bond, 460 Order on Motion to Withdraw as Attorney, 151 Reply/Response Misc, 248 MOTION to Continue *Jury Selection*, 101 Memorandum in Support of Motion, 113 Order to Continue - Ends of Justice, 421 Order, 85 Order on Sealed Motion, 142 Order to Continue - Ends of Justice,, 319 Order on Motion in Limine, Order on Motion to Sever Defendant,,, Motion Hearing,,,,,,,,,,,,,,,,,, 514 Exhibit,,, 305 Order on Motion to Seal, 86 SEALED MOTION -, 98 Scheduling Order,, 332 Trial Memo, 355 Jury Trial, 511 MOTION for Leave to File *Memorandum in Aid of Sentencing in Excess of Forty Pages*, 117 ExParte Document, 413 MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report, 261 Joint MOTION in

Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts*, 352
Jury Trial, 458 Reply/Response Misc, 385 SEALED MOTION to Incur Expenses, 468
Presentence Investigation Report, 38 Calendar Entry,,, 21 Electronic Filing Order, 243
Consent MOTION to Modify Conditions of Release, 465 Presentence Investigation
Report, 571 MOTION to Dismiss *Indictment with Prejudice* MOTION for New Trial
MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se*, 579 Exhibit
List, 517 Order on Motion to Incur Expenses, 501 Sentencing Memorandum, 239 Status
Conference, 471 Order on Motion to Incur Expenses, 479 MOTION for Hearing , 156
MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee
$25.00. Receipt Number CTXN00003444., 467 Order on Motion to Continue, 100 Joint
MOTION for Bill of Particulars, 108 MOTION for Extension of Time to File
Response/Reply *To Government's Opposition To Request For Bill of Particulars*, 558
MOTION for James W. Bergenn to Withdraw as Attorney , 473 SEALED MOTION to
Incur Expenses, 205 Order on Motion to Incur Expenses, 522 SEALED MOTION to
Incur Expenses, 406 Transcript,,,, 551 SEALED MOTION to Incur Expenses, 295
MOTION to Seal Second Ex Parte Application, 470 Notice (Other), 283 Memorandum in
Opposition to Motion,,,, 157 Order on Motion for Leave to Appear, 508 Order for PSI and
Report, 364 Order on Motion in Limine,,,,, 329 Order on Motion in Limine, Order on
Motion for Miscellaneous Relief,,, Motion Hearing, Pretrial Conference,,,,,,,,,,,,,,,,, 29
Arraignment, Detention Hearing, Plea Entered,,, 82 Order on Motion to Continue, Order
on Motion for Miscellaneous Relief, 325 Order on Motion to Incur Expenses, 33
MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA, 565
SEALED MOTION to Incur Expenses, 314 MOTION in Limine *to Preclude Evidence or
Arguments Blaming Victim Lenders*, 300 Proposed Jury Instructions/Request to Charge,
182 MOTION to Modify Conditions of Release, 51 Transcript,,,, 32 MOTION to Adopt
*Defendant Robert Ponte's Motion to Modify Scheduling Order*, 334 Jury Selection, 548
Sealed Document, 575 Sentencing Memorandum, 560 Witness List, 77 Notice (Other),
115 Order on Motion for Extension of Time, 99 Scheduling Order,,.For docket entries
without a hyperlink, contact the court to arrange for the document(s) to be made available
to you. (Bergenn, James) (Entered: 01/10/2014)

| | | |
|---|---|---|
| 01/14/2014 | 589 | MOTION to Incur Expenses re 585 SEALED MOTION to Incur Expenses by Robert Rivernider. (Bergenn, James) (Entered: 01/14/2014) |
| 01/14/2014 | 591 | ORDER denying as moot 585 Motion to Incur Expenses in light of doc. 589 . Signed by Judge Robert N. Chatigny on 1/14/14. (Warden Rodgers, H.) (Entered: 01/14/2014) |
| 01/14/2014 | 593 | ORDER finding as moot 589 Motion to incur as to Robert Rivernider (1). The Court has been informed that the motion has been withdrawn, as the defendant has made alternative travel arrangements that will not require the expenditure of CJA funds. Signed by Judge Robert N. Chatigny on 1/14/14. (Warden Rodgers, H.) (Entered: 01/14/2014) |
| 01/16/2014 | 594 | ORDER finding as moot 581 Motion to Permit Appearance of Law Student Intern as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 1/16/2014. (Rickevicius, L.) (Entered: 01/16/2014) |
| 01/21/2014 | 596 | PRO SE MOTION to Stay surrender pending appeal by Robert Rivernider. (Attachments: # 1 part 2)(Blue, A.) (Entered: 01/23/2014) |
| 01/28/2014 | 603 | ORDER denying 596 Motion to stay surrender pending appeal as to Robert Rivernider (1). See attached for details. Signed by Judge Robert N. Chatigny on 1/28/14. (Warden Rodgers, H.) (Entered: 01/28/2014) |
| 01/28/2014 | 604 | MOTION to be Relieved as Counsel and for Appointment of Substitute Counsel re 603 Order on Motion for Miscellaneous Relief by Robert Rivernider. (Attachments: # 1 Memorandum in Support of Motion to be Relieved as Counsel, # 2 Exhibit A - Notice of |

Appeal (signed by Sally Wasserman, Esq.), # 3 Exhibit B, # 4 Exhibit C)(Bergenn, James) (Entered: 01/28/2014)

| | | |
|---|---|---|
| 01/29/2014 | 605 | ORDER granting 604 Motion as to Robert Rivernider (1). Attorney Bergenn's request to be relieved as counsel for Mr. Rivernider with regard to any further matters relating to Mr. Rivernider's pro se motion to stay his surrender pending appeal is hereby granted except that Attorney Bergenn will comply with Mr. Rivernider's request that he, Attorney Bergenn, file a notice of appeal on behalf of Mr. Rivernider with regard to this Court's ruling and order denying the pro se motion, which Attorney Bergenn has offered to do. Once that notice of appeal is filed, Attorney Bergenn will be relieved as counsel for Mr. Rivernider in connection with the pro se motion. To avoid any potential confusion, the Court understands that Attorney Bergenn will continue to serve as apointed counsel for Mr. Rivernider in this Court and, accordingly, this order should not be construed as terminating his appointment as counsel for Mr. Rivernider in connection with further proceedings here. In the event Mr. Rivernider's case is returned to this Court for further proceedings, the Court will rely on Attorney Bergenn to represent Mr. Rivernider to the extent Attorney Bergenn is able to do so consistent with his ethical duties under applicable law. So ordered. Signed by Judge Robert N. Chatigny on 1/29/14. (Chatigny, Robert) (Entered: 01/29/2014) |
| 02/03/2014 | 606 | TRANSCRIPT of Proceedings: as to Robert Rivernider. Type of Hearing: Loss. Held on 09.04.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/4/2014. (Warner, D.) (Entered: 02/03/2014) |
| 02/03/2014 | 607 | TRANSCRIPT of Proceedings: as to Robert Rivernider. Type of Hearing: Evidentiary held on 12.04.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/4/2014. (Warner, D.) (Entered: 02/03/2014) |
| 02/03/2014 | 608 | TRANSCRIPT of Proceedings: as to Robert Rivernider. Type of Hearing: Evidentiary. Held on 12.05.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is |

| | | not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/4/2014. (Warner, D.) (Entered: 02/03/2014) |
|---|---|---|
| 02/03/2014 | 609 | TRANSCRIPT of Proceedings: as to Robert Rivernider. Type of Hearing: Sentencing. Held on 12.18.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/24/2014. Redacted Transcript Deadline set for 3/6/2014. Release of Transcript Restriction set for 5/4/2014. (Warner, D.) (Entered: 02/03/2014) |
| 02/03/2014 | 610 | NOTICE OF APPEAL by Robert Rivernider re 603 Order on Motion for Miscellaneous Relief (Attachments: # 1 CJA Notice)(Blue, A.) (Entered: 02/04/2014) |
| 02/06/2014 | 612 | USM Return of Service on Judgment executed as to Robert Rivernider on 1/29/2014 (Falcone, K.) (Entered: 02/07/2014) |
| 02/07/2014 | 613 | Sealed Document: Notice of Manual Filing of Exhibits referenced in Government's Version of Offense by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca re 489 Presentence Investigation Report, 468 Presentence Investigation Report, 486 Presentence Investigation Report, - (Schmeisser, Christopher) (Entered: 02/07/2014) |
| 02/08/2014 | 617 | ORDER granting 551 Motion to Incur Expenses as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 2/8/14. (Warden Rodgers, H.) (Entered: 02/08/2014) |
| 02/14/2014 | 619 | RESPONSE/REPLY by USA as to Robert Rivernider, Robert Ponte *Government's Supplemental Memorandum Regarding Restitution* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit 371A, # 7 Exhibit 371E)(Schmeisser, Christopher) (Entered: 02/14/2014) |
| 03/04/2014 | 622 | CJA 24 as to Robert Rivernider: Authorization to Pay Darlene Warner $ 2,672.95 for Transcript, Voucher # 140219000003. Date of Court Hearings 9/4/13, 12/4/13,12/5/13 & 12/18/13<br>Signed by Judge Robert N. Chatigny on 2/12/14. (Wood, R.) (Entered: 03/04/2014) |
| 03/07/2014 | 623 | RESPONSE/REPLY by Robert Rivernider re 619 Reply/Response Misc, *Robert H. Rivernider, Jr.'s Response to Government's Supplemental Memorandum Regarding Restitution* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Bergenn, James) (Entered: 03/07/2014) |
| 03/12/2014 | 624 | MOTION for Extension of Time to File Response/Reply as to 623 Reply/Response Misc, until 03/26/2014 by USA as to Robert Rivernider. (Durham, John) (Entered: 03/12/2014) |
| 03/13/2014 | 625 | ORDER granting 624 Motion for Extension of Time to 3/28/2014 to File Response/Reply to 623 Response. Signed by Judge Robert N. Chatigny on 3/13/2014. (Rickevicius, L.) |

| 03/13/2014 | 626 | Memorandum in Opposition by Robert Rivernider re 624 MOTION for Extension of Time to File Response/Reply as to 623 Reply/Response Misc, until 03/26/2014 (Bergenn, James) (Entered: 03/13/2014) |
|---|---|---|
| 03/28/2014 | 628 | RESPONSE/REPLY by USA as to Robert Rivernider re 623 Reply/Response Misc, 619 Reply/Response Misc, *to Defendants Response to the Governments Supplemental Memorandum Regarding Restitution* (Attachments: # 1 Exhibit A1, # 2 Exhibit B1, # 3 Exhibit C1)(Schmeisser, Christopher) (Entered: 03/28/2014) |
| 04/11/2014 | 634 | RESPONSE/REPLY by Robert Rivernider re 619 Reply/Response Misc, (Bergenn, James) (Entered: 04/11/2014) |
| 05/14/2014 | 638 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Jury Trial - Vol. I held on 02.07.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 639 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca Type of Hearing: Jury Trial - Vol. II held on 02.12.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 640 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. III held on 02.13.14 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request |

due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014)

| 05/14/2014 | 641 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. IV held on 02.14.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
|---|---|---|
| 05/14/2014 | 642 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. V held on 02.19.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 643 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol VI held on 02.20.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 644 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. VII held on 02.21.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript |

may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014)

| 05/14/2014 | 645 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. VIII held on 02.22.03 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| --- | --- | --- |
| 05/14/2014 | 646 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. IX held on 02.25.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 647 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. X held on 02.26.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 648 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. XI held on 02.27.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party |

must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014)

| 05/14/2014 | 649 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Jury Trial - Vol. XII held on 02.28.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| --- | --- | --- |
| 05/14/2014 | 650 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Plea held on 03.01.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |
| 05/14/2014 | 651 | TRANSCRIPT of proceedings as to Robert Rivernider, Robert Ponte, Loretta Seneca. Type of Hearing: Loss held on 09.04.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/4/2014. Redacted Transcript Deadline set for 6/14/2014. Release of Transcript Restriction set for 8/12/2014. (Warner, D.) (Entered: 05/14/2014) |

| | | |
|---|---|---|
| 06/05/2014 | 654 | MOTION for Copy of Docket by Robert Rivernider. (Munoz, M) (Entered: 06/05/2014) |
| 06/06/2014 | 655 | ORDER granting 654 Motion for copy as to Robert Rivernider (1). The Clerk shall provide defendant Rivernider with the requested copy. Signed by Judge Robert N. Chatigny on 6/6/2014. (Rickevicius, L.) (Entered: 06/06/2014) |
| 07/11/2014 | | Motion to Vacate Sentence/2255 as to Robert Rivernider: filed in Civil Case number 14cv1000. All filings related to this should now be filed in the civil case. (Munoz, M) (Entered: 07/14/2014) |
| 09/12/2014 | 661 | MOTION for Clarification and Status of Counsel by Robert Rivernider as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Falcone, K.) (Entered: 09/12/2014) |
| 10/09/2014 | 662 | MOTION to Correct Clerical Mistakes in the Presentence Report re: Rule 36, F.R.Crim.P. by Robert Rivernider. (Sundie, T) (Entered: 10/10/2014) |
| 10/10/2014 | 663 | CJA 21 as to Robert Rivernider: Authorization to Pay for Expert Services. Voucher # 140730000006. Interim payment Approved by Judge Gerard E. Lynch at USCA Signed by Judge Robert N. Chatigny on 7/31/14. (Wood, R.) (Entered: 10/10/2014) |
| 10/24/2014 | 664 | MOTION for Confirmation re Donna Moore's Restitution Status, Recalculation of Loss, and Application of Search Warrants by Robert Rivernider. (Sundie, T) (Entered: 10/24/2014) |
| 10/24/2014 | 665 | Emergency MOTION for Release While Appeal Pends Substantial Questions of Law and Presentation of Extraordinary Circumstances by Robert Rivernider. (Sundie, T) (Entered: 10/24/2014) |
| 11/03/2014 | 666 | MOTION for Release of Bank of America Records and Notice to Preserve All Records by Robert Rivernider. (Sundie, T) (Entered: 11/03/2014) |
| 11/10/2014 | 667 | MOTION to Compel the Government to Turn Over All Records Pertaining to Tennessee State Bank and Notice to Preserve Records by Robert Rivernider. (Sundie, T) (Entered: 11/10/2014) |
| 11/10/2014 | 669 | MOTION to Order the Government to Turn Over All Grand Jury Records, Recordings, Notes and Transcripts by Robert Rivernider. (Sundie, T) (Entered: 11/12/2014) |
| 11/12/2014 | 668 | ORDER denying without prejudice 661 Motion for Clarification and Status of Counsel as to Robert Rivernider (1); denying without prejudice 662 Motion to Correct Clerical Mistakes as to Robert Rivernider (1); denying without prejudice 664 Motion for Confirmation of Restitution Status as to Robert Rivernider (1); denying without prejudice 666 Motion for Release of Records as to Robert Rivernider (1); denying without prejudice 667 Motion to Compel as to Robert Rivernider (1). In an order entered on November 11, 2014, this Court stayed defendant's § 2255 proceeding (14cv1000) pending completion of his direct appeal (ECF No. 18 in 14cv1000). In light of that order, the above motions are denied without prejudice to renewal following the completion of defendant's direct appeal. So ordered. Signed by Judge Robert N. Chatigny on 11/12/14. (Reardon, C) (Entered: 11/12/2014) |
| 11/12/2014 | 670 | ORDER denying without prejudice 669 Motion to Order the Government to Produce Records as to Robert Rivernider (1). In an order entered on November 11, 2014, this Court stayed defendant's § 2255 proceeding (14cv1000) pending completion of his direct appeal (ECF No. 18 in 14cv1000). In light of that order, the motion is denied without prejudice to renewal following the completion of defendant's direct appeal. So ordered. Signed by Judge Robert N. Chatigny on 11/12/14. (Reardon, C) (Entered: 11/12/2014) |

| 11/17/2014 | 671 | MOTION to Compel the Court's Response by Robert Rivernider. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sundie, T) (Entered: 11/18/2014) |
| 11/17/2014 | 672 | MOTION Requesting Court Take Possession of The Defendant's Computers and iPhone by Robert Rivernider. (Sundie, T) (Entered: 11/18/2014) |
| 11/24/2014 | 677 | MOTION for Reconsideration re 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 670 Order on Motion for Miscellaneous Relief by Robert Rivernider. (Sundie, T) (Entered: 11/25/2014) |
| 11/24/2014 | 684 | NOTICE OF APPEAL by Robert Rivernider re 683 Order on Motion for Reconsideration (Attachments: # 1 Correspondence)(Sundie, T) Modified on 12/10/2014 to correct links to order. (Sundie, T). (Entered: 12/04/2014) |
| 11/24/2014 | 685 | MOTION to Appoint Counsel to appeal the denials of 668 and 670 by Robert Rivernider. (Sundie, T) (Entered: 12/04/2014) |
| 11/25/2014 | 673 | ORDER as to Robert Rivernider: Please see attached Ruling and Order adopting in substantial part the proposed restitution order. Signed by Judge Robert N. Chatigny on 11/25/2014. (Rickevicius, L.) (Entered: 11/25/2014) |
| 11/25/2014 | 674 | ORDER as to Robert Rivernider: Please see attached Resititution Order. Signed by Judge Robert N. Chatigny on 11/25/2014. (Rickevicius, L.) (Entered: 11/25/2014) |
| 12/01/2014 | 678 | MOTION for James W. Bergenn to Withdraw as Attorney *Nunc Pro Tunc as to Defendant's Pro Se Filings and for Leave to Withdraw Appearance as Counsel* by Robert Rivernider. (Attachments: # 1 Memorandum in Support of James W. Bergenn's Motion to be Relieved as Counsel Nunc Pro Tunc as to Defendant's Pro Se Filings and for Leave to Withdraw Appearance as Counsel)(Bergenn, James) (Entered: 12/01/2014) |
| 12/01/2014 | 680 | MOTION Seeking Discovery Pursuant to Loss Hearing, Affidavit from Counsel, and Noting Time is of the Essence by Robert Rivernider. (Sundie, T) (Entered: 12/02/2014) |
| 12/01/2014 | 681 | MOTION to Request Affidavit from the Court Regarding Admission of Offensive Conduct and Validity of the Pleas by Robert Rivernider. (Sundie, T) (Entered: 12/02/2014) |
| 12/02/2014 | 679 | ORDER as to Robert Rivernider: The Clerk will docket the attached correspondense and notice. Signed by Judge Robert N. Chatigny on 12/2/2014. (Rickevicius, L.) (Entered: 12/02/2014) |
| 12/03/2014 | 682 | ORDER denying without prejudice 671 Motion to Compel as to Robert Rivernider; denying without prejudice 672 Motion for Order as to Robert Rivernider; denying without prejudice 680 Motion for Discovery as to Robert Rivernider; denying without prejudice 681 Motion Requesting Affidavit as to Robert Rivernider. The case has been stayed. Signed by Judge Robert N. Chatigny on 12/3/2014. (Reardon, C) (Entered: 12/03/2014) |
| 12/03/2014 | 683 | ORDER denying 677 Motion for Reconsideration as to Robert Rivernider. Please see attached Order. Signed by Judge Robert N. Chatigny on 12/3/2014. (Reardon, C) (Entered: 12/03/2014) |
| 12/05/2014 | 686 | MOTION Requesting the Court to Provide Any Motions Filed by the Government for Extensions of Time and Any Approvals From the Court Regarding the Grand Jury by Robert Rivernider. (Sundie, T) (Entered: 12/08/2014) |

| 12/08/2014 | 688 | NOTICE OF APPEAL by Robert Rivernider re 673 Order, 674 Order. (Sundie, T) (Entered: 12/10/2014) |
|---|---|---|
| 12/08/2014 | 689 | MOTION to Appoint Counsel by Robert Rivernider. (Sundie, T) (Entered: 12/10/2014) |
| 12/08/2014 | 692 | NOTICE to CJA Counsel as to Robert Rivernider re 684 Notice of Appeal - Final Judgment, 688 Notice of Appeal - Final Judgment. (Sundie, T) (Entered: 12/11/2014) |
| 12/08/2014 | 693 | INDEX TO RECORD ON APPEAL by Robert Rivernider re 684 Notice of Appeal - Final Judgment, 688 Notice of Appeal - Final Judgment, 137 Order on Motion to Incur Expenses, 667 MOTION to Compel, 114 Order on Motion for Extension of Time to File Response/Reply, 40 Order on ExParte Motion, 133 SEALED MOTION to Incur Expenses, 554 Calendar Entry, 112 Calendar Entry,, 572 CJA 20 - Authorization to Pay, 147 Calendar Entry, 645 Transcript, 583 Judgment, 34 Memorandum in Opposition to Motion, 435 CJA 24 - Authorization to Pay, 88 MOTION to Appoint Counsel *as Coordinating Discovery Attorney*, 236 Transcript, 562 Exhibit List, 152 Reply to Response, 367 Plea Entered, 494 SEALED MOTION to Incur Expenses, Set/Reset Motion and R&R Deadlines/Hearings, 345 Jury Trial, 149 SEALED MOTION to Incur Expenses, CJA 20 - Authorization to Pay, 469 Sealed Sentencing Recommendation, 255 Calendar Entry, 46 USM Return Executed, 681 MOTION Request for Affidavit from the Court Regarding Admission of Offensive Conduct and Validity of the Pleas, 553 Calendar Entry, 279 CJA 21 - Authorization to Pay, 148 Calendar Entry, 363 Order on Motion in Limine, Calendar Entry, 568 Order on Motion for Leave to File, 679 Order, 612 USM Return Executed, 538 Order on Motion to Incur Expenses, 84 SEALED MOTION to seal -, 174 Order on Motion for Bill of Particulars, 628 Reply/Response Misc, 92 Order on Motion to Incur Expenses, 415 Sealed Document, 186 Memorandum in Opposition to Motion, 570 Transcript, 189 Order to Continue - Ends of Justice, 686 MOTION Requesting the Court to Provide Any Motions Filed by the Government for Extensions of Time and Any Approvals From the Court Regarding the Grand Jury, 289 Set/Reset Motion and R&R Deadlines/Hearings, 603 Order on Motion for Miscellaneous Relief, 430 CJA 21 - Authorization to Pay, 691 MOTION for Clearly Warranted Release, 81 Calendar Entry, 610 Notice of Appeal - Final Judgment, 97 Order on Motion to Appoint Counsel, 304 Order on Motion to Seal, 155 Order to Continue - Ends of Justice,, 91 SEALED MOTION to Incur Expenses, 466 First MOTION to Continue *Sentencing*, 377 CJA 21 - Authorization to Pay, 609 Transcript, 146 SEALED MOTION to withdraw -, 651 Transcript, 203 Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release, Motion Hearing, 74 Order Setting Conditions of Release, Terminate Deadlines and Hearings, 581 MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN, 418 Order on Motion to Seal, 343 CJA 21 - Authorization to Pay, 432 CJA 21 - Authorization to Pay, 513 Sentencing Memorandum, 298 Proposed Voir Dire, 130 Order on Motion to Modify Conditions of Release, 368 Order for PSI and Report, 354 USM Return Executed, 497 Sentencing Memorandum, 463 SEALED MOTION to Incur Expenses, 607 Transcript,,,, 617 Order on Motion to Incur Expenses, 326 Memorandum in Opposition to Motion, 677 MOTION for Reconsideration re 670 Order on Motion for Miscellaneous Relief, 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 76 Bond, 233 Calendar Entry, 83 Order, 563 MOTION to Seal , 135 Reply to Response, 683 Order on Motion for Reconsideration, 510 Affidavit, 118 ExParte Document, 297 SEALED MOTION -, 39 Order, 120 Order of Transfer, 483 Order on Motion for Hearing, 498 Evidentiary Hearing, 561 Exhibit List, 360 Order on Motion in Limine,, 315 MOTION Order authorizing deposition of witness, 425 Calendar Entry, CJA 20 - Authorization to Pay, 90 MOTION to Modify Conditions of Release *Pending Trial*, 70 Order on Motion for Reconsideration, 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 428 CJA 21 - Authorization to Pay, Speedy Trial - Excludable Start, 342 CJA 21 - Authorization to Pay, 690 Reply/Response Misc, 383 Transcript, 121 Calendar Entry, 324 Order on Sealed Motion, 550 Sentencing, |

204 Exhibit List, 140 Order of Transfer, 287 MOTION to depose David Bryant, 158 Attorney Appearance - Defendant, 362 Order on Motion in Limine, 546 Order on Motion to Seal, 183 MOTION to Modify Conditions of Release, 87 Order on Sealed Motion, 416 SEALED MOTION -, 665 MOTION for Release While Appeal Pends Substantial Questions of Law and Presentation of Extraordinary Circumstances, 136 Order on Motion to Incur Expenses, 638 Transcript, 447 Order for PSI and Report, Case Unsealed, 154 CJA 20 - Appointment, 459 MOTION for Michael G. Chase to Withdraw as Attorney *for Robert H. Rivernider*, 214 Notice of Appeal - Conditions of Release, 537 SEALED MOTION to Incur Expenses, 524 Sentencing Memorandum, 642 Transcript, 392 Order on Motion to Incur Expenses, 299 Order on Motion for Miscellaneous Relief, 412 Order on Motion to Incur Expenses, 71 USM Return Executed, 110 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, 144 Status Conference, Set Deadlines/Hearings, 666 MOTION release of Bank of America records and notice to preserve all records, 185 Calendar Entry, 596 MOTION to Stay surrender pending appeal, 417 Order on Sealed Motion, 527 Order on Motion to Continue, Order on Motion for Bond, Motion Hearing, Status Conference, 519 MOTION for Extension of Time To File Government's Sentencing memorandum until October 23, 2013 MOTION for Status Conference, 464 CJA 21 - Authorization to Pay, 331 MOTION in Limine *to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial*, Add and Terminate Attorneys, 48 Calendar Entry, 191 Order on Motion to Incur Expenses, 129 Order on Motion to Adopt, Order on Motion to Continue, Order on Motion to Withdraw Document,,, Status Conference,, 547 Sealed Document, 265 Order on Motion to Continue,, Status Conference, 19 MOTION to Unseal Case, 321 USCA Mandate, 244 Order on Motion to Modify Conditions of Release, 30 MOTION for Pretrial Detention, 644 Transcript,,,, 559 Witness List, 526 MOTION for Bond, 2255 Motion Filed, 151 Reply/Response Misc, 248 MOTION to Continue *Jury Selection*, 101 Memorandum in Support of Motion, 113 Order to Continue - Ends of Justice, 142 Order to Continue - Ends of Justice, 319 Order on Motion in Limine, Order on Motion to Sever Defendant, Motion Hearing, 514 Exhibit, 86 SEALED MOTION -, 98 Scheduling Order, 662 MOTION Correct Clerical Mistakes in the Presentence Report re: Rule 36, F. R. Crim. P., 355 Jury Trial, 117 ExParte Document, CJA 20 - Authorization to Pay, 341 CJA 21 - Authorization to Pay, 352 Jury Trial, 468 Presentence Investigation Report, 38 Calendar Entry, 243 Consent MOTION to Modify Conditions of Release, 465 Presentence Investigation Report, 571 MOTION to Dismiss *Indictment with Prejudice* MOTION for New Trial MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se*, 579 Exhibit List, 437 CJA 20 - Authorization to Pay, 517 Order on Motion to Incur Expenses, 239 Status Conference, 100 Joint MOTION for Bill of Particulars, 406 Transcript, 247 Calendar Entry, 295 MOTION to Seal Second Ex Parte Application, 283 Memorandum in Opposition to Motion, 157 Order on Motion for Leave to Appear, 508 Order for PSI and Report, 574 Notice (Other), 433 CJA 21 - Authorization to Pay, 329 Order on Motion in Limine, Order on Motion for Miscellaneous Relief, Motion Hearing, Pretrial Conference, 29 Arraignment, Detention Hearing, Plea Entered, 143 Calendar Entry, 33 MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA, 680 MOTION for Discovery, 314 MOTION in Limine *to Preclude Evidence or Arguments Blaming Victim Lenders*, 300 Proposed Jury Instructions/Request to Charge, 51 Transcript, 334 Jury Selection, Staff Notes, 575 Sentencing Memorandum, 560 Witness List, 647 Transcript, 77 Notice (Other), 625 Order on Motion for Extension of Time to File Response/Reply, 375 Calendar Entry, 317 Order on Motion to Seal, 549 Reply/Response Misc, 27 Attorney Appearance - Defendant, 230 Order of Transfer, 436 CJA 20 - Authorization to Pay, 507 Calendar Entry, 124 MOTION to Modify Conditions of Release, 188 Order on Motion to Continue,, Status Conference,, Set Deadlines/Hearings, 340 Memorandum in Opposition to Motion, 93 Order on Motion to Modify Conditions of Release, Terminate Deadlines and Hearings, 373 Docket Annotation, 262 Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi*

*Scheme" or "Pyramid Scheme"*, 546 Jury Trial, 61 Bond Hearing, 576 Reply/Response Misc, 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release, 424 Order for PSI and Report, 484 Calendar Entry, 557 Sentencing, 49 Calendar Entry, 202 SEALED MOTION to Incur Expenses, 127 MOTION to Continue, 670 Order on Motion for Miscellaneous Relief, 689 MOTION to Appoint Counsel, 640 Transcript,,,, 585 SEALED MOTION to Incur Expenses, 578 Exhibit List, 145 MOTION for Shelley R. Sadin to Withdraw as Attorney, 567 Order on Motion to Incur Expenses, 187 Calendar Entry,, 594 Order on Motion for Miscellaneous Relief, 162 Calendar Entry, 623 Reply/Response Misc, 106 Calendar Entry,, 336 Exhibit List, 264 Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge*, 451 MOTION to Compel , 105 Reply/Response Misc, 347 Jury Trial, 131 Order on Motion to Continue, 288 Order on Motion for Miscellaneous Relief, Motion Hearing,,, Pretrial Conference,, 663 CJA 21 - Authorization to Pay, 365 Change of Plea Hearing, 116 Order to Continue - Ends of Justice,, 455 CJA 20 - Authorization to Pay, 685 MOTION to Appoint Counsel, 523 Second MOTION to Continue *Sentencing*, Arrest - Other District, 194 Order on Motion to Modify Conditions of Release, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment*, 67 MOTION to Modify Conditions of Release *Pending Trial*, 521 Calendar Entry, 542 Affidavit, 26 Rule 5 Documents Received, 495 Order on Motion to Incur Expenses, 338 Jury Trial, 655 Order on Motion for Miscellaneous Relief, 515 Exhibit, 73 Order, 654 MOTION Copy of Docket, 193 Reply to Response, Staff Notes, 580 Exhibit List, 267 Calendar Entry,, 125 Attorney Appearance - Defendant, 1 Indictment (Sealed), 672 MOTION for Order Re: Requesting Court Take Possession of The Defendant's Computers and iPhone, 474 Order on Motion to Incur Expenses, 545 MOTION to Seal Exhibits A and B to Government's Submission Re Defendant's Purported Mental Health Deficiency, 408 Transcript, 516 Exhibit, 134 SEALED MOTION to Incur Expenses, 111 Calendar Entry, 323 Calendar Entry, 37 Scheduling Order, Order to Continue - Ends of Justice, 591 Order on Motion to Incur Expenses, 150 Order on Motion to Incur Expenses, 260 Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct*, 499 Witness List, 478 Presentence Investigation Report, 366 Petition to Enter Guilty Plea, 153 Order on Motion to Withdraw as Attorney,, Order on Sealed Motion,, Motion Hearing, 453 Order on Motion to Compel, 353 Calendar Entry, 102 MOTION for Extension of Time Motions Deadline, 566 MOTION for Leave to File *a Pro Se Motion to Withdraw His Plea and Allow Counsel to Continue to Appear as Stand-By Counsel*, 564 Order on Motion to Withdraw as Attorney,,, Warrant Issued, 444 Calendar Entry, CJA 20 - Appointment, 266 Order on Motion to Continue,, Motion Hearing,, Status Conference, 639 Transcript, 335 Jury Selection, 293 Emergency MOTION to Stay Deportation of Material Witness, 477 Presentence Investigation Report, 35 EX PARTE MOTION, 69 Order on Motion for Pretrial Detention, 296 SEALED MOTION -, 569 Transcript, 577 Order on Motion to Dismiss,,, Order on Motion for New Trial, Order on Motion to Withdraw Plea of Guilty, Motion Hearing, Sentencing, 75 Order on Motion to Incur Expenses, 303 Proposed Jury Instructions/Request to Charge, 544 Sentencing Memorandum, 240 Calendar Entry, 20 Order on Motion to Unseal Case, 454 CJA 20 - Authorization to Pay, 36 Scheduling Order, Set/Reset Motion and R&R Deadlines/Hearings, 357 Jury Trial, 648 Transcript, 294 First MOTION to Seal First Ex Parte Application, 671 MOTION to Compel, 237 Calendar Entry, 643 Transcript,,,, 520 Order on Motion for Extension of Time, 328 Notice (Other), 669 MOTION Order the Government to Turn Over All Grand Jury Records, Recordings, Notes and Transcripts, 673 Order, 132 Scheduling Order, 80 MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act, 109 Reply/Response Misc, 344 Jury Trial, 215 Docket Annotation, 231 Index to Record on Appeal, 419 CJA 21 - Authorization to Pay,

678 MOTION for James W. Bergenn to Withdraw as Attorney *Nunc Pro Tunc as to Defendant's Pro Se Filings and for Leave to Withdraw Appearance as Counsel*, 530 Order on Motion to Incur Expenses, Calendar Entry, 190 SEALED MOTION to Incur Expenses, 404 SEALED MOTION to Incur Expenses, 649 Transcript, 359 Order on Motion in Limine, 528 Calendar Entry, 286 Order on Motion to Seal, 400 CJA 21 - Authorization to Pay, 358 Order on Motion to Incur Expenses, 500 Exhibit List, 333 Voir Dire Begun, 589 MOTION to Incur Expenses re 585 SEALED MOTION to Incur Expenses , 391 Order on Motion in Limine, Order on Motion to Preclude, Order on Motion to Incur Expenses, Order on Sealed Motion, 361 Order on Motion in Limine, 42 Order, 256 MOTION Opening Statements, 72 SEALED MOTION to Incur Expenses, 634 Reply/Response Misc, 128 MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, 641 Transcript,,,, 160 Transcript,,,, 322 SEALED MOTION to Incur Expenses, 512 Order on Motion for Leave to File, 68 Order on Motion to Modify Conditions of Release, 302 Proposed Voir Dire, 573 CJA 20 - Authorization to Pay, Set/Reset Deadlines/Hearings, 414 SEALED MOTION to Incur Expenses, 159 Calendar Entry, Set/Reset Motion and R&R Deadlines/Hearings, 57 Order on Motion for Reconsideration,, Detention Hearing, 52 Transcript,,,, 107 Bail Information Sheet, 460 Order on Motion to Withdraw as Attorney, Set/Reset Motion and R&R Deadlines/Hearings,, 608 Transcript,,,, 605 Order on Motion for Miscellaneous Relief,,,,, 622 CJA 24 - Authorization to Pay, 85 Order on Sealed Motion, 421 Order, 692 Notice (Other), 305 Order on Motion to Seal, 332 Trial Memo, 613 Sealed Document, 511 MOTION for Leave to File *Memorandum in Aid of Sentencing in Excess of Forty Pages*, 413 MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report, 261 Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts*, 385 SEALED MOTION to Incur Expenses, 458 Reply/Response Misc, 586 Index to Record on Appeal, 624 MOTION for Extension of Time to File Response/Reply as to 623 Reply/Response Misc, until 03/26/2014, 21 Electronic Filing Order, 626 Memorandum in Opposition to Motion, 646 Transcript, 501 Sentencing Memorandum, 661 MOTION for Clarification and Status of Counsel, 471 Order on Motion to Incur Expenses, 241 Calendar Entry, 156 MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee $25.00. Receipt Number CTXN00003444., 479 MOTION for Hearing , 467 Order on Motion to Continue, 108 MOTION for Extension of Time to File Response/Reply *To Government's Opposition To Request For Bill of Particulars*, 558 MOTION for James W. Bergenn to Withdraw as Attorney , 682 Order on Motion to Compel,, Order on Motion for Order,, Order on Motion for Discovery,, Order on Motion for Miscellaneous Relief, 205 Order on Motion to Incur Expenses, 473 SEALED MOTION to Incur Expenses, 650 Transcript,,,, 522 SEALED MOTION to Incur Expenses, 664 MOTION confirmation re Donna Moore's restitution status, recalculation of loss, and application of search warrants, 551 SEALED MOTION to Incur Expenses, 584 Notice of Appeal - Final Judgment, 470 Notice (Other), Set/Reset Deadlines/Hearings, 364 Order on Motion in Limine,,,,, 420 CJA 21 - Authorization to Pay, 593 Order on Motion for Miscellaneous Relief, 82 Order on Motion to Continue, Order on Motion for Miscellaneous Relief, 325 Order on Motion to Incur Expenses, 565 SEALED MOTION to Incur Expenses, 182 MOTION to Modify Conditions of Release, 32 MOTION to Adopt *Defendant Robert Ponte's Motion to Modify Scheduling Order*, Terminate Deadlines and Hearings, 529 Calendar Entry, 525 Order on Motion for Extension of Time, Order on Motion for Conference, 548 Sealed Document, 604 MOTION to be Relieved as Counsel and for Appointment of Substitute Counsel re 603 Order on Motion for Miscellaneous Relief , 619 Reply/Response Misc, 115 Order on Motion for Extension of Time, 606 Transcript,,,, 674 Order, 99 Scheduling Order,,.For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Sundie, T) (Entered: 12/11/2014)

| | | |
|---|---|---|
| 12/11/2014 | [690](#) | RESPONSE by Robert Rivernider re [678](#) Motion to Withdraw as Attorney. (Attachments: # [1](#) Waiver of Attorney-Client Privilege)(Sundie, T) (Entered: 12/11/2014) |
| 12/11/2014 | [691](#) | MOTION for Clearly Warranted Release by Robert Rivernider. (Attachments: # [1](#) Waiver of Attorney-Client Privilege)(Sundie, T) (Entered: 12/11/2014) |
| 12/12/2014 | [695](#) | Memorandum in Support of [686](#) MOTION Requesting the Court to Provide Any Motions Filed by the Government for Extensions of Time and Any Approvals From the Court Regarding the Grand Jury by Robert Rivernider. (Sundie, T) (Entered: 12/15/2014) |
| 12/15/2014 | [696](#) | NOTICE OF APPEAL by Robert Rivernider re 682 Order on Motion to Compel, Order on Motion for Order, Order on Motion for Discovery, Order on Motion for Miscellaneous Relief. (Sundie, T) (Entered: 12/18/2014) |
| 12/15/2014 | [697](#) | MOTION to Appoint Counsel by Robert Rivernider. (Sundie, T) (Entered: 12/18/2014) |
| 12/15/2014 | [698](#) | NOTICE to CJA Counsel by Robert Rivernider re [696](#) Notice of Appeal - Final Judgment (Sundie, T) (Entered: 12/18/2014) |
| 12/15/2014 | 699 | INDEX TO RECORD ON APPEAL by Robert Rivernider re [696](#) Notice of Appeal - Final Judgment, [137](#) Order on Motion to Incur Expenses, [667](#) MOTION to Compel, 114 Order on Motion for Extension of Time to File Response/Reply, 40 Order on ExParte Motion, [133](#) SEALED MOTION to Incur Expenses, 554 Calendar Entry, 112 Calendar Entry,, 572 CJA 20 - Authorization to Pay, 147 Calendar Entry, [645](#) Transcript, [583](#) Judgment, [34](#) Memorandum in Opposition to Motion, 435 CJA 24 - Authorization to Pay, [88](#) MOTION to Appoint Counsel *as Coordinating Discovery Attorney*, Terminate Criminal Case, [236](#) Transcript, [562](#) Exhibit List, [152](#) Reply to Response, 367 Plea Entered, [494](#) SEALED MOTION to Incur Expenses, Set/Reset Motion and R&R Deadlines/Hearings, [345](#) Jury Trial, [149](#) SEALED MOTION to Incur Expenses, CJA 20 - Authorization to Pay, [469](#) Sealed Sentencing Recommendation, 255 Calendar Entry, [46](#) USM Return Executed, [681](#) MOTION Request for Affidavit from the Court Regarding Admission of Offensive Conduct and Validity of the Pleas, 553 Calendar Entry, 279 CJA 21 - Authorization to Pay, 148 Calendar Entry,, 363 Order on Motion in Limine, Staff Notes, Calendar Entry, 568 Order on Motion for Leave to File, [679](#) Order, [612](#) USM Return Executed, [538](#) Order on Motion to Incur Expenses, [84](#) SEALED MOTION to seal, [174](#) Order on Motion for Bill of Particulars, [628](#) Reply/Response Misc, 92 Order on Motion to Incur Expenses, [415](#) Sealed Document, [186](#) Memorandum in Opposition to Motion, [570](#) Transcript, 189 Order to Continue - Ends of Justice, [686](#) MOTION Requesting the Court to Provide Any Motions Filed by the Government for Extensions of Time and Any Approvals From the Court Regarding the Grand Jury, 289 Set/Reset Motion and R&R Deadlines/Hearings, [603](#) Order on Motion for Miscellaneous Relief, 430 CJA 21 - Authorization to Pay, [691](#) MOTION for Clearly Warranted Release, 81 Calendar Entry,, [610](#) Notice of Appeal - Final Judgment, 97 Order on Motion to Appoint Counsel, 304 Order on Motion to Seal, 155 Order to Continue - Ends of Justice, [91](#) SEALED MOTION to Incur Expenses, [466](#) First MOTION to Continue *Sentencing*, 377 CJA 21 - Authorization to Pay, [609](#) Transcript, [146](#) SEALED MOTION to withdraw, [651](#) Transcript, [203](#) Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release, Motion Hearing, [74](#) Order Setting Conditions of Release, Terminate Deadlines and Hearings, [581](#) MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN, [418](#) Order on Motion to Seal, 343 CJA 21 - Authorization to Pay, 432 CJA 21 - Authorization to Pay, [513](#) Sentencing Memorandum, [298](#) Proposed Voir Dire, 130 Order on Motion to Modify Conditions of Release, [368](#) Order for PSI and Report, [354](#) USM Return Executed, [497](#) Sentencing Memorandum, [463](#) SEALED MOTION to Incur Expenses, [607](#) Transcript, 617 Order on Motion to Incur Expenses, [326](#) Memorandum in Opposition to Motion, [677](#) MOTION for Reconsideration re 670 Order on Motion for Miscellaneous Relief, 668 Order on Motion for Miscellaneous Relief,Order on Motion to Compel, [76](#) Bond, [695](#) |

Memorandum in Support of Motion, 233 Calendar Entry, 83 Order, [563](#) MOTION to Seal , [135](#) Reply to Response, [683](#) Order on Motion for Reconsideration, [510](#) Affidavit, [118](#) ExParte Document, [297](#) SEALED MOTION -, 39 Order, [120](#) Order of Transfer, 483 Order on Motion for Hearing, [498](#) Evidentiary Hearing, [561](#) Exhibit List, 360 Order on Motion in Limine,, [315](#) MOTION Order authorizing deposition of witness, 425 Calendar Entry, CJA 20 - Authorization to Pay, [90](#) MOTION to Modify Conditions of Release *Pending Trial*, 70 Order on Motion for Reconsideration, 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 428 CJA 21 - Authorization to Pay, 342 CJA 21 - Authorization to Pay, [690](#) Reply/Response Misc, [383](#) Transcript, 121 Calendar Entry, 324 Order on Sealed Motion, [550](#) Sentencing, [204](#) Exhibit List, [140](#) Order of Transfer, 287 MOTION to depose David Bryant, [158](#) Attorney Appearance - Defendant, 362 Order on Motion in Limine, 546 Order on Motion to Seal, [183](#) MOTION to Modify Conditions of Release, [87](#) Order on Sealed Motion, [416](#) SEALED MOTION -, [665](#) MOTION for Release While Appeal Pends Substantial Questions of Law and Presentation of Extraordinary Circumstances, [136](#) Order on Motion to Incur Expenses, [638](#) Transcript, [447](#) Order for PSI and Report, Case Unsealed, [154](#) CJA 20 - Appointment, [459](#) MOTION for Michael G. Chase to Withdraw as Attorney *for Robert H. Rivernider*, [214](#) Notice of Appeal - Conditions of Release, [537](#) SEALED MOTION to Incur Expenses, [524](#) Sentencing Memorandum, [642](#) Transcript, 392 Order on Motion to Incur Expenses, 299 Order on Motion for Miscellaneous Relief, 41 Order, 412 Order on Motion to Incur Expenses, [71](#) USM Return Executed, 110 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, [144](#) Status Conference,, Set Deadlines/Hearings, [666](#) MOTION release of Bank of America records and notice to preserve all records, 185 Calendar Entry, [596](#) MOTION to Stay surrender pending appeal, 417 Order on Sealed Motion, [527](#) Order on Motion to Continue, Order on Motion for Bond, Motion Hearing, Status Conference, [519](#) MOTION for Extension of Time To File Government's Sentencing memorandum until October 23, 2013 MOTION for Status Conference, 464 CJA 21 - Authorization to Pay, [331](#) MOTION in Limine *to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial*, Add and Terminate Attorneys, 48 Calendar Entry, [191](#) Order on Motion to Incur Expenses, 693 Index to Record on Appeal, [129](#) Order on Motion to Adopt, Order on Motion to Continue, Order on Motion to Withdraw Document, Status Conference, [547](#) Sealed Document, [265](#) Order on Motion to Continue, Status Conference, [19](#) MOTION to Unseal Case, [321](#) USCA Mandate, 244 Order on Motion to Modify Conditions of Release, [30](#) MOTION for Pretrial Detention, [644](#) Transcript, [559](#) Witness List, 526 MOTION for Bond, 2255 Motion Filed, [248](#) MOTION to Continue *Jury Selection*, [151](#) Reply/Response Misc, [101](#) Memorandum in Support of Motion, 113 Order to Continue - Ends of Justice, 142 Order to Continue - Ends of Justice,, [319](#) Order on Motion in Limine, Order on Motion to Sever Defendant, Motion Hearing, [514](#) Exhibit, [86](#) SEALED MOTION -, [98](#) Scheduling Order, [662](#) MOTION Correct Clerical Mistakes in the Presentence Report re: Rule 36, F. R. Crim. P., [355](#) Jury Trial, [117](#) ExParte Document, Staff Notes, CJA 20 - Authorization to Pay, 341 CJA 21 - Authorization to Pay, [352](#) Jury Trial, [468](#) Presentence Investigation Report, 38 Calendar Entry, [243](#) Consent MOTION to Modify Conditions of Release, [465](#) Presentence Investigation Report, [571](#) MOTION to Dismiss *Indictment with Prejudice* MOTION for New Trial MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se*, [579](#) Exhibit List, 437 CJA 20 - Authorization to Pay, 517 Order on Motion to Incur Expenses, [239](#) Status Conference, [100](#) Joint MOTION for Bill of Particulars, [406](#) Transcript, 247 Calendar Entry, [295](#) MOTION to Seal Second Ex Parte Application, [283](#) Memorandum in Opposition to Motion, 157 Order on Motion for Leave to Appear, 508 Order for PSI and Report, [574](#) Notice (Other), 433 CJA 21 - Authorization to Pay, [329](#) Order on Motion in Limine, Order on Motion for Miscellaneous Relief, Motion Hearing, Pretrial Conference, [29](#) Arraignment, Detention Hearing, Plea Entered, 143 Calendar Entry, [33](#) MOTION for Reconsideration re [30](#) MOTION for Pretrial Detention filed by USA, [680](#) MOTION for

Discovery, 314 MOTION in Limine *to Preclude Evidence or Arguments Blaming Victim Lenders*, 300 Proposed Jury Instructions/Request to Charge, 51 Transcript, 334 Jury Selection, 697 MOTION to Appoint Counsel, 575 Sentencing Memorandum, 560 Witness List, 647 Transcript, 77 Notice (Other), 625 Order on Motion for Extension of Time to File Response/Reply, 375 Calendar Entry, 317 Order on Motion to Seal, 549 Reply/Response Misc, 27 Attorney Appearance - Defendant, 230 Order of Transfer, 436 CJA 20 - Authorization to Pay, 507 Calendar Entry, 124 MOTION to Modify Conditions of Release, 188 Order on Motion to Continue,, Status Conference, Set Deadlines/Hearings, 340 Memorandum in Opposition to Motion, 93 Order on Motion to Modify Conditions of Release, Terminate Deadlines and Hearings, 373 Docket Annotation, 262 Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme"*, 346 Jury Trial, 61 Bond Hearing, 576 Reply/Response Misc, 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release, 424 Order for PSI and Report, 484 Calendar Entry, 557 Sentencing, 49 Calendar Entry, 202 SEALED MOTION to Incur Expenses, 127 MOTION to Continue, 670 Order on Motion for Miscellaneous Relief, 689 MOTION to Appoint Counsel, 640 Transcript, 585 SEALED MOTION to Incur Expenses, 578 Exhibit List, 145 MOTION for Shelley R. Sadin to Withdraw as Attorney, 567 Order on Motion to Incur Expenses, 187 Calendar Entry, 594 Order on Motion for Miscellaneous Relief, 162 Calendar Entry, 623 Reply/Response Misc, 106 Calendar Entry,, 336 Exhibit List, 264 Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge*, 451 MOTION to Compel , 105 Reply/Response Misc, 131 Order on Motion to Continue, 288 Order on Motion for Miscellaneous Relief, Motion Hearing, Pretrial Conference, 663 CJA 21 - Authorization to Pay, 365 Change of Plea Hearing, 116 Order to Continue - Ends of Justice,, 455 CJA 20 - Authorization to Pay, 685 MOTION to Appoint Counsel, 523 Second MOTION to Continue *Sentencing*, Arrest - Other District, 194 Order on Motion to Modify Conditions of Release, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment*, 67 MOTION to Modify Conditions of Release *Pending Trial*, 521 Calendar Entry, 542 Affidavit, 26 Rule 5 Documents Received, 495 Order on Motion to Incur Expenses, 338 Jury Trial, 515 Exhibit, 73 Order, 654 MOTION Copy of Docket, 193 Reply to Response, 580 Exhibit List, 267 Calendar Entry,, 125 Attorney Appearance - Defendant, 1 Indictment (Sealed), 672 MOTION for Order Re: Requesting Court Take Possession of The Defendant's Computers and iPhone, 474 Order on Motion to Incur Expenses, 545 MOTION to Seal Exhibits A and B to Government's Submission Re Defendant's Purported Mental Health Deficiency, 408 Transcript, 516 Exhibit, 134 SEALED MOTION to Incur Expenses, 111 Calendar Entry, 323 Calendar Entry, 37 Scheduling Order, Order to Continue - Ends of Justice, 591 Order on Motion to Incur Expenses, 150 Order on Motion to Incur Expenses, 260 Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct*, 499 Witness List, 478 Presentence Investigation Report, 366 Petition to Enter Guilty Plea, 153 Order on Motion to Withdraw as Attorney,, Order on Sealed Motion,, Motion Hearing, 453 Order on Motion to Compel, 353 Calendar Entry, 102 MOTION for Extension of Time Motions Deadline, 564 Order on Motion to Withdraw as Attorney, Warrant Issued, Docket Annotation, 444 Calendar Entry, CJA 20 - Appointment, 266 Order on Motion to Continue,, Motion Hearing,, Status Conference, 639 Transcript, 335 Jury Selection, 293 Emergency MOTION to Stay Deportation of Material Witness, 477 Presentence Investigation Report, 35 EX PARTE MOTION, 69 Order on Motion for Pretrial Detention, 296 SEALED MOTION -, 569 Transcript, 577 Order on Motion to Dismiss, Order on Motion for New Trial, Order on Motion to Withdraw Plea of Guilty, Motion Hearing, Sentencing, 75 Order on Motion to Incur Expenses, 303 Proposed Jury Instructions/Request to Charge, 544 Sentencing

Memorandum, 240 Calendar Entry, 20 Order on Motion to Unseal Case, 454 CJA 20 - Authorization to Pay, 36 Scheduling Order, Set/Reset Motion and R&R Deadlines/Hearings, 357 Jury Trial, 648 Transcript, 294 First MOTION to Seal First Ex Parte Application, 671 MOTION to Compel, 237 Calendar Entry, 643 Transcript, 688 Notice of Appeal - Final Judgment, 520 Order on Motion for Extension of Time, 328 Notice (Other), 669 MOTION Order the Government to Turn Over All Grand Jury Records, Recordings, Notes and Transcripts, 673 Order, 132 Scheduling Order, 80 MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act, 109 Reply/Response Misc, 344 Jury Trial, 215 Docket Annotation, 678 MOTION for James W. Bergenn to Withdraw as Attorney *Nunc Pro Tunc as to Defendant's Pro Se Filings and for Leave to Withdraw Appearance as Counsel*, 231 Index to Record on Appeal, 419 CJA 21 - Authorization to Pay, 530 Order on Motion to Incur Expenses, Calendar Entry, 190 SEALED MOTION to Incur Expenses, Staff Notes, 404 SEALED MOTION to Incur Expenses, 649 Transcript, 359 Order on Motion in Limine, 684 Notice of Appeal - Final Judgment, 528 Calendar Entry, 286 Order on Motion to Seal, 358 Order on Motion to Incur Expenses, 500 Exhibit List, 333 Voir Dire Begun, 589 MOTION to Incur Expenses re 585 SEALED MOTION to Incur Expenses , Staff Notes, 391 Order on Motion in Limine, Order on Motion to Preclude, Order on Motion to Incur Expenses, Order on Sealed Motion, 361 Order on Motion in Limine, 42 Order, 72 SEALED MOTION to Incur Expenses, 256 MOTION Opening Statements, 634 Reply/Response Misc, 128 MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, 641 Transcript, 160 Transcript, 322 SEALED MOTION to Incur Expenses, 512 Order on Motion for Leave to File, 68 Order on Motion to Modify Conditions of Release, 302 Proposed Voir Dire, 573 CJA 20 - Authorization to Pay, Set/Reset Deadlines/Hearings, 414 SEALED MOTION to Incur Expenses, 159 Calendar Entry, Set/Reset Motion and R&R Deadlines/Hearings, 57 Order on Motion for Reconsideration, Detention Hearing, 52 Transcript, 107 Bail Information Sheet, 460 Order on Motion to Withdraw as Attorney, Set/Reset Motion and R&R Deadlines/Hearings, 608 Transcript, 605 Order on Motion for Miscellaneous Relief, 622 CJA 24 - Authorization to Pay, 85 Order on Sealed Motion, 421 Order, 692 Notice (Other), Staff Notes, 305 Order on Motion to Seal, 332 Trial Memo, 613 Sealed Document, 511 MOTION for Leave to File *Memorandum in Aid of Sentencing in Excess of Forty Pages*, Terminate Motions, 413 MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report, 261 Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts*, 385 SEALED MOTION to Incur Expenses, 458 Reply/Response Misc, 586 Index to Record on Appeal, 624 MOTION for Extension of Time to File Response/Reply as to 623 Reply/Response Misc, until 03/26/2014, 21 Electronic Filing Order, 626 Memorandum in Opposition to Motion, 646 Transcript, 501 Sentencing Memorandum, 661 MOTION for Clarification and Status of Counsel, 471 Order on Motion to Incur Expenses, 241 Calendar Entry, 156 MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee $25.00. Receipt Number CTXN00003444., 479 MOTION for Hearing , 467 Order on Motion to Continue, 108 MOTION for Extension of Time to File Response/Reply *To Government's Opposition To Request For Bill of Particulars*, 682 Order on Motion to Compel,, Order on Motion for Order, Order on Motion for Discovery, Order on Motion for Miscellaneous Relief, 558 MOTION for James W. Bergenn to Withdraw as Attorney , 205 Order on Motion to Incur Expenses, 473 SEALED MOTION to Incur Expenses, 650 Transcript, 522 SEALED MOTION to Incur Expenses, 698 Notice (Other), 664 MOTION confirmation re Donna Moore's restitution status, recalculation of loss, and application of search warrants, 551 SEALED MOTION to Incur Expenses, 584 Notice of Appeal - Final Judgment, 470 Notice (Other), Set/Reset Deadlines/Hearings, 364 Order on Motion in Limine, 420 CJA 21 - Authorization to Pay, 593 Order on Motion for Miscellaneous Relief, 82 Order on Motion to Continue, Order on Motion for Miscellaneous Relief, 325 Order on Motion to Incur Expenses, 565 SEALED MOTION to Incur Expenses, 182 MOTION to Modify

| | | Conditions of Release, 32 MOTION to Adopt *Defendant Robert Ponte's Motion to Modify Scheduling Order*, Terminate Deadlines and Hearings, 529 Calendar Entry, 525 Order on Motion for Extension of Time, Order on Motion for Conference, 548 Sealed Document, 604 MOTION to be Relieved as Counsel and for Appointment of Substitute Counsel re 603 Order on Motion for Miscellaneous Relief , 619 Reply/Response Misc, 115 Order on Motion for Extension of Time, 674 Order, 606 Transcript, 99 Scheduling Order,.For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Sundie, T) (Entered: 12/19/2014) |
|---|---|---|
| 12/19/2014 | 700 | MOTION for Indicative Ruling Pursuant to Fed. R. Crim. P. 37 and Fed. R. App. P. 12.1 by Robert Rivernider. (Sundie, T) (Entered: 12/23/2014) |
| 01/05/2015 | 704 | MOTION Requesting a Forensic Audit, Disclosure of Records, and Request for Indicative Ruling by Robert Rivernider. (Sundie, T) (Entered: 01/05/2015) |
| 01/09/2015 | 706 | MOTION Requesting All Records Relating to Department of Justice Investigation of Lenders, Request for Indicative Ruling, and Release of Defendant by Robert Rivernider. (Sundie, T) (Entered: 01/12/2015) |
| 01/11/2015 | 705 | ORDER granting 678 Motion to Withdraw as Attorney as to Robert Rivernider (1). James W. Bergenn is relieved as counsel nunc pro tunc as to defendant Robert Rivernider's pro se filings and withdrawn from the case. In his motion to withdraw, counsel notes that he is still in possession of certain electronic devices belonging to Mr. Rivernider. In light of the disposition of his motion to withdraw, counsel is hereby ordered to turn over those items to Mr. Rivernider's appellate counsel. So ordered. Signed by Judge Robert N. Chatigny on 1/11/15. (Reardon, C) (Entered: 01/11/2015) |
| 01/12/2015 | 707 | ORDER denying 686 Motion Requesting the Court to Provide Information Concerning the Grand Jury as to Robert Rivernider (1). In his motion, Mr. Rivernider mounts a collateral attack on his conviction. As discussed in ECF Nos. 668 and 670, Mr. Rivernider's § 2255 proceeding is stayed pending completion of direct appeal. In light of the stay, the motion is denied. So ordered. Signed by Judge Robert N. Chatigny on 1/12/15. (Reardon, C) (Entered: 01/12/2015) |
| 01/12/2015 | 708 | MOTION to Stay Restitution Order 674 by Robert Rivernider. (Sundie, T) (Entered: 01/12/2015) |
| 01/26/2015 | 709 | NOTICE OF APPEAL by Robert Rivernider re 707 Order on Motion for Miscellaneous Relief. (Sundie, T) (Entered: 01/28/2015) |
| 01/26/2015 | 710 | Important NOTICE to CJA Counsel re 709 Notice of Appeal - Final Judgment by Robert Rivernider. (Sundie, T) (Entered: 01/28/2015) |
| 01/26/2015 | 711 | INDEX TO RECORD ON APPEAL by Robert Rivernider re 709 Notice of Appeal - Final Judgment, 137 Order on Motion to Incur Expenses, 667 MOTION to Compel, 114 Order on Motion for Extension of Time to File Response/Reply, 40 Order on ExParte Motion, 133 SEALED MOTION to Incur Expenses, 554 Calendar Entry, 112 Calendar Entry, 572 CJA 20 - Authorization to Pay, 147 Calendar Entry, 645 Transcript, 583 Judgment, 34 Memorandum in Opposition to Motion, 435 CJA 24 - Authorization to Pay, 88 MOTION to Appoint Counsel *as Coordinating Discovery Attorney*, 710 Notice (Other), 706 MOTION Requesting all Records Relating to Department of Justice Investigation of Lenders, Request for indicative Ruling, and Release of Defendant, 236 Transcript, 562 Exhibit List, 152 Reply to Response, 367 Plea Entered, 494 SEALED MOTION to Incur Expenses, Set/Reset Motion and R&R Deadlines/Hearings, 345 Jury Trial, 149 SEALED MOTION to Incur Expenses, CJA 20 - Authorization to Pay, 469 Sealed Sentencing Recommendation, 255 Calendar Entry, 46 USM Return Executed, 681 MOTION Request for Affidavit from the Court Regarding Admission of Offensive Conduct and Validity of the Pleas, 553 Calendar Entry, 279 CJA 21 - Authorization to Pay, 148 Calendar Entry, |

363 Order on Motion in Limine, Calendar Entry, 568 Order on Motion for Leave to File, 679 Order, 612 USM Return Executed, 538 Order on Motion to Incur Expenses, 84 SEALED MOTION to seal -, 174 Order on Motion for Bill of Particulars, 628 Reply/Response Misc, 92 Order on Motion to Incur Expenses, 415 Sealed Document, 186 Memorandum in Opposition to Motion, 570 Transcript, 189 Order to Continue - Ends of Justice, 686 MOTION Requesting the Court to Provide Any Motions Filed by the Government for Extensions of Time and Any Approvals From the Court Regarding the Grand Jury, 289 Set/Reset Motion and R&R Deadlines/Hearings, 603 Order on Motion for Miscellaneous Relief, 430 CJA 21 - Authorization to Pay, 691 MOTION for Clearly Warranted Release, 81 Calendar Entry, 610 Notice of Appeal - Final Judgment, 97 Order on Motion to Appoint Counsel, 304 Order on Motion to Seal, 155 Order to Continue - Ends of Justice,, 91 SEALED MOTION to Incur Expenses, 699 Index to Record on Appeal, 466 First MOTION to Continue *Sentencing*, 377 CJA 21 - Authorization to Pay, 609 Transcript, 146 SEALED MOTION to withdraw -, 651 Transcript, 203 Order on Motion for Miscellaneous Relief, Order on Motion to Modify Conditions of Release, Motion Hearing, 74 Order Setting Conditions of Release, Terminate Deadlines and Hearings, 581 MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN, 418 Order on Motion to Seal, 343 CJA 21 - Authorization to Pay, 432 CJA 21 - Authorization to Pay, 513 Sentencing Memorandum, 298 Proposed Voir Dire, 130 Order on Motion to Modify Conditions of Release, 368 Order for PSI and Report, 354 USM Return Executed, 497 Sentencing Memorandum, 463 SEALED MOTION to Incur Expenses, 607 Transcript, 617 Order on Motion to Incur Expenses, 326 Memorandum in Opposition to Motion, 677 MOTION for Reconsideration re 670 Order on Motion for Miscellaneous Relief, 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 76 Bond, 695 Memorandum in Support of Motion, 233 Calendar Entry, 83 Order, 563 MOTION to Seal , 135 Reply to Response, 683 Order on Motion for Reconsideration, 510 Affidavit, 118 ExParte Document, 297 SEALED MOTION -, 39 Order, 120 Order of Transfer, 483 Order on Motion for Hearing, 498 Evidentiary Hearing, 561 Exhibit List, 360 Order on Motion in Limine,, 315 MOTION Order authorizing deposition of witness, 425 Calendar Entry, CJA 20 - Authorization to Pay, 90 MOTION to Modify Conditions of Release *Pending Trial*, 70 Order on Motion for Reconsideration, 668 Order on Motion for Miscellaneous Relief, Order on Motion to Compel, 428 CJA 21 - Authorization to Pay, 342 CJA 21 - Authorization to Pay, 690 Reply/Response Misc, 383 Transcript, 121 Calendar Entry, 324 Order on Sealed Motion, 550 Sentencing, 204 Exhibit List, 140 Order of Transfer, 287 MOTION to depose David Bryant, 158 Attorney Appearance - Defendant, 362 Order on Motion in Limine, 546 Order on Motion to Seal, 183 MOTION to Modify Conditions of Release, 87 Order on Sealed Motion, 416 SEALED MOTION -, 665 MOTION for Release While Appeal Pends Substantial Questions of Law and Presentation of Extraordinary Circumstances, 136 Order on Motion to Incur Expenses, 638 Transcript, 447 Order for PSI and Report, Case Unsealed, 154 CJA 20 - Appointment, 459 MOTION for Michael G. Chase to Withdraw as Attorney *for Robert H. Rivernider*, 214 Notice of Appeal - Conditions of Release, 537 SEALED MOTION to Incur Expenses, 524 Sentencing Memorandum, 642 Transcript, 392 Order on Motion to Incur Expenses, 299 Order on Motion for Miscellaneous Relief, 41 Order, 412 Order on Motion to Incur Expenses, 71 USM Return Executed, 110 Order on Motion for Extension of Time, Order on Motion for Extension of Time to File Response/Reply, 144 Status Conference, Set Deadlines/Hearings, 666 MOTION release of Bank of America records and notice to preserve all records, 185 Calendar Entry, 596 MOTION to Stay surrender pending appeal, 417 Order on Sealed Motion, 527 Order on Motion to Continue, Order on Motion for Bond, Motion Hearing, Status Conference, 519 MOTION for Extension of Time To File Government's Sentencing memorandum until October 23, 2013 MOTION for Status Conference, 464 CJA 21 - Authorization to Pay, 331 MOTION in Limine *to Admit Official Publications of the Federal Housing Finance Agency as Evidence at Trial*, Add and Terminate Attorneys, 48 Calendar Entry, 191 Order on Motion

to Incur Expenses, 693 Index to Record on Appeal, 129 Order on Motion to Adopt, Order on Motion to Continue, Order on Motion to Withdraw Document, Status Conference, 547 Sealed Document, 265 Order on Motion to Continue, Status Conference, 19 MOTION to Unseal Case, 321 USCA Mandate, 244 Order on Motion to Modify Conditions of Release, 30 MOTION for Pretrial Detention, 644 Transcript, 559 Witness List, 526 MOTION for Bond, 2255 Motion Filed, 151 Reply/Response Misc, 248 MOTION to Continue *Jury Selection*, 101 Memorandum in Support of Motion, 113 Order to Continue - Ends of Justice, 142 Order to Continue - Ends of Justice, 319 Order on Motion in Limine, Order on Motion to Sever Defendant, Motion Hearing, 514 Exhibit, 86 SEALED MOTION -, 98 Scheduling Order, 662 MOTION Correct Clerical Mistakes in the Presentence Report re: Rule 36, F. R. Crim. P., 355 Jury Trial, 117 ExParte Document, CJA 20 - Authorization to Pay, 341 CJA 21 - Authorization to Pay, 352 Jury Trial, 468 Presentence Investigation Report, 38 Calendar Entry, 243 Consent MOTION to Modify Conditions of Release, 465 Presentence Investigation Report, 571 MOTION to Dismiss *Indictment with Prejudice* MOTION for New Trial MOTION to Withdraw Plea of Guilty *and Exhibits in Support, filed Pro Se*, 579 Exhibit List, 437 CJA 20 - Authorization to Pay, 517 Order on Motion to Incur Expenses, 239 Status Conference, 708 MOTION to Stay Restitution Order re 674 Order, 100 Joint MOTION for Bill of Particulars, 406 Transcript, 247 Calendar Entry, 295 MOTION to Seal Second Ex Parte Application, 283 Memorandum in Opposition to Motion, 157 Order on Motion for Leave to Appear, 508 Order for PSI and Report, 696 Notice of Appeal - Final Judgment, 574 Notice (Other), 433 CJA 21 - Authorization to Pay, 329 Order on Motion in Limine, Order on Motion for Miscellaneous Relief, Motion Hearing, Pretrial Conference, 29 Arraignment, Detention Hearing,, Plea Entered, 143 Calendar Entry, 33 MOTION for Reconsideration re 30 MOTION for Pretrial Detention filed by USA, 680 MOTION for Discovery, 314 MOTION in Limine *to Preclude Evidence or Arguments Blaming Victim Lenders*, 300 Proposed Jury Instructions/Request to Charge, 51 Transcript, 334 Jury Selection, 700 MOTION for Order Re: Indicative Ruling Pursuant to Fed. R. Crim. P. 37 and Fed. R. App. P. 12.1, 697 MOTION to Appoint Counsel, 575 Sentencing Memorandum, 560 Witness List, 647 Transcript, 77 Notice (Other), 625 Order on Motion for Extension of Time to File Response/Reply, 375 Calendar Entry, 317 Order on Motion to Seal, 549 Reply/Response Misc, 27 Attorney Appearance - Defendant, 230 Order of Transfer, 436 CJA 20 - Authorization to Pay, 507 Calendar Entry, 124 MOTION to Modify Conditions of Release, 188 Order on Motion to Continue, Status Conference, Set Deadlines/Hearings, 340 Memorandum in Opposition to Motion, 93 Order on Motion to Modify Conditions of Release, Terminate Deadlines and Hearings, 373 Docket Annotation, 262 Joint MOTION in Limine *to Preclude Reference to the Term "Ponzi Scheme" or "Pyramid Scheme"*, 346 Jury Trial, 61 Bond Hearing, 576 Reply/Response Misc, 198 MOTION to Review Magistrate Judge's Order Granting in Part Motion to Modify Conditions of Release re 194 Order on Motion to Modify Conditions of Release, 424 Order for PSI and Report, 484 Calendar Entry, 557 Sentencing, 49 Calendar Entry, 202 SEALED MOTION to Incur Expenses, 127 MOTION to Continue, 670 Order on Motion for Miscellaneous Relief, 689 MOTION to Appoint Counsel, 640 Transcript, 585 SEALED MOTION to Incur Expenses, 578 Exhibit List, 145 MOTION for Shelley R. Sadin to Withdraw as Attorney, 567 Order on Motion to Incur Expenses, 187 Calendar Entry, 594 Order on Motion for Miscellaneous Relief, 162 Calendar Entry, 623 Reply/Response Misc, 106 Calendar Entry, 336 Exhibit List, 264 Joint MOTION in Limine *to Preclude the Admission of Law Enforcement Opinion Testimony Based on the Totality of the Governments Investigation or Agents Specialized Knowledge*, 451 MOTION to Compel , 705 Order on Motion to Withdraw as Attorney, 105 Reply/Response Misc, 347 Jury Trial, 131 Order on Motion to Continue, 288 Order on Motion for Miscellaneous Relief, Motion Hearing, Pretrial Conference, 663 CJA 21 - Authorization to Pay, 365 Change of Plea Hearing, 116 Order to Continue - Ends of Justice, 455 CJA 20 - Authorization to Pay, 685 MOTION to Appoint Counsel, 523

Second MOTION to Continue *Sentencing*, Arrest - Other District, 194 Order on Motion to Modify Conditions of Release, 263 MOTION to Sever Defendant *'s Trial on Counts 1-18 from Defendant Robert Ponte's Trial on Counts 19 and 20 of the Indictment*, 67 MOTION to Modify Conditions of Release *Pending Trial*, 521 Calendar Entry, 542 Affidavit, 26 Rule 5 Documents Received, 495 Order on Motion to Incur Expenses, 338 Jury Trial, 655 Order on Motion for Miscellaneous Relief, 515 Exhibit, 73 Order, 654 MOTION Copy of Docket, 193 Reply to Response, 580 Exhibit List, 267 Calendar Entry, 125 Attorney Appearance - Defendant, 1 Indictment (Sealed), 672 MOTION for Order Re: Requesting Court Take Possession of The Defendant's Computers and iPhone, 474 Order on Motion to Incur Expenses, 545 MOTION to Seal Exhibits A and B to Government's Submission Re Defendant's Purported Mental Health Deficiency, 408 Transcript, 516 Exhibit, 134 SEALED MOTION to Incur Expenses, 111 Calendar Entry, 323 Calendar Entry, 37 Scheduling Order,Order to Continue - Ends of Justice, 591 Order on Motion to Incur Expenses, 150 Order on Motion to Incur Expenses, 260 Joint MOTION in Limine *to Preclude Witness Testimony and Out of Court Statements Concerning the Purported Illegality of Defendants' Conduct*, 499 Witness List, 478 Presentence Investigation Report, 366 Petition to Enter Guilty Plea, 153 Order on Motion to Withdraw as Attorney, Order on Sealed Motion, Motion Hearing, 453 Order on Motion to Compel, 353 Calendar Entry, 102 MOTION for Extension of Time Motions Deadline, 566 MOTION for Leave to File *a Pro Se Motion to Withdraw His Plea and Allow Counsel to Continue to Appear as Stand-By Counsel*, 564 Order on Motion to Withdraw as Attorney, Warrant Issued, Docket Annotation, 444 Calendar Entry, CJA 20 - Appointment, 266 Order on Motion to Continue, Motion Hearing, Status Conference, 639 Transcript, 335 Jury Selection, 293 Emergency MOTION to Stay Deportation of Material Witness, 477 Presentence Investigation Report, 35 EX PARTE MOTION, 69 Order on Motion for Pretrial Detention, 296 SEALED MOTION -, 569 Transcript, 577 Order on Motion to Dismiss, Order on Motion for New Trial, Order on Motion to Withdraw Plea of Guilty, Motion Hearing, Sentencing, 75 Order on Motion to Incur Expenses, 303 Proposed Jury Instructions/Request to Charge, 544 Sentencing Memorandum, 20 Order on Motion to Unseal Case, 454 CJA 20 - Authorization to Pay, 36 Scheduling Order, Set/Reset Motion and R&R Deadlines/Hearings, 357 Jury Trial, 648 Transcript, 294 First MOTION to Seal First Ex Parte Application, 671 MOTION to Compel, Staff Notes, 237 Calendar Entry, 643 Transcript, 688 Notice of Appeal - Final Judgment, 520 Order on Motion for Extension of Time, 328 Notice (Other), 669 MOTION Order the Government to Turn Over All Grand Jury Records, Recordings, Notes and Transcripts, 673 Order, 132 Scheduling Order, 80 MOTION For Exclusion of Time As To All Defendants Under The Speedy Trial Act, 109 Reply/Response Misc, 344 Jury Trial, 215 Docket Annotation, 231 Index to Record on Appeal, 419 CJA 21 - Authorization to Pay, 678 MOTION for James W. Bergenn to Withdraw as Attorney *Nunc Pro Tunc as to Defendant's Pro Se Filings and for Leave to Withdraw Appearance as Counsel*, 530 Order on Motion to Incur Expenses, Calendar Entry, 190 SEALED MOTION to Incur Expenses, 404 SEALED MOTION to Incur Expenses, 649 Transcript, 359 Order on Motion in Limine, 684 Notice of Appeal - Final Judgment, 528 Calendar Entry, 286 Order on Motion to Seal, 400 CJA 21 - Authorization to Pay, 358 Order on Motion to Incur Expenses, 500 Exhibit List, 333 Voir Dire Begun, 589 MOTION to Incur Expenses re 585 SEALED MOTION to Incur Expenses , 391 Order on Motion in Limine, Order on Motion to Preclude, Order on Motion to Incur Expenses, Order on Sealed Motion, 361 Order on Motion in Limine, 42 Order, 256 MOTION Opening Statements, 72 SEALED MOTION to Incur Expenses, 634 Reply/Response Misc, 128 MOTION to Withdraw Document 124 MOTION to Modify Conditions of Release, 641 Transcript, 160 Transcript, 322 SEALED MOTION to Incur Expenses, 512 Order on Motion for Leave to File, 68 Order on Motion to Modify Conditions of Release, 302 Proposed Voir Dire, 573 CJA 20 - Authorization to Pay, Set/Reset Deadlines/Hearings, 414 SEALED MOTION to Incur Expenses, 159 Calendar Entry, Set/Reset Motion and R&R Deadlines/Hearings, 57 Order on Motion for

Reconsideration, Detention Hearing, [52](#) Transcript, [107](#) Bail Information Sheet, 460 Order on Motion to Withdraw as Attorney, Set/Reset Motion and R&R Deadlines/Hearings, [608](#) Transcript, 605 Order on Motion for Miscellaneous Relief, 622 CJA 24 - Authorization to Pay, [85](#) Order on Sealed Motion, 421 Order, [692](#) Notice (Other), 305 Order on Motion to Seal, [332](#) Trial Memo, [613](#) Sealed Document, [511](#) MOTION for Leave to File *Memorandum in Aid of Sentencing in Excess of Forty Pages*, [413](#) MOTION to Seal Notice of Intent to Offer Evidence at Sentencing and Neuropsychological Report, [261](#) Joint MOTION in Limine *to Exclude Evidence Regarding Uncharged Transactions and Other Bad Acts*, [385](#) SEALED MOTION to Incur Expenses, [458](#) Reply/Response Misc, [586](#) Index to Record on Appeal, [624](#) MOTION for Extension of Time to File Response/Reply as to [623](#) Reply/Response Misc, until 03/26/2014, [21](#) Electronic Filing Order, [626](#) Memorandum in Opposition to Motion, [646](#) Transcript, [501](#) Sentencing Memorandum, [661](#) MOTION for Clarification and Status of Counsel, 471 Order on Motion to Incur Expenses, 241 Calendar Entry, [156](#) MOTION for Leave to Appear Pro Hac Vice Attorney: Michael G. Chase. Filing Fee $25.00. Receipt Number CTXN00003444., [479](#) MOTION for Hearing , 467 Order on Motion to Continue, [108](#) MOTION for Extension of Time to File Response/Reply *To Government's Opposition To Request For Bill of Particulars*, [558](#) MOTION for James W. Bergenn to Withdraw as Attorney , 682 Order on Motion to Compel, Order on Motion for Order, Order on Motion for Discovery, Order on Motion for Miscellaneous Relief, 205 Order on Motion to Incur Expenses, [473](#) SEALED MOTION to Incur Expenses, [650](#) Transcript, [522](#) SEALED MOTION to Incur Expenses, [698](#) Notice (Other), [664](#) MOTION confirmation re Donna Moore's restitution status, recalculation of loss, and application of search warrants, [704](#) MOTION, [551](#) SEALED MOTION to Incur Expenses, [584](#) Notice of Appeal - Final Judgment, [470](#) Notice (Other), Set/Reset Deadlines/Hearings, 364 Order on Motion in Limine, 420 CJA 21 - Authorization to Pay, 593 Order on Motion for Miscellaneous Relief, [82](#) Order on Motion to Continue, Order on Motion for Miscellaneous Relief, 325 Order on Motion to Incur Expenses, 707 Order on Motion for Miscellaneous Relief, [565](#) SEALED MOTION to Incur Expenses, [182](#) MOTION to Modify Conditions of Release, [32](#) MOTION to Adopt *Defendant Robert Ponte's Motion to Modify Scheduling Order*, Terminate Deadlines and Hearings, 529 Calendar Entry, 525 Order on Motion for Extension of Time, Order on Motion for Conference, [548](#) Sealed Document, [604](#) MOTION to be Relieved as Counsel and for Appointment of Substitute Counsel re [603](#) Order on Motion for Miscellaneous Relief , [619](#) Reply/Response Misc, 115 Order on Motion for Extension of Time, [606](#) Transcript, [674](#) Order, [99](#) Scheduling Order.For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Sundie, T) (Entered: 01/28/2015)

| | | |
|---|---|---|
| 01/26/2015 | [712](#) | Memorandum in Support re [704](#) MOTION Requesting Forensic Audit by Robert Rivernider. (Sundie, T) (Entered: 01/28/2015) |
| 05/12/2015 | [713](#) | MANDATE of USCA dated 5/12/15 dismissing appeal re [684](#) Notice of Appeal - Final Judgment as toRobert Rivernider. (Sundie, T) (Entered: 05/18/2015) |
| 05/12/2015 | [714](#) | MANDATE of USCA dated 5/12/15 dismissing appeal re [696](#) Notice of Appeal - Final Judgment as to Robert Rivernider. (Sundie, T) (Entered: 05/18/2015) |
| 05/12/2015 | [715](#) | MANDATE of USCA dated 5/12/15 dismissing appeal re [709](#) Notice of Appeal - Final Judgment as to Robert Rivernider. (Sundie, T) (Entered: 05/18/2015) |
| 07/24/2015 | 716 | ORDER denying [691](#) Motion for a Protective Order, Discovery and Release as to Robert Rivernider (1). Mr. Rivernider seeks a protective order barring his former counsel from sharing privileged information with the government, an order directing his former counsel to divulge information allegedly relevant to Mr. Rivernider's Brady claims, and release pending appeal. Mr. Rivernider's requests for a protective order and discovery appear to relate to his pending § 2255 proceeding (14cv1000), which has been stayed. Accordingly, |

those requests are denied. To the extent these requests seek entry of orders in his criminal case, the requests also must be denied. As discussed in prior orders of this Court, see, e.g., ECF No. 683, "entry of a notice of appeal divests the district court of jurisdiction to adjudicate any matters related to the appeal." United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987). With regard to the request for release pending appeal, Mr. Rivernider has already twice sought release pending appeal, once before this Court and once before the Second Circuit. Each request was denied. United States v. Rivernider, No. 10 Cr. 222 (D. Conn. Jan. 28, 2014); United States v. Rivernider, No. 13-4865 (2d Cir. Feb. 26, 2014). Mr. Rivernider has also sought release pending the disposition of his habeas proceeding, and that request was denied as well. United States v. Rivernider, No. 14 Civ. 1000 (D. Conn. Sept. 5, 2014). The present motion seeks the same relief on the same grounds, and it is therefore denied for the reasons previously given in the rulings listed above. So ordered. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015)

| 07/24/2015 | 717 | ORDER denying as moot 697 Motion to Appoint Counsel as to Robert Rivernider (1) in light of ECF No. 714. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015) |
| 07/24/2015 | 718 | ORDER denying 700 Motion for Indicative Ruling and Release as to Robert Rivernider (1). Mr. Rivernider requests indicative rulings on ECF Nos. 662, 664, 666, 667, 669, 672, 680, 681 and 686, each of which this Court has denied. Federal Rule of Criminal Procedure 37(a) provides that when a district court cannot grant a motion because of a pending appeal, it may defer considering the motion, deny the motion, or "state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." This third option, often called an "indicative ruling," is an appropriate course when the district court receives a motion the disposition of which "may further the appeal or obviate its necessity." Ret. Bd. of Policemen's Annuity v. Bank of N.Y. Mellon, 297 F.R.D. 218, 221 (S.D.N.Y. 2013). The motions for which Mr. Rivernider seeks indicative rulings do not answer to this description. In some of the motions, Mr. Rivernider asks the Court to consider the substance of rulings that are now up on appeal. The Court having determined these issues once, and no new evidence or arguments undermining its conclusions having been presented, issuing indicative rulings would neither aid the appellate court nor render its efforts unnecessary. See id. ("[A]n indicative ruling on the very issue on appeal only interrupts the appellate process."). Mr. Rivernider asserts that indicative rulings on his discovery motions will "assist the Court of Appeals in its ruling," ECF No. 700 at 3, but this is mistaken. The Second Circuit will decide Mr. Rivernider's appeal based on the trial record, not documentary evidence obtained after his conviction. See Belber v. Lipson, 905 F.2d 549, 551 (1st Cir. 1990) (a district court has limited authority to correct or modify the record on appeal under Federal Rule of Appellate Procedure 10(e), but "[a] 10(e) motion is designed to only supplement the record on appeal so that it accurately reflects what occurred before the district court. It is not a procedure for putting additional information, no matter how relevant, before the court of appeals that was not before the district court.") Mr. Rivernider also seeks release pending appeal but offers no new ground in support of his request. Accordingly, his request is denied. So ordered. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015) |
| 07/24/2015 | 719 | ORDER denying 704 Motion for Disclosure and Indicative Ruling as to Robert Rivernider (1). Mr. Rivernider asserts that in investigating his case, the government impermissibly accessed privileged e-mails on his laptop and violated the Fourth Amendment by using unlawful techniques to gather information from his cell phone. He seeks discovery related to these issues. As discussed in ECF No. 718, this Court will not issue indicative rulings on Mr. Rivernider's discovery motions because any such rulings will not "further the appeal or obviate its necessity." Ret. Bd. of Policemen's Annuity v. |

| | | Bank of N.Y. Mellon, 297 F.R.D. 218, 221 (S.D.N.Y. 2013). Moreover, his § 2255 proceeding will remain stayed until the direct appeal is concluded. So ordered. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015) |
|---|---|---|
| 07/24/2015 | 720 | ORDER denying 706 Motion Requesting Records and Release as to Robert Rivernider (1). Mr. Rivernider seeks an order directing the government to turn over records related to the Department of Justice's investigation of various lending institutions. As has been discussed in ECF Nos. 683 and 716, this Court has no authority to order discovery in Mr. Rivernider's criminal proceeding while it is up on appeal, and Mr. Rivernider's § 2255 case is stayed. Accordingly, for the reasons articulated in the Court's previous rulings, the request for records is denied. Mr. Rivernider also seeks release pending appeal but advances no new arguments in support of his request. The motion for release is therefore denied. So ordered. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015) |
| 07/24/2015 | 721 | ORDER denying 708 Motion to Stay Restitution Order as to Robert Rivernider (1). Mr. Rivernider moves to stay the Court's order of restitution pending his appeal. Whether to stay an order of restitution under Federal Rule of Criminal Procedure 38(e) rests in the Court's discretion and should be determined by reference to the following factors: 1) whether the defendant will suffer irreparable injury if no stay issues; 2) whether a party will suffer significant injury if a stay issues; 3) whether the movant has demonstrated a substantial possibility, though less than a likelihood, of success on appeal; and 4) the public interest. United States v. TGR Corp., No. 3:97 Cr. 140 (AHN), 1998 WL 846746, at *1 (D. Conn. Oct. 20, 1998). Here, Mr. Rivernider has not demonstrated that he will suffer any harm, let alone irreparable harm, if the order of restitution remains in force while the Second Circuit considers his appeal. Nor has he shown a substantial possibility that his appeal will succeed. Accordingly, the motion is hereby denied. So ordered. Signed by Judge Robert N. Chatigny on 7/24/15. (Reardon, C) (Entered: 07/24/2015) |
| 09/21/2016 | 722 | MANDATE of USCA dated 9/21/16 AFFIRMING the judgments of the District Court re 584 Notice of Appeal - Final Judgment as to Robert Rivernider. (Sundie, T) (Entered: 09/23/2016) |
| 03/22/2017 | 723 | MOTION to Approve Associate Counsel by Robert Rivernider. (Brown, Joseph) (Entered: 03/22/2017) |
| 03/24/2017 | 724 | MOTION to Withdraw Motion for Associate Counsel re 723 MOTION to Approve Associate Counsel by Robert Rivernider. (Brown, Joseph) (Entered: 03/24/2017) |
| 03/26/2017 | 725 | ORDER granting 724 Motion To Withdraw Motion For Associate Counsel as to Robert Rivernider (1) as it was filed in error in the wrong case. Signed by Judge Robert N. Chatigny on 3/26/2017. (Rickevicius, L.) (Entered: 03/26/2017) |
| 03/26/2017 | 726 | ORDER denying as moot 723 Motion to Approve Associate Counsel as to Robert Rivernider (1) in light of ECF No 725. Signed by Judge Robert N. Chatigny on 3/26/2017. (Rickevicius, L.) (Entered: 03/26/2017) |
| 05/04/2017 | 727 | MOTION to Resubmit DKTs # 10/666, 12/681, 14/680 by Robert Rivernider. (Attachments: # 1 Envelope)(Velez, F.) (Entered: 05/05/2017) |
| 05/18/2017 | 728 | MOTION to Take Judicial Notice Fraud on the Court by Government Attorney's RE: Selene Finance by Robert Rivernider. (Attachments: # 1 Supplement, # 2 envelope) (Bozek, M.) (Entered: 05/19/2017) |
| 06/06/2017 | 729 | ORDER denying without prejudice 727 Motion for Leave to File as to Robert Rivernider; denying 728 Motion as to Robert Rivernider. Mr. Rivernider is pursuing his section 2255 habeas action in Case No. 14-cv-1000. These motions relate to Mr. Rivernider's habeas claims and are hereby denied without prejudice to refile in his habeas action through his |

| | | counsel. Signed by Judge Robert N. Chatigny on 6/6/2017. (Heusner, G) (Entered: 06/06/2017) |
|---|---|---|
| 02/04/2019 | 730 | MOTION to Reduce Sentence - USSC Amendment by Robert Rivernider. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Envelope)(Murphy, Tatihana) (Entered: 02/05/2019) |
| 02/22/2019 | 731 | Response to Delay Request by Robert Rivernider (Attachments: # 1 Attachment, # 2 Envelope)(Murphy, Tatihana) (Entered: 02/25/2019) |
| 02/27/2019 | 732 | RESPONSE/REPLY by USA as to Robert Rivernider re 730 Motion to Reduce Sentence - USSC Amendment (Schmeisser, Christopher) (Entered: 02/27/2019) |
| 03/11/2019 | 733 | REPLY TO RESPONSE Pursuant to 18 U.S.C. by Robert Rivernider re 730 MOTION to Reduce Sentence - USSC Amendment. (Attachments: # 1 Attachment)(Murphy, Tatihana) (Entered: 03/12/2019) |
| 03/22/2019 | 734 | MOTION for Order Re: Take Judicial Notice and for Expansion of the Record Re: Perjury Before the Court by Robert Rivernider. (Attachments: # 1 Exhibit 1-5, # 2 Envelope)(Murphy, Tatihana) (Entered: 03/22/2019) |
| 04/05/2019 | 735 | EMERGENCY MOTION: Motion for a Preliminary Injunction to Enjoin the BOP from Referencing the Pre-Sentenceing Report and the Victim List by Robert Rivernider. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 04/05/2019) |
| 04/12/2019 | 736 | NOTICE of Rescission and Revocation of Consent to Being Incarcerated by Robert Rivernider. (Attachments: # 1 Attachment, # 2 Envelope)(Murphy, Tatihana) (Entered: 04/15/2019) |
| 06/06/2019 | 737 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE: Telephone Conference set for 6/13/2019 2:00 PM before Judge Robert N. Chatigny re 730 MOTION to Reduce Sentence - USSC Amendment as to Robert Rivernider. Counsel for the Government will initiate the call to chambers at 860-240-2629 (conference line only) with all counsel on the line. (Pipech, L.) (Entered: 06/06/2019) |
| 06/13/2019 | 738 | Minute Entry for proceedings held before Judge Robert N. Chatigny: Telephone Conference as to Robert Rivernider held on 6/13/2019 re 730 MOTION to Reduce Sentence - USSC Amendment filed by Robert Rivernider. Denying without prejudice 730 Motion to Reduce Sentence - USSC Amendment as to Robert Rivernider (1). Written ruling to follow. 34 minutes. (Court Reporter Warner, D.) (Pipech, L.) (Entered: 06/14/2019) |
| 07/16/2019 | 739 | TRANSCRIPT of Proceedings as to Robert Rivernider. Telephone Conference held on 06.13.19 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/14/2019. (Warner, D.) (Entered: 07/16/2019) |

| 07/18/2019 | 740 | EMERGENCY MOTION for Preliminary Injunction by Robert Rivernider. (Murphy, Tatihana) (Additional attachment(s) added on 7/18/2019: # 1 Envelope) (Murphy, Tatihana). (Entered: 07/18/2019) |
|---|---|---|
| 07/18/2019 | 741 | Second MOTION to Reduce Sentence - First Step Act by Robert Rivernider. (Frost, Robert) (Entered: 07/18/2019) |
| 07/23/2019 | 742 | ORDER as to Robert Rivernider: The government will file their response to 740 EMERGENCY MOTION for Preliminary Injunction no later than 7/29/2019. So ordered. Signed by Judge Robert N. Chatigny on 7/23/2019. (Rickevicius, L.) (Entered: 07/23/2019) |
| 07/23/2019 | 743 | Set/Reset Deadlines re Motion as to Robert Rivernider 740 MOTION EMERGENCY MOTION for Preliminary Injunction. Responses due by 7/29/2019. (Rickevicius, L.) (Entered: 07/23/2019) |
| 07/29/2019 | 744 | RESPONSE/REPLY by USA as to Robert Rivernider *Emergency Motion* (Schmeisser, Christopher) (Entered: 07/29/2019) |
| 07/31/2019 | 745 | ORDER denying without prejudice 734 Motion for Order as to Robert Rivernider (1). This motion is duplicative of ECF 188 in the habeas case, 14-CV-1000. So ordered. Signed by Judge Robert N. Chatigny on 7/31/19. (Chatigny, Robert) (Entered: 07/31/2019) |
| 07/31/2019 | 746 | ORDER denying 735 Motion for Order as to Robert Rivernider (1). The motion is denied for the reasons stated in the order (ECF 208) denying the parallel motion (ECF 203) in the habeas case, 14-CV-1000. So ordered. Signed by Judge Robert N. Chatigny on 7/31/19. (Chatigny, Robert) (Entered: 07/31/2019) |
| 08/01/2019 | 747 | Second MOTION to Reduce Sentence - First Step Act re 741 Second MOTION to Reduce Sentence - First Step Act *(CORRECTED TO ADD MISSING PAGE 17)* by Robert Rivernider. (Frost, Robert) (Entered: 08/01/2019) |
| 08/02/2019 | 748 | ORDER: The defendant has filed a Corrected Second Motion to Reduce Sentence. Nonetheless, the deadline for the government to file their response remains 8/8/2019. So ordered<br>Signed by Judge Robert N. Chatigny on 8/2/2019. (Rickevicius, L.) (Entered: 08/02/2019) |
| 08/05/2019 | 751 | MOTION to take Judicial Notice in Support of Immediate Release by Robert Rivernider. (Attachments: # 1 Supplement, # 2 Envelope)(Murphy, Tatihana) (Entered: 08/07/2019) |
| 08/06/2019 | 749 | ORDER denying as moot 665 Motion for Release Pending Appeal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 8/6/2019. (Aidun, H.) (Entered: 08/06/2019) |
| 08/06/2019 | 750 | ORDER denying 740 Motion for Order as to Robert Rivernider (1). Defendant's motion for an order on his motion for preliminary injunction is moot in light of ECF No. 746. Defendant alternatively requests immediate release, but his motion does not show extraordinary and compelling circumstances justifying such relief. See 18 U.S.C. § 3582(c)(1)(A)(i). Additionally, any challenge to defendant's conditions of confinement must be brought in the District Court for the District of South Carolina. See Sullivan v. United States, No. 2-CV-4947, 2002 WL 32096584, at *2 (E.D.N.Y. Dec. 6, 2002). Accordingly, the order is hereby denied. So ordered. Signed by Judge Robert N. Chatigny on 8/6/2019. (Aidun, H.) (Entered: 08/06/2019) |
| 08/08/2019 | 752 | RESPONSE/REPLY by USA as to Robert Rivernider *Second Motion for Reduction in Sentence* (Schmeisser, Christopher) (Entered: 08/08/2019) |

| 08/14/2019 | 753 | MEMORANDUM regarding 730 Motion to Reduce Sentence. Signed by Judge Robert N. Chatigny on 8/14/2019. (Aidun, H.) (Entered: 08/14/2019) |
|---|---|---|
| 08/15/2019 | 754 | ORDER denying 751 Motion as to Robert Rivernider (1). Defendant's motion for judicial notice in this criminal case is more in the nature of a brief presenting arguments on matters that are being litigated in the habeas case. As such it is denied as procedurally improper. Defendant would be well-advised to work with his standby counsel in the habeas case to present his arguments in that case in accordance with the established briefing schedule. So ordered Judge Robert N. Chatigny on 8/15/19. (Chatigny, Robert) (Entered: 08/15/2019) |
| 08/16/2019 | 755 | ORDER denying as moot 741 Motion regarding Reduction of Sentence re First Step Act for 1 as to Robert Rivernider (1) in light of ECF No. 747. Signed by Judge Robert N. Chatigny on 8/16/2019. (Rickevicius, L.) (Entered: 08/16/2019) |
| 08/27/2019 | 756 | REPLY TO 752 RESPONSE to Motion by Robert Rivernider. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Envelope)(Murphy, Tatihana) (Entered: 08/27/2019) |
| 09/09/2019 | 757 | USCA CERTIFIED COPY ORDER as to Mandamus Petition filed by Robert Rivernider Signed by Catherine O'Hagan Wolfe, USCA Clerk of Court on 09/09/2019. (Murphy, Tatihana) (Entered: 09/10/2019) |
| 09/09/2019 | 758 | MOTION for Release on Bail re 747 Second MOTION to Reduce Sentence - by Robert Rivernider. (Murphy, Tatihana) (Entered: 09/11/2019) |
| 09/16/2019 | 762 | SUBMISSION OF AFFIDAVIT IN SUPPORT OF 2255 MOTION AND MOTION FOR BAIL by Robert Rivernider. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 09/18/2019) |
| 12/03/2019 | 765 | MANDATE of USCA dated 12/3/2019 Denying the mandamus petition as to Robert Rivernider without prejudice. (Murphy, Tatihana) (Entered: 12/04/2019) |
| 02/07/2020 | 766 | ORDER denying 747 Motion regarding Reduction of Sentence re First Step Act as to Robert Rivernider (1). See attached Ruling and Order for details. Signed by Judge Robert N. Chatigny on 2/7/20. (Morgan, Luke) (Entered: 02/07/2020) |
| 02/24/2020 | 767 | MOTION for Reconsideration and to Correct the Record Re: Court's Ruling and Order 3582 Motion by Robert Rivernider. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 02/25/2020) |
| 02/28/2020 | 768 | Motion to Take Judicial Notice by Robert Rivernider re 767 MOTION for Reconsideration. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 03/03/2020) |
| 03/13/2020 | 769 | Emergency Motion for Immediate Release re: Corona Virus Pandemic by Robert Rivernider. (Attachments: # 1 Envelope)(Murphy, Tatihana) (Entered: 03/13/2020) |
| 03/16/2020 | 770 | ORDER: The government will file a response on or before 3/23/2020 to 769 Emergency Motion for Immediate Release re: Corona Virus. The response should include guidance with regard to what measures the Bureau of Prisons is taking in general, and with regard to the defendant in light of his medical history. The response should also include an update with regard to the defendant's care and treatment with a cardiologist. So ordered. Signed by Judge Robert N. Chatigny on 3/16/2020. (Rickevicius, L.) (Entered: 03/16/2020) |
| 03/17/2020 | 771 | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Robert Rivernider 769 MOTION Emergency Motion for Immediate Release. Responses due by 3/23/2020. (Rickevicius, L.) (Entered: 03/17/2020) |

| 03/20/2020 | 772 | RESPONSE/REPLY by USA as to Robert Rivernider re 769 Motion for Miscellaneous Relief (Attachments: # 1 Attachment F, # 2 Attachment G)(Schmeisser, Christopher) (Entered: 03/20/2020) |
|---|---|---|
| 03/20/2020 | 773 | Sealed Document: Attachment A by USA as to Robert Rivernider re 772 Reply/Response Misc - (Schmeisser, Christopher) (Entered: 03/20/2020) |
| 03/20/2020 | 774 | Sealed Document: Attachment B by USA as to Robert Rivernider re 772 Reply/Response Misc - (Schmeisser, Christopher) (Entered: 03/20/2020) |
| 03/20/2020 | 775 | Sealed Document: Attachment C by USA as to Robert Rivernider re 772 Reply/Response Misc - (Schmeisser, Christopher) (Entered: 03/20/2020) |
| 03/20/2020 | 776 | Sealed Document: Attachment D by USA as to Robert Rivernider re 772 Reply/Response Misc - (Schmeisser, Christopher) (Entered: 03/20/2020) |
| 03/20/2020 | 777 | Sealed Document: Attachment E by USA as to Robert Rivernider re 772 Reply/Response Misc - (Schmeisser, Christopher) (Entered: 03/20/2020) |
| 03/23/2020 | 778 | MOTION to Seal Docket #773-777 by USA as to Robert Rivernider. (Schmeisser, Christopher) (Entered: 03/23/2020) |
| 03/24/2020 | 779 | ORDER granting 778 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 3/24/2020. (Rickevicius, L.) (Entered: 03/24/2020) |
| 03/30/2020 | 780 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Hearing re 769 Emergency MOTION for Immediate Release set for 4/2/2020 at 10:00 AM before Judge Robert N. Chatigny. Counsel for the Government will initiate the call to chambers at 860-240-2629 (conference line only) with all counsel on the line. (Pipech, L.) (Entered: 03/30/2020) |
| 03/31/2020 | 781 | TRANSCRIPT EXCERPT of Proceedings as to Robert Rivernider. Jury Selection held on 02.05.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/21/2020. Redacted Transcript Deadline set for 5/1/2020. Release of Transcript Restriction set for 6/29/2020. (Warner, D.) (Entered: 03/31/2020) |
| 03/31/2020 | 782 | TRANSCRIPT EXCERPT of Proceedings as to Robert Rivernider. Excerpt from Jury Selection held on 02.06.13 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court |

| | | website at www.ctd.uscourts.gov. Redaction Request due 4/21/2020. Redacted Transcript Deadline set for 5/1/2020. Release of Transcript Restriction set for 6/29/2020. (Warner, D.) (Entered: 03/31/2020) |
|---|---|---|
| 04/02/2020 | 783 | Minute Entry for proceedings held before Judge Robert N. Chatigny: taking under advisement 769 Emergency Motion for Immediate Release as to Robert Rivernider (1); Telephonic Motion Hearing as to Robert Rivernider held on 4/2/2020 re 769 Emergency Motion for Immediate Release filed by Robert Rivernider. 31 minutes(Court Reporter Darlene Warner.) (Bozek, M.) (Entered: 04/02/2020) |
| 05/11/2020 | 784 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference with counsel set for 5/12/2020 at 10:00 AM before Judge Robert N. Chatigny. Please use the following call in information for the call. Call in- 866-434-5269; Access Code- 8189198# (Rickevicius, L.) (Entered: 05/11/2020) |
| 05/12/2020 | 785 | ORDER granting 769 Motion as to Robert Rivernider (1). The defendant's motion for compassionate release is hereby GRANTED. See attached order and ruling for details. Signed by Judge Robert N. Chatigny on 5/12/20. (Morgan, Luke) (Entered: 05/12/2020) |
| 05/12/2020 | 786 | ORDER denying as moot 758 Motion for Release on Bail and 767 Motion for Reconsideration as to Robert Rivernider (1). See ECF No. 785 for details. Signed by Judge Robert N. Chatigny on 5/12/20. (Morgan, Luke) (Entered: 05/12/2020) |
| 05/12/2020 | 788 | Minute Entry for proceedings held before Judge Robert N. Chatigny: granting 769 Emergency Motion for Immediate Release as to Robert Rivernider (1).Telephonic Motion Hearing as to Robert Rivernider held on 5/12/2020 re 769 Emergency Motion for Immediate Release filed by Robert Rivernider. 40 minutes(Court Reporter Darlene Warner.)(Bozek, M.) (Entered: 05/15/2020) |
| 05/13/2020 | 787 | ORDER modifying 785 Order granting compassionate release as to Robert Rivernider. See attached order for details. Signed by Judge Robert N. Chatigny on 5/13/20. (Morgan, Luke) (Entered: 05/13/2020) |
| 06/09/2021 | 793 | MOTION for Early Termination of Probation by Robert Rivernider. (Frost, Robert) (Entered: 06/09/2021) |
| 09/27/2021 | 794 | ATTORNEY APPEARANCE: Rachel Shur appearing for Robert Rivernider (Shur, Rachel) (Entered: 09/27/2021) |
| 06/03/2022 | 795 | ATTORNEY APPEARANCE: Terence S. Ward appearing for Robert Rivernider (Ward, Terence) (Entered: 06/03/2022) |
| 06/07/2022 | 796 | MOTION for Terence Ward, Rachel Shur, Federal Defenders to Withdraw as Attorney by Robert Rivernider. (Ward, Terence) (Entered: 06/07/2022) |
| 06/07/2022 | 797 | ORDER granting 796 Motion to Withdraw as Attorney. Rachel Shur and Terence S. Ward withdrawn from case as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 6/7/2022. (Rickevicius, L.) (Entered: 06/07/2022) |
| 09/19/2022 | 798 | Ruling and Order Dismissing Motion to Vacate/Set Aside/Correct Sentence (2255). No certificate of appealability will be issued. See attached Ruling & Order for details as to Robert Rivernider (see Civil Case No. 3:14-cv-01000-RNC, ECF No. 259). Signed by Judge Robert N. Chatigny on 9/19/2022. (Velez, F.) (Entered: 09/21/2022) |
| 09/22/2022 | 799 | first Probation Form 12N Petition for Action Request for Compliance Review Hearing requesting a summons to issue with order of the court thereon as to Robert Rivernider Signed by Judge Robert N. Chatigny on 9/21/2022. (Ogilvie, E) (Entered: 09/22/2022) |

| 09/28/2022 | 800 | RESPONSE by Robert Rivernider to 799 Prob 12N Petition for Action Request for Compliance Review Hearing. (Attachments: # 1 Envelope) (Velez, F.) (Entered: 09/30/2022) |
|---|---|---|
| 11/18/2022 | 801 | ORDER REFERRING CASE to Judge Robert A. Richardson to conduct an initial appearance on a supervised release violation as to Robert Rivernider.<br>Signed by Judge Robert N. Chatigny on 11/18/2022. (Bozek, M.) (Entered: 11/18/2022) |
| 11/18/2022 | 802 | Probation Form 12C Petition for Warrant / Summons requesting a summons to issue with order of the court thereon as to Robert Rivernider Signed by Judge Robert N. Chatigny on 11/16/2022. (Ogilvie, E) (Entered: 11/18/2022) |
| 11/23/2022 |  | NOTICE regarding hearing via Zoom as to Robert Rivernider: The Initial Appearance on a Violation Hearing scheduled for 12/15/2022 at @11:00am will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1614986860?pwd=b0g0NmdUdldEVzZHZVhjQkN4c2hPZz09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 498 6860<br><br>Meeting Password: 206993<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Blue, A.) (Entered: 11/23/2022) |
| 11/23/2022 | 803 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Initial Appearance on Revocation Proceedings set for 12/15/2022 @11:00 AM in West Courtroom, 450 Main St., Hartford, CT before Judge Robert A. Richardson.This hearing will be conducted by Zoom videoconferencing. Meeting ID: 161 498 6860; Meeting Password: 206993 (Blue, A.) (Entered: 11/23/2022) |
| 11/23/2022 | 804 | MOTION for Terence S. Ward and Office of the Federal Defender to Withdraw as Attorney by Robert Rivernider. (Ward, Terence) (Entered: 11/23/2022) |
| 11/29/2022 | 805 | Summons Issued as to Robert Rivernider to appear on 12/15/2022, at 11:00 AM, before Judge Robert A. Richardson via Zoom. (Reis, Julia) (Entered: 11/29/2022) |
| 11/29/2022 | 806 | ORDER granting in part and denying in part 804 Motion to Withdraw as Attorney as to Robert Rivernider. The motion to withdraw is denied as moot as Federal Defender Terence Ward and Assistant Federal Defender Rachel Shur were withdrawn on 6/7/2022, ECF No. 797. The motion is granted as to the appointment of Attorney Robert Frost to assist Mr. Rivernider with supervised release matters. So ordered. Signed by Judge Robert N. Chatigny on 11/29/2022. (Rickevicius, L.) (Entered: 11/29/2022) |
| 12/02/2022 | 807 | NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Final Hearing re Revocation of Supervised Release is scheduled for 2/16/2023 at 10:00 AM in North Courtroom, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Sichanh, Christina) (Entered: 12/02/2022) |

| 12/02/2022 | 808 | Probation Violation Summons Returned Executed as to Robert Rivernider on 12/1/2022 (Ogilvie, E) (Entered: 12/02/2022) |
|---|---|---|
| 12/15/2022 | 809 | Minute Entry for proceedings held before Judge Robert A. Richardson: Initial Appearance re Revocation of Supervised Release as to Robert Rivernider held on 12/15/2022, Preliminary Revocation Hearing as to Robert Rivernider held on 12/15/2022, Detention Hearing as to Robert Rivernider held on 12/15/2022; 14 minutes (Court Reporter Zoom.) (Blue, A.) (Entered: 12/15/2022) |
| 12/22/2022 | 810 | Emergency MOTION to Travel *on Christmas Day, December 25, 2022 and January 3, 2023* by Robert Rivernider. (Frost, Robert) (Entered: 12/22/2022) |
| 12/23/2022 | 811 | ORDER granting 810 Emergency Motion to Travel as to Robert Rivernider (1). Mr. Rivernider is required to comply with all conditions of his supervision and abide by all laws, rules, regulations, and ordinances in the other jurisdictions to which he is traveling. So ordered. Signed by Judge Robert N. Chatigny on 12/23/2022. (Rickevicius, L.) (Entered: 12/23/2022) |
| 01/30/2023 | 812 | Consent MOTION to Travel *to Southern District of Florida on February 1, 2023 and February 9, 2023* by Robert Rivernider. (Frost, Robert) (Entered: 01/30/2023) |
| 01/31/2023 | 813 | ORDER granting 812 Motion to Travel as to Robert Rivernider. Mr. Rivernider is required to comply with all conditions of his supervision and abide by all laws, rules, regulations, and ordinances in the other jurisdictions to which he is traveling. So ordered. Signed by Judge Robert N. Chatigny on 1/31/2023. (Rickevicius, L.) (Entered: 01/31/2023) |
| 02/09/2023 | 814 | VIOLATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Ogilvie, E) (Entered: 02/09/2023) |
| 02/09/2023 | 815 | Sealed Violation Recommendation: as to Robert Rivernider (Ogilvie, E) (Entered: 02/09/2023) |
| 02/15/2023 | | NOTICE regarding hearing via Zoom as to Robert Rivernider: The Supervised Release Violation scheduled for 2/16/2023 at 10:00 AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1600683913?pwd=cXY5U3c0S1Jud0xUSjNMQ3I2dU9nUT09 and call in numbers are +1 669 254 5252 US (San Jose) or +1 646 828 7666 US (New York). Meeting ID: 160 068 3913 Meeting Password: 307897 Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Samson, Jessalyn) (Entered: 02/15/2023) |
| 02/16/2023 | 816 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Hearing re Revocation of Supervised Release as to Robert Rivernider held on 2/16/2023. Total Time: 38 minutes(Court Reporter Cassie Zayas.)(Samson, Jessalyn) (Entered: 02/16/2023) |
| 02/16/2023 | | NOTICE regarding hearing via Zoom as to Robert Rivernider: The Supervised Release Violation scheduled for 6/13/2023 at 2:00 PM will be conducted via Zoom. The video |

link is https://www.zoomgov.com/j/1618187134? pwd=ZmFoRzBCRk1jbEZNUXRyYWo4OTNoZz09 and call in numbers are +1 669 254 5252 US (San Jose) or +1 646 828 7666 US (New York).

Meeting ID: 161 818 7134

Meeting Password: 326332

Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Samson, Jessalyn) (Entered: 02/16/2023)

| 02/17/2023 | 817 | ORDER Modifying Conditions of Supervised Release as to Robert Rivernider. Signed by Judge Robert N. Chatigny on 2/17/2023. (Samson, Jessalyn) (Entered: 02/17/2023) |
| 04/17/2023 | 818 | Consent MOTION to Travel *from Florida to Georgia for Work Conference 4/28/23 - 4/29/23* by Robert Rivernider. (Frost, Robert) (Entered: 04/17/2023) |
| 04/17/2023 | 819 | ORDER granting 818 Motion to Travel as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 4/17/2022. (Rickevicius, L.) (Entered: 04/17/2023) |
| 05/16/2023 | 820 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Final Hearing re Revocation of Supervised Release set for 6/13/2023 at 02:00 PM in North Courtroom, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. **Please note courtroom** (Samson, Jessalyn) (Entered: 05/16/2023) |
| 06/06/2023 | 821 | VIOLATION REPORT (Addendum) *(SEALED - government and defense counsel)* as to Robert Rivernider. (available to USA, Robert Rivernider) (Ogilvie, E) (Entered: 06/06/2023) |
| 06/06/2023 | 822 | Sealed Violation Recommendation: as to Robert Rivernider (Ogilvie, E) (Entered: 06/06/2023) |
| 06/12/2023 | 823 | RESPONSE/REPLY by Robert Rivernider re 821 Violation Report (Attachments: # 1 Exhibit A (IRS Letter), # 2 Exhibit B (Sent Tr. Excerpt), # 3 Exhibit C (Auto Repair Estimate))(Frost, Robert) (Entered: 06/12/2023) |
| 06/12/2023 | 824 | ATTORNEY APPEARANCE Tracy T. Opoku appearing for USA (Opoku, Tracy) (Entered: 06/12/2023) |
| 06/12/2023 | 825 | MOTION IN SUPPORT OF MODIFICATION OF PAYMENT SCHEDULE by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Exhibit, # 2 Exhibit)(Opoku, Tracy) (Entered: 06/12/2023) |
| 06/12/2023 | 826 | MOTION to Seal by USA as to Robert Rivernider, Robert Ponte, Loretta Seneca. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Opoku, Tracy) (Entered: 06/12/2023) |
| 06/12/2023 | 827 | Sealed Document: Exhibits B and D by USA as to Robert Rivernider re 825 MOTION IN SUPPORT OF MODIFICATION OF PAYMENT SCHEDULE , 826 MOTION to Seal - (Attachments: # 1 Exhibit)(Opoku, Tracy) (Entered: 06/12/2023) |

| 06/12/2023 | 828 | ORDER granting 826 Motion to Seal as to Robert Rivernider (1). Signed by Judge Robert N. Chatigny on 6/12/2023. (Rickevicius, L.) (Entered: 06/12/2023) |
|---|---|---|
| 06/15/2023 | 829 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 6/13/2023* Final Hearing re Revocation of Supervised Release set for 8/10/2023 at 02:00 PM in North Courtroom, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Samson, Jessalyn) (Entered: 06/15/2023) |
| 06/26/2023 | 830 | MOTION to Identify as Hunter Biden filed by Robert Rivernider. (Attachments: # 1 envelope)(Samson, Jessalyn) (Entered: 06/28/2023) |
| 07/05/2023 | 831 | RESCHEDULED NOTICE OF E-FILED CALENDAR as to Robert Rivernider: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 8/10/2023* Final Hearing re Revocation of Supervised Release set for 8/1/2023 at 10:00 AM in North Courtroom, 450 Main St., Hartford, CT before Judge Robert N. Chatigny. (Samson, Jessalyn) (Entered: 07/05/2023) |
| 08/01/2023 | 832 | Minute Entry for proceedings held before Judge Robert N. Chatigny:Hearing re Revocation of Supervised Release as to Robert Rivernider held on 8/1/2023. Motion 825 granted in part; Motions 793 and 830 denied. Total Time: 1 hour and 27 minutes(Court Reporter Alicia Kyles.)(Samson, Jessalyn) Modified on 9/5/2023 to add language regarding motions. (Samson, Jessalyn). (Entered: 08/01/2023) |
| 08/01/2023 | 833 | ORDER granting in part 825 Motion in Support of Modification of Payment Schedule as to Robert Rivernider (1). Mr. Rivernider is ordered to pay restitution in the amount of $400 per month effective as of today's date. Signed by Judge Robert N. Chatigny on 8/1/2023. (Rickevicius, L.) (Entered: 08/01/2023) |
| 08/01/2023 | 834 | ORDER denying 793 Motion for Early Termination of Probation as to Robert Rivernider (1) in light of defendant's ongoing obligation to pay restitution. Signed by Judge Robert N. Chatigny on 8/1/2023. (Rickevicius, L.) (Entered: 08/01/2023) |
| 08/01/2023 | 835 | ORDER denying 830 Motion for Order as to Robert Rivernider (1). The motion is denied as frivolous. Signed by Judge Robert N. Chatigny on 8/1/2023. (Rickevicius, L.) (Entered: 08/01/2023) |
| 08/30/2023 | 836 | TRANSCRIPT of Proceedings: as to Robert Rivernider Type of Hearing: Revocation of Supervised Release. Held on August 1, 2023 before Judge Robert N. Chatigny. Court Reporter: Alicia A. Cayode Kyles. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 9/20/2023. Redacted Transcript Deadline set for 9/30/2023. Release of Transcript Restriction set for 11/28/2023. (Cayode Kyles, Alicia) (Entered: 08/30/2023) |
| 09/18/2023 | 837 | MOTION for Recusal of Judge Robert N. Chatigny by Robert Rivernider. (Attachments: # 1 Envelope)(Samson, Jessalyn) (Entered: 09/18/2023) |

| | | |
|---|---|---|
| 09/18/2023 | 838 | MOTION to Dismiss Case by Robert Rivernider. (Attachments: # 1 Envelope)(Samson, Jessalyn) (Entered: 09/18/2023) |
| 10/13/2023 | 839 | Prob 12A Report On Offender Under Supervision as to Robert Rivernider Signed by Judge Robert N. Chatigny on 10/13/2023. (Ogilvie, E) (Entered: 10/13/2023) |
| 11/14/2023 | 840 | ORDER denying 837 Motion to Transfer/Disqualify/Recuse Judge as to Robert Rivernider. Please see attached Ruling and Order for details. Signed by Judge Robert N. Chatigny on 11/14/2023. (Rickevicius, L.) (Entered: 11/14/2023) |
| 01/10/2024 | 841 | ORDER denying 838 Motion to Dismiss as to Robert Rivernider (1). The present motion attacks the legality of the judgment following an unsuccessful motion under 28 U.S.C. § 2255, which attacked the legality of the judgment on similar grounds and was denied on the merits. As such, it constitutes a second § 2255 motion, which cannot be considered unless and until its filing is first authorized by the Court of Appeals. See 28 U.S.C. § 2255(h). So ordered. Signed by Judge Robert N. Chatigny on 1/10/2024. (Chatigny, Robert) (Entered: 01/10/2024) |
| 06/21/2024 | 842 | SEALED CJA 23 Financial Affidavit by Robert Rivernider (Frost, Robert) (Entered: 06/21/2024) |
| 10/25/2024 | 843 | Writ of Scire Fascias as to Michael G. Chase by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 844 | Writ of Scire Fascias as to James W. Bergenn by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 845 | Writ of Scire Fascias as to Christopher W. Schmeisser by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 846 | Writ of Scire Fascias as to Robert N. Chatigny by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 847 | Writ of Scire Fascias as to Eric Padilla by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 848 | Writ of Scire Fascias as to John H. Durham by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 849 | Writ of Scire Fascias as to Stephen M. West by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 10/25/2024 | 850 | Writ of Scire Fascias as to Patricia Vargo by Robert Rivernider (Attachments: # 1 Summons, # 2 Envelope, # 3 Envelope)(Samson, J) (Entered: 10/29/2024) |
| 11/04/2024 | 851 | Default Writ of Forfeiture, To: Robert N. Chatigny, by Robert Rivernider. (Attachments: # 1 Envelope) (Mendez, D) (Entered: 11/07/2024) |
| 11/04/2024 | 852 | Default Writ of Forfeiture, To: John H. Durham, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/04/2024 | 853 | Default Writ of Forfeiture, To: Christopher W. Schmeisser, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/04/2024 | 854 | Default Writ of Forfeiture, To: James W. Bergenn, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/04/2024 | 855 | Default Writ of Forfeiture, To: Eric Padilla, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |

| 11/05/2024 | 856 | Memorandum of Points and Authorities in Support of Default Writ of Forfeiture, by Robert Rivernider. (Attachments: # 1 Envelope) (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 857 | Default Writ of Forfeiture, To: Eric Padilla, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 858 | Default Writ of Forfeiture, To: John H. Durham, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 859 | Default Writ of Forfeiture, To: Christopher W. Schmeisser, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 860 | Default Writ of Forfeiture, To: Stephen M. West, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 861 | Default Writ of Forfeiture, To: James W. Bergenn, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 862 | Default Writ of Forfeiture, To: Michael G. Chase, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |
| 11/05/2024 | 863 | Default Writ of Forfeiture, To: Patricia Vargo, by Robert Rivernider. (Mendez, D) (Entered: 11/07/2024) |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-09-1

UNITED STATES OF AMERICA    :    CRIMINAL NO. 3:10CR222 (EBB)

v.    :    VIOLATIONS:

   :

   :    18 U.S.C. § 1349 (Conspiracy)

   :    18 U.S.C. §§ 1343 & 2 (Wire Fraud)

ROBERT RIVERNIDER, ROBERT    :    26 U.S.C. § 2701 (Evasion of Payment)

PONTE, and LORETTA SENECA    :    26 U.S.C. § 2701 (Evasion of Assessment)

   :

## INDICTMENT

The Grand Jury charges:

## BACKGROUND

### The Defendants

1. At all times relevant to this Indictment, defendant ROBERT RIVERNIDER (hereinafter RIVERNIDER) resided and worked in the West Palm Beach area of Florida. RIVERNIDER had training as a mortgage broker and in the debt consolidation business. Beginning in or about 2005, RIVERNIDER worked for a company ("the Company") that, through Internet-based services and otherwise, provided advice to those seeking to consolidate and repay debts.

2. During the times relevant to this Indictment, defendant ROBERT PONTE (hereinafter PONTE) first resided and worked in Dobbs Ferry, New York, then in New Fairfield, Connecticut, and then Stonington, Connecticut. In or about 2005, RIVERNIDER met PONTE and recruited him to work in the New England region for the Company. RIVERNIDER and PONTE, in part while still working for the Company, undertook the conspiracies and schemes

identified below in this Indictment.

3.        At all times relevant to this Indictment, defendant LORETTA SENECA (hereinafter SENECA), a mortgage broker and the older sister of RIVERNIDER, worked with RIVERNIDER, PONTE and others to gather information and process most of the real estate transactions that form the basis for the conspiracy and scheme to defraud alleged in Counts Nine through Eighteen.  During all times relevant to this Indictment, SENECA resided in the West Palm Beach and Boca Raton areas of Florida, and, as part of the conspiracy and scheme to defraud alleged in Counts Nine through Eighteen,  purchased one or more properties in Florida and/or Tennessee, signing a loan application and HUD statement that misrepresented, among other things, the true purchase price of the property, her monthly income, the occupancy status of the property, and the earnest money payments.

<u>Entities/Alter Egos Associated with RIVERNIDER and PONTE</u>

4.        In or about June 2006, RIVERNIDER established Cut Above Ventures LLC ("Cut Above Ventures"), a New Mexico limited liability company with its principal place of business in Florida.  RIVERNIDER solely owned this company and was its president.  Cut Above Ventures held at least three checking accounts at Bank of America, the statements of which were sent to RIVERNIDER at the West Palm Beach residence of his younger sister.  RIVERNIDER had sole signing authority for the accounts.  PONTE and RIVERNIDER funneled through these accounts most of the investor monies that are the subject of the conspiracies and schemes set forth in this Indictment.

5.        Beginning in or about 2005, PONTE started doing business in the name of The Hudson Group.  He established a website in this name to market a debt reduction program called

-2-

"No More Bills."

6.     In or about October 2006, PONTE established Falling Rock LLC ("Falling Rock"), a New Mexico limited liability company with its principal place of business in Connecticut. The company had no employees and no physical office location, and did not file tax returns or pay taxes.   In or about October 2006, PONTE opened a non-interest bearing checking account for Falling Rock at Bank of America.  PONTE received monthly bank statements for the account at his Connecticut address.   PONTE used this account to receive payments from the Company and Cut Above Ventures, and the account was instrumental to PONTE engaging in tax evasion as outlined below in Counts Nineteen and Twenty.

### The Victim Investors and Victim Borrowers

7.     As described in greater detail below in Counts One through Eight, RIVERNIDER and PONTE conspired to defraud and engaged in a scheme to defraud investors, hereinafter referred to as "Victim Investors," into giving money to PONTE and RIVERNIDER for purported debt reduction plans.

8.     As described in greater detail below in Counts Nine through Eighteen, RIVERNIDER, PONTE, SENECA and others conspired to defraud and engaged in a scheme to defraud a number of individuals into purchasing real estate investment properties based on material misrepresentations, concealed facts, and material omissions.  Those individuals, hereinafter referred to as the "Victim Borrowers," included a large number of the Victim Investors.

- 3 -

The Victim Lenders

9.      As described in greater detail below in Counts Nine through Eighteen,

RIVERNIDER, PONTE, SENECA and others conspired to defraud and engaged in a scheme to

defraud various mortgage lenders, collectively referred to as the "Victim Lenders," into loaning

monies to the Victim Borrowers based on a series of materially false and fraudulent

representations.  Those Victim Lenders included, among others: 1) SunTrust Mortgage Inc. with

offices in Richmond, Virginia, among other locations, and 2) Wells Fargo Bank, NA, with

offices in Miami and Stuart, Florida, among other locations.

10.      At all times relevant to this Indictment, Wells Fargo Bank, NA, was a financial

institution with deposits insured by the Federal Deposit Insurance Corporation (FDIC).


COUNT ONE -- CONSPIRACY
18 U.S.C. § 1349

The Conspiracy to Defraud Victim Investors

11.      The allegations contained in Paragraphs 1, 2, 4-7 of this Indictment are

realleged and incorporated as though fully set forth herein.

12.      Beginning in or about June 2005 and continuing to in or about April 2008, the

exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere,

defendants RIVERNIDER and PONTE did unlawfully, knowingly and intentionally conspire,

combine, confederate and agree with each other and others known and unknown to the Grand

Jury to commit offenses against the United States, namely, to devise and intend to devise a

scheme and artifice to defraud, and to obtain money and property by means of materially false

and fraudulent pretenses, representations and promises, and, for the purpose of executing and

- 4 -

attempting to execute the scheme and artifice did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

Purpose of the Conspiracy

13.    The purpose of the conspiracy was for RIVERNIDER and PONTE to enrich themselves by defrauding the Victim Investors of monies based on misrepresentations that the monies would be invested in legitimate, high-return investments.

Manner and Means of the Conspiracy

14.    The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, those set forth in ¶¶ 15-20.

15.    It was part of the conspiracy that beginning in 2005, RIVERNIDER and PONTE used the Internet and other means to market a debt payment program typically called "No More Bills" through The Hudson Group.  With the "No More Bills" program, RIVERNIDER and PONTE sought Victim Investors to invest monies with them, monies which typically the Victim Investors would raise through  home equity lines of credit or monies borrowed from 401K plans.

16.    It was part of the conspiracy that RIVERNIDER and PONTE materially misrepresented and caused to be misrepresented, among other things:

    a.    That the Victim Investors would receive a substantial investment return, typically a monthly repayment on the invested  monies of approximately seven to ten percent of their initial investment.

    b.    That the returns would continue for a period substantially longer than needed to recoup the initial investment and result in a return substantially greater than the initial investment.

c.    That the Victim Investors' existing debts and home equity lines of credit, if taken out to fund the investment, would be repaid in full from investment returns.

d.    That the Victim Investors' monies were being invested offshore in legitimate high-return investments, including investments in foreign currency exchanges, hedge funds, or other high-yield ventures.

17.    It was part of the conspiracy that PONTE would often explain that he was working with a business partner, RIVERNIDER, who had specialized knowledge in investments. PONTE frequently explained that he and RIVERNIDER were pooling investor funds to allow them to invest like the large investors in the market.

18.    It was part of the conspiracy that, in truth and in fact, as RIVERNIDER and PONTE well knew, the representations made to the Victim Investors were materially false and misleading. RIVERNIDER and PONTE knew that the invested monies could not and would not earn the returns advertised, that the returns would not pay out significantly more than the investment, that the monies invested by the later Victim Investors would not be repaid in full, and that the invested monies were not being invested as represented, including not being invested in foreign currency exchanges and hedge funds. Instead, the monies were used to pay, among other things, the preexisting debts of other investors and the living expenses of the extended family of RIVERNIDER and PONTE.

19.    It was part of the conspiracy that PONTE, from his home/office in Connecticut, would routinely talk and correspond by email with the Victim Investors, his assistant in New York and his coconspirator RIVERNIDER in Florida. Upon receipt of information in Connecticut from the Victim Investors, PONTE would forward the relevant applications and other financial information to RIVERNIDER in Florida. RIVERNIDER would review and

approve the purported investment plans, including the advertised returns.

20. It was part of the conspiracy that, if the Victim Investors remained interested in investing in the purported investment plan, RIVERNIDER and PONTE would instruct them or cause for them to be instructed to wire monies for investment to one of the bank accounts held in the name of Cut Above Ventures. RIVERNIDER would then direct the use of the monies either through wiring instructions or by writing checks on the account.

## Overt Acts

21. In furtherance of the conspiracy, and to accomplish its purposes and objects, the defendants RIVERNIDER, PONTE and others known and unknown to the Grand Jury committed and caused others to commit at least one of the following overt acts, among others, in the District of Connecticut and elsewhere:

  a. On or about September 13, 2006, RIVERNIDER emailed PONTE with the terms of the investment plan for the Victim Investor Michael M. for an investment amount of $250,000.

  b. On or about May 14, 2007, PONTE emailed RIVERNIDER asking whether RIVERNIDER had a chance to finish the purported investment plan for the Victim Investor Richard B.

  c. Between July and August 2007, PONTE talked by telephone with the Victim Investor Maria M. on multiple occasions convincing her to invest with PONTE and RIVERNIDER.

  d. On or about July 20, 2007, PONTE talked by telephone with the Victim Investor Robben W. about the investment plan.

  e. On or about Labor Day Weekend, 2007, PONTE met with the Victim Investor Joel B. to discuss investing with PONTE and RIVERNIDER.

  f. In or about April 2007, PONTE talked by telephone with the Victim Investor Scott M. about the investment plan.

g.      On or about September 5, 2007, responding to an email from PONTE regarding the interest of the Victim Investor Louis C. in investing with PONTE and RIVERNIDER, RIVERNIDER emailed instructions to sell the plan to the investor and have Louis C. send in money.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO through EIGHT - Wire Fraud
### 18 U.S.C. §§ 1343 & 2

### The Scheme to Defraud the Victim Investors

22.     The allegations contained in Paragraphs 1, 2, 4-7, and 15-20 of this Indictment are realleged and incorporated as though fully set forth herein.

23.     From in or about June 2005 through in or about April 2008, in the District of Connecticut and elsewhere, defendants RIVERNIDER and PONTE knowingly, willfully and with intent to defraud devised and intended to devise a scheme and artifice to defraud the Victim Investors and to obtain money and property from these investors by means of materially false and fraudulent pretenses, representations and promises, which scheme and artifice is in substance set forth in ¶¶ 15-20 above.

24.     As a result of the scheme, PONTE and RIVERNIDER exposed the Victim Investors to a risk of loss, and the Victim Investors suffered significant losses.

### The Execution of the Scheme and Artifice to Defraud

25.     On or about the dates listed below, in the District of Connecticut and elsewhere, having devised and intended to devise a scheme and artifice to defraud the Victim Investors, and for obtaining money and property from the Victim Investors by means of materially false and fraudulent pretenses, representations and promises as set forth in ¶¶ 15-20 above, for the purpose of executing such aforementioned scheme and artifice, RIVERNIDER and PONTE transmitted

- 8 -

and caused to be transmitted by means of a wire and radio communication in interstate commerce, the following writings, signs, signals, pictures and sounds, with each wiring constituting a separate count of this Indictment as enumerated below:

| Count | Wiring Date (on or about) | Origin of Wiring | Destination of Wiring | Description | Victim Investor |
|---|---|---|---|---|---|
| 2 | 11/27/2006 | CT | NJ | Email between PONTE and Victim Investor Michael M. with wiring instructions | Michael M. |
| 3 | 6/1/2007 | CT | CA | Phone call between PONTE and Victim Investor Richard B. | Richard B. |
| 4 | 8/2/07 | NY | CT, FL | Email among PONTE's assistant, PONTE and RIVERNIDER regarding Victim Investor Maria M.'s potential investment | Maria M. |
| 5 | 9/8/07 | CT | CA, NY | Email from PONTE to PONTE's assistant and Victim Investor Robben W. with wiring instructions for potential investment | Robben W. |
| 6 | 9/07/2007 | CT | AZ | Phone call between PONTE and Victim Investor Joel B., following email communications between them | Joel B. |
| 7 | 9/12/2007 | CT | NM | Wire transfer of funds from Victim Investor Scott M. to Cut Above Ventures | Scott M. |
| 8 | 9/14/2007 | CT | NM | Wire transfer of funds from Victim Investor Louis C. to Cut Above Ventures | Louis C. |

All in violation of Title 18, United States Code, Sections 1343 & 2.

## COUNT NINE - CONSPIRACY
18 U.S.C. § 1349

26.    The allegations contained in Paragraphs 1-10 of this Indictment are realleged and incorporated as though fully set forth herein.

### The Conspiracy to Defraud the Victim Lenders and Victim Borrowers

27.    Beginning in November 2006 and continuing to in or about December 2007, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, defendants RIVERNIDER, PONTE, and SENECA did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with each other and others, known and unknown to the Grand Jury, to commit offenses against the United States, namely, to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property from the Victim Lenders, including affecting a financial institution, and the Victim Borrowers by means of materially false and fraudulent pretenses, representations and promises, and, for the purpose of executing and attempting to execute the scheme and artifice, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### Purpose of the Conspiracy

28.    The purpose of the conspiracy was for RIVERNIDER, PONTE, SENECA and others known and unknown to the Grand Jury to enrich themselves by defrauding the Victim Lenders to extend loans to finance the purchase of properties based on misinformation and by defrauding the Victim Borrowers into seeking such lending.

- 10 -

## Manner and Means of the Conspiracy

29.     The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, those set forth in ¶¶ 30-35.

30.     It was part of the conspiracy that RIVERNIDER, PONTE, and others would and did recruit the Victim Borrowers to take out financing to purchase various investment properties, primarily in Tennessee and Florida, with financing from the Victim Lenders. RIVERNIDER and PONTE typically represented to the Victim Borrowers that these properties would be passive investments and that PONTE and RIVERNIDER would be responsible for the details of the purchase, rental, maintenance and payment of the mortgages on the properties.

31.     It was part of the conspiracy that RIVERNIDER, PONTE, and others made material misrepresentations and material omissions and concealed material facts from the Victim Borrowers, including representing that RIVERNIDER and PONTE would arrange for the purchase of the properties by the Victim Borrowers at markedly discounted values.   In fact, RIVERNIDER and PONTE frequently marked up the purchase price of the properties to the Victim Borrowers often by as much as twenty-five percent without disclosing the increase in the purchase price.

32.     It was also part of the conspiracy that RIVERNIDER, PONTE and others represented that the investment properties would return to the Victim Borrowers sufficient monies to cover the carrying costs as well as reduce the Victim Borrowers' other debt burden, when RIVERNIDER, PONTE, and others knew that the returns would not produce such returns.

33.     It was part of the conspiracy that RIVERNIDER, PONTE, and others falsified certain of the Victim Borrowers' material financial information in order to obtain financing from the Victim Lenders to purchase the properties and either did not inform the Victim Borrowers of the misrepresentations or provided explanations for the figures that were inconsistent with what the lenders would allow.

34.     It was part of the conspiracy that RIVERNIDER, PONTE, SENECA and others caused to be represented in loan applications and other documents provided to the Victim Lenders a number of material misrepresentations, including, among others: (1) the true arms-length purchase price of the property (which was routinely markedly overstated); (2) the income earned by the respective Victim Borrower (which was routinely markedly overstated); (3) the assets of the Victim Borrower (which were often overstated); (4) the liabilities of the Victim Borrower (which were often understated); (5) the true earnest payments coming from the Victim Borrower (which were routinely fronted by RIVERNIDER, PONTE and SENECA); and (6) the true intended occupancy status of the properties (which, for example, were often represented to be second homes, when the intent was for them to be rental properties).

35.     It was part of the conspiracy that SENECA, a trained mortgage broker, was actively involved in the real estate transactions put together with RIVERNIDER and PONTE, including organizing and gathering many of the materials needed by the Victim Lenders, gathering certain information from the Victim Borrowers, providing certain comparables based on properties brokered by RIVERNIDER to be used for purportedly independent appraisals, and a range of other background tasks necessary for the relevant loans to close.

## Overt Acts

36. In furtherance of the conspiracy, and to accomplish its purposes and objects,

RIVERNIDER, PONTE, SENECA and others, known and unknown to the Grand Jury,

committed and caused others to commit at least one of the following overt acts, among others, in

the District of Connecticut and elsewhere:

a. On or about May 8, 2007, PONTE signed as a witness on closing documents involving the property purchased by the Victim Borrower Donna M.

b. On or about March 8, 2007, PONTE emailed the Victim Borrower Robert B., forwarding an email from RIVERNIDER regarding the contract for a Tennessee property.

c. On or about March 8, 2007, PONTE emailed to the wife of the Victim Borrower Curtis W., forwarding a contract for a Tennessee property.

d. On or about March 23, 2007, PONTE discussed by telephone with the Victim Borrower Robert C. investing in cabins or condos.

e. On or about May 16, 2007, RIVERNIDER emailed PONTE about a real estate deal for the Victim Borrower Lisa G.

f. On or about May 24, 2007, PONTE emailed the Victim Borrower Alfred V. real estate investment options.

g. On or about July 2, 2007, PONTE emailed RIVERNIDER with information on settlement for the Victim Borrower Bruce P.

h. On or about July 13, 2007, PONTE's assistant emailed PONTE the signed contract from the Victim Borrower Michael Mc. and also forwarded the contract by email to RIVERNIDER.

i. On or about November 2, 2007, PONTE emailed the Victim Borrower Joel B., seeking him to fax asset information to a mortgage consultant for a real estate purchase.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TEN through EIGHTEEN - Wire Fraud
18 U.S.C. §§ 1343 & 2

### Scheme to Defraud the Victim Lenders and the Victim Borrowers

37.     The allegations contained in Paragraphs 1-10, and 30-35 of this Indictment are realleged and incorporated as though fully set forth herein.

38.     From in or about November 2006 through in or about December 2007, in the District of Connecticut and elsewhere, defendants RIVERNIDER, PONTE, SENECA and others known and unknown to the Grand Jury knowingly, willfully and with intent to defraud devised and intended to devise a scheme and artifice to defraud the Victim Lenders, including affecting a financial institution, and the Victim Borrowers to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, which scheme and artifice is in substance set forth in ¶¶ 30-35.

39.     The Victim Lenders extended a number of loans to the Victim Borrowers to purchase properties primarily in Tennessee and Florida.   As a result of the scheme, the Victim Lenders and the Victim Borrowers were subjected to a risk of loss and suffered significant losses.

### The Execution of the Scheme and Artifice to Defraud

40.     On or about the dates listed below, in the District of Connecticut and elsewhere, having devised and intended to devise a scheme and artifice to defraud the Victim Borrowers and the Victim Lenders, and for obtaining money and property from the Victim Borrowers and the Victim Lenders by means of materially false and fraudulent pretenses, representations and promises as set forth in ¶¶ 30-35,  for the purpose of executing such aforementioned scheme and artifice, RIVERNIDER, PONTE and SENECA transmitted and caused to be transmitted by

- 14 -

means of a wire and radio communication in interstate commerce, the following writings, signs,

signals, pictures and sounds, with each wiring constituting a separate Count of this Indictment as

enumerated below:

| Count | Date of Wiring (on or about) | Origin of Wiring | Destination of Wiring | Description | Victim Lender (approx. closing date) | Victim Borrower |
|---|---|---|---|---|---|---|
| 10 | 3/19/2007 | FL | CT | Email from RIVERNIDER to PONTE regarding information for the loan for Victim Borrower Donna M. | Suntrust (5/8/07) | Donna M. |
| 11 | 3/08/2007 | CT | MI | Email from PONTE to Victim Borrower Robert B. forwarding email from RIVERNIDER for contract for Tennessee property | Suntrust (6/21/07) | Robert B. |
| 12 | 3/8/07 | CT | NY | Email from PONTE forwarding Victim Borrower Curtis W.'s wife a contract for a Tennessee property, to which she responds by email the same day | Suntrust (6/5/07) | Curtis W. |
| 13 | 3/23/07 | AZ | CT | Email from Victim Borrower Robert C. to PONTE regarding cabin/condos, following up a phone conversation | Suntrust (6/7/07) | Robert C. |

| Count | Date of Wiring (on or about) | Origin of Wiring | Destination of Wiring | Description | Victim Lender (approx. closing date) | Victim Borrower |
|---|---|---|---|---|---|---|
| 14 | 5/16/2007 | FL | CT | Email from RIVERNIDER to PONTE regarding a real estate deal with Victim Borrower Lisa G. | Wells Fargo (6/29/07) | Lisa G. |
| 15 | 5/24/2007 | CT | CO | Email from PONTE to Victim Borrower Alfred V. with investment options regarding condos | Wells Fargo (8/6/07) | Alfred V. |
| 16 | 7/2/2007 | CA | CT | Email from Victim Borrower Bruce P. to PONTE | Wells Fargo (6/29/07) | Bruce P. |
| 17 | 7/13/07 | NY | CT, FL | Email from PONTE's assistant to PONTE with the signed contract from Victim Borrower Mike Mc.; email also sent to RIVERNIDER | Wells Fargo (8/7/07) | Mike Mc. |
| 18 | 11/02/2007 | CT | AZ | Email from PONTE to Victim Borrower Joel B. seeking asset information for real estate deal | Wells Fargo (11/30/07) | Joel B. |

All in violation of Title 18, United States Code, Sections 1343 & 2.

## COUNT NINETEEN -- Tax Evasion (of Payment)
### 26 U.S.C. § 7201

### Background

41.     The allegations contained in Paragraphs 1-10, 15-20, 30-35 of this Indictment are realleged and incorporated as though fully set forth herein.

42.     During the 2001 calendar year, defendant PONTE earned taxable income by: the liquidation of two individual retirement accounts in his name held by the Vanguard Group, totaling $128,241; form W-2 wage income from his employment by Cognet Corp., totaling $57,635; and a form 1099-R pension distribution, totaling $13,935, relating to his withdrawal from the savings plan established by his former employer, Siemens Corporation.

43.     In the Spring of 2002, PONTE contacted a Certified Public Accountant he had used previously to prepare his federal personal income tax return for 2001. The accountant informed PONTE that he owed approximately $62,980 in taxes for the 2001 tax year. Despite credit for prior withholdings made by Cognet Corp. and a partial payment made by PONTE to seek an extension for the filing of the return until or about August 2002, PONTE remained with a significant outstanding tax liability. Thereafter the Internal Revenue Service (IRS) sent notices to PONTE of his continuing tax obligation, including that, in December 2003, the IRS notified him that the deficiency had grown to approximately $76,632, including penalties and interest. PONTE periodically continued to receive notices of deficiency relating to his 2001 deficiency, including notices in 2004, 2008, and 2009.

## Evasion of Payment

44.     In or about November 2003 until in or about February 2010, in the District of
Connecticut and elsewhere, PONTE did willfully attempt to evade and defeat the payment of a
large part of the income tax, penalties and interest due and owing by him to the United States of
America for the calendar year 2001, which by February 2010  totaled approximately $99,086, by
one or more affirmative acts of evasion, including the following acts while living and working in
Connecticut:

a.     having in October 2006 opened a non-interest bearing checking account in
the name of Falling Rock LLC, rather than in his own name, PONTE
caused to be deposited income earned from the illegal ventures identified
above in Counts One through Eighteen, including  $5000 on July 9, 2007;
$18,700 on August 17, 2007;  $49,750 on Sept. 26, 2007; and $5000 on
Nov. 7, 2007;

b.     between March 2007 and July 2008, PONTE  caused to be made from the
Falling Rock LLC account one or more payments for leasing or
maintaining a Mercedes stationwagon that was used primarily by him, but
leased in the name of a former girlfriend, those payments made on or
about the following dates March 9, April 17, June 8, June 26, July 5,
August 8, August 30, October 4, November 20, November 30, December
21, December 28, 2007, and February 29, March 28, May 2, May 27,  May
30, June 2, June 30, July 2, 2008, all totaling approximately $15,031;

- 18 -

c.      between January 2007 and February 2009, PONTE caused to be made one or more payments toward a residence where he resided alone or with a girlfriend that was owned in the name of another person, including payments made on or about:

    i.    April 23, Sept. 17, October 1, October 10, and October 15, 2007, and March 25, May 28, June 2, and June 6, 2008, and February 9, 2009 for property tax, sewage or water usage, totaling $5,288;

    ii.    January 4, May 2, June 4, and December 20, 2007 and January 7, February 20, 2008 for heating oil, totaling $5670;

    iii.    June 14, July 9, July 12, August 13, October 10, October 16, October 22, November 6, and December 3, 2007 and March 18, June 3, 2008 for landscaping expenses, totaling $12,561;

    iv.    September 5, 2007 for partial construction expenses for a pool, totaling $7,600;

    v.    September 24, 2007 and January 8, 2008 for a privacy fence, totaling $3,040.

All in violation of Title 26, United States Code, Section 7201.

<u>COUNT TWENTY – Tax Evasion (of Assessment)</u>
26 U.S.C. § 7201

45.    The allegations contained in Paragraphs 1-10, 15-20, 30-35, 44(a)-(c) of this Indictment are realleged as though fully set forth herein.

46.    During the calendar year 2007, defendant PONTE, a resident of Stonington, Connecticut, had received taxable income in the sum of approximately $242,364, which reflected monies obtained from Cut Above Ventures, commissions from No More Bills and two invoices for computer services rendered the Company. Upon that taxable income, there was owing to the United States of America an income tax of approximately $58,701. Well knowing and believing

the foregoing facts, PONTE, on or about April 15, 2008, in the District of Connecticut, did

willfully attempt to evade and defeat the income tax due and owing by him to the United States

of America for the calendar year by failing to make an income tax return on or before April 15,

2008, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay

to the Internal Revenue Service the income tax, and by one or more of the  affirmative acts of

evasion taken during the 2007 tax year and continuing on or after April 15, 2008, as identified

above at ¶ 44(a)-(c).

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

/s/

FOREPERSON

DAVID B. FEIN
UNITED STATES ATTORNEY

JOHN H. DURHAM
COUNSEL TO THE UNITED STATES ATTORNEY

CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | **JUDGMENT** |
| | 2013 DEC 23  A 10: 49 |
| V. | CASE NO. 3:10CR222(RNC) |
| | USM: 96006-004 |
| ROBERT RIVERNIDER | |

US DISTRICT COURT
HARTFORD CT

FILED

Government's Counsel:
John H. Durham
Christopher W. Schmeisser
U.S. Attorney's Office
157 Church Street, 23rd floor
New Haven, Connecticut 06510

Defendant's Counsel:
James W. Bergenn
Shipman & Goodwin
One Constitution Plaza
Hartford, Connecticut 06103-1919

The defendant pleaded guilty to Counts One through Eighteen of the Indictment. Accordingly, the defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Offense Concluded | Counts |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | April 2008 | 1 & 9 |
| 18 U.S.C. § 1343 | Wire Fraud | April 2008 | 2-8 |
| 18 U.S.C. § 1343 | Wire Fraud | April 2008 | 10-18 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court imposes a non-Guidelines sentence. A lengthy period of imprisonment is necessary in this case to adequately serve the purposes of a criminal sentence under 18 U.S.C. § 3553 in view of the nature, scope and duration of the fraudulent conduct of the defendant and his co-conspirators, the defendant's role as the leader of the conspiracy, and the extensive harm, both economic and non-economic, that was foreseeably caused to the numerous victims of the defendant's fraudulent schemes, especially the individual victims and their families. The extraordinarily long sentence suggested by U.S.S.G. § 2B1.1 is harsher than necessary, however, because the defendant is a 48 year old first offender with two young children, which makes any period of incarceration particularly punitive for him; he did not set out to cause harm; the harm caused by his fraudulent conduct was greatly increased by the collapse of the real estate market; any financial benefit he derived from the fraudulent schemes was minimal compared to the losses; and although his request for a diminished capacity departure under U.S.S.G. § 5K2.13 has been denied, he does appear to suffer from an untreated mental health condition that is present to an unusual degree and likely was a factor in his offense conduct.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 144 months on each of Counts 1 through 18, all terms to be served concurrently. The defendant will self-surrender to the facility designated by the Bureau of Prisons no later than 11:00 a.m. on January 29, 2014. In the absence of a designation, the defendant will self-surrender to a Bureau of Prisons facility as directed by the United States Marshal for the Southern District of Florida.

## RECOMMENDATIONS TO THE BUREAU OF PRISONS

The Court recommends to the Bureau of Prisons that the defendant be designated to serve his term of imprisonment at the following facilities in this order of preference: 1) FCI Miami Satellite Camp; 2) FCI Coleman; and 3) FPC Pensecola, FL.

## SUPERVISED RELEASE

The defendant will be on supervised release for a term of three years on each of Counts 1-8 and 10-13, and five years on each of Counts 9, and 14-18, all terms to run concurrently, subject to the mandatory and standard conditions of supervised release set forth below. In addition, the following special conditions are imposed:

1. The defendant will pay restitution at a rate of $500 per month. Monthly payments will be sent to the Clerk, U.S. District Court, 141 Church Street, New Haven, CT 06510. The monthly payment schedule may be adjusted based on the defendant's ability to pay as determined by the Probation Office and approved by the Court. The defendant will pay restitution in accordance with a restitution order that will be entered in this case at a later date.

2. The defendant will not incur credit card charges of more than $250, open additional lines of credit or incur other indebtedness without the prior permission of the Probation Office.

3. The defendant will provide the Probation Office with any requested financial information.

4. As directed by the Probation Office, the defendant will notify third parties of risks that may be occasioned by his criminal record or personal history and characteristics, and will permit the Probation Office to make such notifications and to confirm the defendant's compliance with this notification requirement.

5. The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the Probation Office. The defendant will pay all or part of the costs associated with this treatment based on his ability to pay in an amount to be determined by the Probation Office.

6. The defendant will perform 120 hours of community service under the direction of the Probation Office.

5. The defendant will not possess a firearm or other dangerous weapon.

6. The defendant will avoid all contact with the victims in this case, excluding members of his immediate family, without prior permission of the Probation Office.

## MONETARY PENALTIES

The defendant will pay a special assessment of $100 on each of Counts 1-18 for a total of $1,800.

## RESTITUTION

The defendant will pay restitution in accordance with the restitution order that will be entered in this case.

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence or mailing address until the restitution and special assessments imposed by this judgment are paid.

**DATE: December 18, 2013**
Date of Imposition of Sentence

/s/ Robert N. Chatigny, USDJ

Robert N. Chatigny, United States District Judge
Date: December 20, 2013

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

Joseph P. Faughnan
United States Marshal

By     _____
Deputy Marshal

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE _____**
**Roberta D. Tabora, Clerk**
**BY: _____**
     **Deputy Clerk**

**CONDITIONS OF SUPERVISED RELEASE**

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

## MANDATORY CONDITIONS

■ (1) The defendant shall not commit another federal, state or local offense;

■ (2) The defendant shall not unlawfully possess a controlled substance;

☐ (3) The defendant who is convicted for a domestic violence crime as defined in 18 U.S.C. section 3561(b) for the first time shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of the legal residence of the defendant;

☐ (4) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance;

☐ (5) If a fine is imposed and has not been paid upon release to supervised release, the defendant shall adhere to an installment schedule to pay that fine;

■ (6) The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with 18 U.S.C. section 3013;

■ (7) The defendant shall cooperate in the collection of a DNA sample from the defendant.

While on supervised release, the defendant shall also comply with all of the following Standard Conditions:

## STANDARD CONDITIONS

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;

2. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least ten days prior to any change of residence or employment; or if such notification is not possible, then within five days after such change;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment;

14. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

**The defendant shall report to the Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the U.S. Bureau of Prisons. Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision and impose a term of imprisonment, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.**

**These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.**

**(Signed)** _____     _____

                     **Defendant**                            **Date**

           _____     _____

           **U.S. Probation Officer/Designated Witness**         **Date**