UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-CV-22376

ROBERT H. RIVERNIDER,

      Petitioner,

vs.

DIRECTOR, FEDERAL BUREAU
OF PRISONS, et al.,

      Respondent.

_____/

## DECLARATION OF AUBREY WEBB

      I, Aubrey Webb, do hereby declare the following statement is true and correct to the best of my knowledge and belief.

1.      I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"). I am currently assigned as an Attorney-Advisor for the Consolidated Legal Center Miami, which oversees the Federal Detention Center in Miami, Florida ("FDC Miami"). As part of my duties, I have access to inmate records relating to the administrative remedy program, inmates' sentence computations, and the application of the First Step Act to their sentences.

2.      I make this declaration in response to the petition filed by Robert H. Rivernider ("Rivernider"), Federal Register Number 96006-004, who was an inmate at FDC Miami when he filed his initial petition and is currently an inmate at FCI Beckley. The statements I make hereinafter are made based on my review of the official files and records of the BOP, my own personal knowledge, or from information acquired by me through the performance of my official duties. I identified the following documents kept in the ordinary course of business as relevant to the issue, and I have attached true and correct copies of them to this declaration: Administrative Remedy Generalized Retrieval for Rivernider, generated on May 6, 2026, at Attachment 1; and Rivernider's Sentence Computation, generated on May 8, 2026, at Attachment 2.

### EXHAUSTION OF ADMINSTRATIVE REMEDIES

3.      The BOP's Administrative Remedy Program is an internal formal three-step grievance procedure by which inmates may complain about various aspects of their confinement. I performed a diligent search for any administrative remedy filings by Rivernider (Attachment 1). Rivernider has not filed an administrative remedy at any of the three levels (Warden, Region, or Central Office) regarding any of the issues raised in his current petition. (*Id.*) Therefore, Rivernider has not exhausted his administrative remedies. Also, Rivernider could have filed an administrative remedy with the Warden of FDC Miami, who has 20 days to respond, as he was

2

at FDC Miami from March 5, 2026, to April 8, 2026.

**FIRST STEP ACT (FSA)**

4. Inmates are not eligible to earn time credits prior to the date of the enactment of the First Step Act (December 21, 2018) or prior to their arrival at their designated facility. 18 U.S.C. § 3632(d)(4)(B); 28 C.F.R. § 523.42(a). Before Rivernider arrived at FCI Beckley, his designated facility, on April 15, 2026, he was temporarily held at FDC Miami from March 5, 2026, to April 8, 2026. Initially, Rivernider was taken into custody on June 23, 2025, on the violations of supervision and was held in custody at the Marion County Jail until December 23, 2025. From December 23, 2025, to March 3, 2026, he was at the Orange County Correctional Facility. And from March 3, 2026, to March 5, 2026, he was at the John E. Polk Correctional Facility, in Orlando before being transported to FDC Miami on March 5, 2026. He left FDC Miami on April 8, 2026, was temporarily held in various BOP institutions in Tallahassee and Atlanta as he was transported and arrived at FCI Beckley on April 15, 2026.

5. Inmates earn time credits for every thirty-day period in which they have successfully participated in Evidence-Based Recidivism Reduction ("EBRR") Programming or Productive Activities ("PAs") recommended based on the inmate's risk and needs assessment. *See* 18 U.S.C. § 3632(d)(4)(B). Inmates begin earning 10 days of time credits per 30-day period, but upon receiving two consecutive PATTERN assessments at a low or minimum recidivism risk begin earning 15 days of time credits per 30-day period. *See* 18 U.S.C. § 3632(d)(4)(B)(i & ii).

6. To successfully participate, an inmate must participate in EBRR Programs or PAs that the Bureau has recommended based on the inmate's individualized risk and needs assessment and comply with requirements of each EBBR Program or PAs. 28 C.F.R. § 523.41(c)(2). Inmates who do not complete the individualized risk and needs assessments cannot therefore participate in recommended programs and thus are not successfully participating. *See id*.

7. An inmate is not considered to be successfully participating if they are placed in a Special Housing Unit, designated outside the institution, temporarily transferred to the custody of another Federal or non-Federal government agency, placed in metal health or psychiatric holds, or are considered to have opted out by not participating in EBRR programs or PAs. 28 C.F.R. § 523.41(c)(4).

8. An inmate may lose earned time credits for violation of the requirement or rules of an EBRR Program or PAs. 28 C.F.R. § 523.43(a). Time credits lost for violation of the requirements or rules of a program may be restored by good conduct on a case-by-case basis. (*Id*.) Inmates may also lose earned time credits as a sanction for a violation of prison rules. 18 U.S.C. § 3632(e).

9. Rivernider is eligible to begin earning FSA time credits toward his new revocation sentence. Even though he has no supervision to follow his sentence, any time credits he earns may apply to being released to prerelease custody which can be home confinement or a residential reentry center.

10. Although his sentence computation at Attachment 2 states he is not eligible for FSA

time credits, I confirmed with his Unit Team at FCI Beckley that Rivernider is indeed eligible to earn FSA time credits toward prerelease custody, and this is merely an error that corrects itself when his next FSA time credit worksheet is computed in a few months.

11. Rivernider began earning FSA time credits when he arrived at FCI Beckley, his designated facility, on April 15, 2026. 18 U.S.C. § 3632(d)(4)(B); 28 C.F.R. § 523.42(a).

### RIVERNIDER'S SENTENCE COMPUTATION

12. The Bureau of Prisons classifies a revocation sentence as a new sentence that is separate and distinct from an inmate's original sentence pursuant to 28 C.F.R. § 2.35(b). All unused credits earned during the original incarceration terminate when an inmate is released from prison to supervision or parole. (*Id.*)

13. As to his revocation sentence, BOP credited him for 170 days of jail credit from his initial arrest on June 25, 2025, until December 11, 2025. (Attachment 2). His revocation sentence commenced on December 12, 2025, when he was sentenced on the revocation. (*Ibid*.) He is projected to earn 162 days of good time credits, barring any disciplinary issues. And he is projected to be eligible for home detention on September 28, 2027, with a statutorily projected release date of January 14, 2028.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, pursuant to 28 U.S.C. § 1746.  Executed on May 13, 2026.

*Aubrey Webb*
Aubrey Webb
Consolidated Legal Center
Bureau of Prisons
Miami, Florida

# Attachment 1

```
  MIMJF              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 001 OF                                                                14:46:29
      FUNCTION: L-P SCOPE: REG    EQ 96006-004      OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___      ___      ___      ___      ___      ___
        TYPE: ___      ___      ___      ___      ___      ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




  G0002      MORE PAGES TO FOLLOW . . .
```

```
  MIMJF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 002 OF       *           FULL SCREEN FORMAT                *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L    RCV OFC: EST
REMEDY ID: 877524-F1      SUB1: 30AC SUB2:     DATE RCV:   09-29-2016
UNT  RCV..:UNT F          QTR RCV.: F04-420L       FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F04-420L       FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:  WED  10-19-2016
ABSTRACT.: JAIL CREDIT
STATUS DT: 10-11-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-29-2016
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L    RCV OFC: SER
REMEDY ID: 877524-R1      SUB1: 30AC SUB2:     DATE RCV:   10-21-2016
UNT  RCV..:UNT F          QTR RCV.: F04-420L       FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F04-420L       FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:
ABSTRACT.: JAIL CREDIT
STATUS DT: 10-21-2016  STATUS CODE: REJ STATUS REASON: LEG RSR
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 10-21-2016
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 003 OF        *            FULL SCREEN FORMAT              *       14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP                QTR.: E03-127L    RCV OFC: SER
REMEDY ID: 877524-R2      SUB1: 30AC SUB2:       DATE RCV:   11-17-2016
UNT  RCV..:UNT F         QTR RCV.: F04-420L       FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F04-420L       FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:  SAT  12-17-2016
ABSTRACT.: REQ. JAIL CREDIT
STATUS DT: 12-12-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-17-2016
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP                QTR.: E03-127L    RCV OFC: BOP
REMEDY ID: 877524-A1      SUB1: 30AC SUB2:       DATE RCV:   01-23-2017
UNT  RCV..:UNT F         QTR RCV.: F02-222L       FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F04-420L       FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:
ABSTRACT.: JAIL CREDIT
STATUS DT: 02-03-2017  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 02-03-2017
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 004 OF       *             FULL SCREEN FORMAT              *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP            QTR.: E03-127L   RCV OFC: BOP
REMEDY ID: 877524-A2      SUB1: 30AC SUB2:      DATE RCV:   03-06-2017
UNT  RCV..:UNT F          QTR RCV.: F02-222L      FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F04-420L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:
ABSTRACT.: JAIL CREDIT
STATUS DT: 03-23-2017  STATUS CODE: REJ STATUS REASON: IRQ RSA OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-23-2017
REMARKS..: PROVIDE MISSING BP-9 FORM AND WARDEN'S RESPONSE.
           SECOND REJECTION FOR SAME ISSUE.



REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP            QTR.: E03-127L   RCV OFC: BOP
REMEDY ID: 877524-A3      SUB1: 30AC SUB2:      DATE RCV:   04-06-2017
UNT  RCV..:UNT F          QTR RCV.: F02-222L      FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F04-420L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:
ABSTRACT.: JAIL CREDIT
STATUS DT: 04-20-2017  STATUS CODE: REJ STATUS REASON: IRQ RSA OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-20-2017
REMARKS..: GET HELP FROM UNIT TEAM. YOU ARE MISSING BP-9 FORM
           AND BP-9 RESPONSE DATED 10-11-16.
```

```
 MIMJF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 005 OF       *           FULL SCREEN FORMAT             *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP               QTR.: E03-127L    RCV OFC: EST
REMEDY ID: 902422-F1      SUB1: 30ZC SUB2:      DATE RCV:   05-17-2017
UNT  RCV..:UNT F        QTR RCV.: F02-224L      FACL RCV: EST
UNT  ORG..:UNT F        QTR ORG.: F02-224L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1                  RESP DUE:  TUE  06-06-2017
ABSTRACT.: REQUESTS JAIL TIME CREDIT
STATUS DT: 06-06-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 05-18-2017
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP               QTR.: E03-127L    RCV OFC: BOP
REMEDY ID: 877524-A4      SUB1: 30AC SUB2:      DATE RCV:   05-30-2017
UNT  RCV..:UNT F        QTR RCV.: F02-224L      FACL RCV: EST
UNT  ORG..:UNT F        QTR ORG.: F04-420L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  2 BOP  4   RESP DUE:  SAT  07-29-2017
ABSTRACT.: JAIL CREDIT
STATUS DT: 06-12-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 06-06-2017
REMARKS..:
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
  MIMJF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     05-06-2026
PAGE 006 OF      *              FULL SCREEN FORMAT              *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: EST
REMEDY ID: 955014-F1     SUB1: 13ZC SUB2:      DATE RCV:   09-27-2018
UNT  RCV..:UNT F        QTR RCV.: F02-224L     FACL RCV: EST
UNT  ORG..:UNT F        QTR ORG.: F02-224L     FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1         RESP DUE:  TUE  11-06-2018
ABSTRACT.: REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC
STATUS DT: 10-19-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-27-2018
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: EST
REMEDY ID: 957317-F1     SUB1: 33FC SUB2:      DATE RCV:   10-18-2018
UNT  RCV..:UNT F        QTR RCV.: F02-224L     FACL RCV: EST
UNT  ORG..:UNT F        QTR ORG.: F02-224L     FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1 BOP  1  RESP DUE:  WED  11-07-2018
ABSTRACT.: LEGAL MAIL MARKING COMPLAINT
STATUS DT: 11-07-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-18-2018
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
 MIMJF              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 007 OF        *              FULL SCREEN FORMAT              *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: SER
REMEDY ID: 955014-R1     SUB1: 13ZC SUB2:      DATE RCV:   11-16-2018
UNT  RCV..:UNT F         QTR RCV.: F02-224L     FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L     FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1        RESP DUE:  SUN  12-16-2018
ABSTRACT.: REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC
STATUS DT: 12-20-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 12-18-2018
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: SER
REMEDY ID: 957317-R1     SUB1: 33FC SUB2:      DATE RCV:   11-16-2018
UNT  RCV..:UNT F         QTR RCV.: F02-224L     FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L     FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1 BOP  1  RESP DUE:  SUN  12-16-2018
ABSTRACT.: LEGAL MAIL MARKING COMPLAINT
STATUS DT: 01-31-2019  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 12-18-2018
REMARKS..:
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
   MIMJF           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     05-06-2026
PAGE 008 OF      *              FULL SCREEN FORMAT              *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP                QTR.: E03-127L   RCV OFC: EST
REMEDY ID: 963382-F1      SUB1: 33IC SUB2:       DATE RCV:   12-10-2018
UNT  RCV..:UNT F         QTR RCV.: F02-224L      FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:                       RESP DUE:
ABSTRACT.: LAW LIBRARY REQUEST
STATUS DT: 12-10-2018  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 12-21-2018
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP                QTR.: E03-127L   RCV OFC: SER
REMEDY ID: 968379-R1      SUB1: 25ZM SUB2:       DATE RCV:   12-17-2018
UNT  RCV..:UNT F         QTR RCV.: F02-224L      FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L      FACL ORG: EST
EVT FACL.: EST    ACC LEV:                       RESP DUE:
ABSTRACT.: LOCKDOWN PROCEDURES
STATUS DT: 02-20-2019  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-20-2019
REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

```
 MIMJF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 009 OF      *            FULL SCREEN FORMAT             *      14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: SER
REMEDY ID: 968383-R1      SUB1: 25ZM SUB2:     DATE RCV:   12-17-2018
UNT  RCV..:UNT F          QTR RCV.: F02-224L    FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F02-224L    FACL ORG: EST
EVT FACL.: EST    ACC LEV:                      RESP DUE:
ABSTRACT.: LOCKDOWN PROCEDURES
STATUS DT: 02-20-2019  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 02-20-2019
REMARKS..:




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: BOP
REMEDY ID: 957317-A1      SUB1: 33FC SUB2:     DATE RCV:   03-15-2019
UNT  RCV..:UNT F          QTR RCV.: F02-214L    FACL RCV: EST
UNT  ORG..:UNT F          QTR ORG.: F02-224L    FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1 BOP  1   RESP DUE:  TUE  05-14-2019
ABSTRACT.: LEGAL MAIL MARKING COMPLAINT
STATUS DT: 06-06-2019  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 04-11-2019
REMARKS..:
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 010 OF       *              FULL SCREEN FORMAT              *       14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: BOP
REMEDY ID: 955014-A1     SUB1: 13ZC SUB2:     DATE RCV:   05-08-2019
UNT  RCV..:UNT F         QTR RCV.: F02-214L    FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L    FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1        RESP DUE:
ABSTRACT.: REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC
STATUS DT: 06-06-2019  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 06-04-2019
REMARKS..: ACCEPTED IN ERROR




REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP              QTR.: E03-127L   RCV OFC: BOP
REMEDY ID: 955014-A2     SUB1: 13ZC SUB2:     DATE RCV:   05-08-2019
UNT  RCV..:UNT F         QTR RCV.: F02-214L    FACL RCV: EST
UNT  ORG..:UNT F         QTR ORG.: F02-224L    FACL ORG: EST
EVT FACL.: EST    ACC LEV:  EST  1 SER  1        RESP DUE:
ABSTRACT.: REQUEST HOME CONFINEMENT/COMMUNITY CUSTODY CLASSIFIC
STATUS DT: 06-07-2019  STATUS CODE: REJ STATUS REASON: MEM RSA
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 06-07-2019
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
 MIMJF           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-06-2026
PAGE 011 OF 011 *              FULL SCREEN FORMAT            *       14:46:29


REGNO: 96006-004 NAME: RIVERNIDER, ROBERT
RSP OF...: BEC UNT/LOC/DST: 5 SCP             QTR.: E03-127L   RCV OFC: EST
REMEDY ID: 1012002-F1     SUB1: 13GC SUB2:    DATE RCV:   03-27-2020
UNT  RCV..:UNT F        QTR RCV.: F02-214L    FACL RCV: EST
UNT  ORG..:UNT F        QTR ORG.: F02-214L    FACL ORG: EST
EVT FACL.: EST    ACC LEV:                    RESP DUE:
ABSTRACT.: REJECTED. INMATE WANTS A COMPASSIONATE RELEASE.
STATUS DT: 03-30-2020  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-30-2020
REMARKS..:




         19 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment 2

```
 MIMJF           *           PUBLIC INFORMATION          *      05-08-2026
PAGE 001         *              INMATE DATA              *      11:33:21
                             AS OF 05-08-2026


REGNO..: 96006-004 NAME: RIVERNIDER, ROBERT


                    RESP OF: BEC
                    PHONE..: 304-252-9758   FAX: 304-256-4956
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  60
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-14-2028                     PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF          *           PUBLIC INFORMATION          *      05-08-2026
PAGE 002         *              INMATE DATA              *      11:33:21
                            AS OF 05-08-2026


REGNO..: 96006-004 NAME: RIVERNIDER, ROBERT


                    RESP OF: BEC
                    PHONE..: 304-252-9758     FAX: 304-256-4956
FSA ELIGIBILITY STATUS IS: INELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


HOME DETENTION ELIGIBILITY DATE....: 09-28-2027


THE INMATE IS PROJECTED FOR RELEASE: 01-14-2028 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------


COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 5:24-CR-138-TPB-PRL
JUDGE...........................: BARBER
DATE SENTENCED/PROBATION IMPOSED: 12-18-2013
DATE SUPERVISION REVOKED........: 12-12-2025
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 04-15-2026
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $1,800.00       $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 820     COMMUNICATIONS ACT

OFF/CHG: 18:1349 CONSPIRACY TO COMMIT WIRE FRAUD, CT 1 & 9
         18:1343 WIRE FRAUD, CT.S 2-8 & CT'S 10-18

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     3 YEARS
 DATE OF OFFENSE................: 04-01-2008




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *            PUBLIC INFORMATION           *      05-08-2026
PAGE 003          *                INMATE DATA              *      11:33:21
                               AS OF 05-08-2026


REGNO..: 96006-004 NAME: RIVERNIDER, ROBERT


                      RESP OF: BEC
                      PHONE..: 304-252-9758    FAX: 304-256-4956
------------------------CURRENT COMPUTATION NO: 020 -------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-10-2026 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-12-2026 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 12-12-2025
TOTAL TERM IN EFFECT............:    3 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 04-01-2008

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    06-25-2025    12-11-2025


TOTAL PRIOR CREDIT TIME.........: 170
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-14-2028
ELDERLY OFFENDER TWO THIRDS DATE: 06-25-2027
EXPIRATION FULL TERM DATE.......: 06-24-2028
TIME SERVED.....................:   10 MONTHS    14 DAYS
PERCENTAGE OF FULL TERM SERVED..:  29.0
PERCENT OF STATUTORY TERM SERVED:  34.0

PROJECTED SATISFACTION DATE.....: 01-14-2028
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MIMJF          *          PUBLIC INFORMATION          *        05-08-2026
PAGE 004           *             INMATE DATA              *        11:33:21
                            AS OF 05-08-2026


REGNO..: 96006-004 NAME: RIVERNIDER, ROBERT


                   RESP OF: BEC


HOME DETENTION ELIGIBILITY DATE: 06-08-2023


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-14-2020 VIA CMPSNT REL


-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION..........: CONNECTICUT
DOCKET NUMBER..................: 3:10CR222(RNC)
JUDGE..........................: CHATIGNY
DATE SENTENCED/PROBATION IMPOSED: 12-18-2013
DATE COMMITTED.................: 01-29-2014
HOW COMMITTED.................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $1,800.00       $00.00         $00.00       $00.00


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00


-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  158     18:1030 FRAUD COMPUTERS


OFF/CHG: 18:1349 CONSPIRACY TO COMMIT WIRE FRAUD, CT 1 & 9
         18:1343 WIRE FRAUD, CT.S 2-8 & CT'S 10-18


 SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   144 MONTHS
 TERM OF SUPERVISION...........:     5 YEARS
 DATE OF OFFENSE...............: 04-01-2008




 G0002      MORE PAGES TO FOLLOW . . .
```

```
   MIMJF          *          PUBLIC INFORMATION          *        05-08-2026
PAGE 005 OF 005 *              INMATE DATA               *        11:33:21
                          AS OF 05-14-2020


 REGNO..: 96006-004 NAME: RIVERNIDER, ROBERT


                    RESP OF: BEC
                    PHONE..: 304-252-9758    FAX: 304-256-4956
 -------------------------PRIOR COMPUTATION NO: 010 -------------------------


 COMPUTATION 010 WAS LAST UPDATED ON 02-05-2020 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 02-04-2014 BY DESIG/SENTENCE COMPUTATION CTR


 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 010:   010 010


 DATE COMPUTATION BEGAN..........: 01-29-2014
 TOTAL TERM IN EFFECT............:   144 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS
 EARLIEST DATE OF OFFENSE........: 04-01-2008


 JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                     11-05-2010    03-18-2011


 TOTAL PRIOR CREDIT TIME.........: 134
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 648
 TOTAL GCT EARNED................: 324
 STATUTORY RELEASE DATE PROJECTED: 12-08-2023
 ELDERLY OFFENDER TWO THIRDS DATE: 09-17-2021
 EXPIRATION FULL TERM DATE.......: 09-16-2025
 TIME SERVED.....................:     6 YEARS      7 MONTHS     28 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  55.4
 PERCENT OF STATUTORY TERM SERVED:  65.1


 ACTUAL SATISFACTION DATE........: 05-14-2020
 ACTUAL SATISFACTION METHOD......: CMPSNT REL
 ACTUAL SATISFACTION FACILITY....: EST
 ACTUAL SATISFACTION KEYED BY....: JLD


 DAYS REMAINING..................: 1951
 FINAL PUBLIC LAW DAYS...........: 0










 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```