# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**ROBERT H. RIVERNIDER, JR.,**
Petitioner, pro se,

v.

**WARDEN, FDC MIAMI,**
Respondent.

Case No. **1:26-cv-22376-DMM**



---

# PETITIONER'S NOTICE OF
# SUPPLEMENTAL AUTHORITY

Petitioner Robert H. Rivernider, Jr., proceeding pro se, respectfully files this Notice of Supplemental Authority in support of his pending Second Amended Petition under 28 U.S.C. § 2241, Reply, and Supplement.

Petitioner submits **United States v. Barrus**, No. 23-10154, 2024 U.S. App. LEXIS 111 (11th Cir. Jan. 3, 2024), as supplemental authority.

In **Barrus**, the Eleventh Circuit recognized that punishment imposed after revocation of supervised release constitutes a modification of the original sentence, not punishment for a new criminal prosecution. This authority is directly relevant because Respondent and BOP are treating Petitioner's 36-month revocation sentence in Middle District of Florida Case No. **5:24-**

1

**cr-138-TPB-PRL** as a new standalone sentence disconnected from the original District of Connecticut criminal case, **United States v. Rivernider, No. 3:10-cr-222.**

Petitioner respectfully submits that **Barrus** supports his position that the revocation sentence is legally connected to the original Connecticut sentence and supervised-release term. The Florida case number was created because supervised-release jurisdiction was transferred. It did not create a new criminal prosecution, a new underlying offense, or a sentence divorced from the original Connecticut judgment.

This matters because BOP's DSCC computation response calculates Petitioner's custody only under the Florida revocation docket and ignores the approximately **80 months** Petitioner already served on the original Connecticut sentence. Petitioner contends that BOP must recognize the revocation sentence as a modification or continuation of the original sentence and must address aggregation under **18 U.S.C. § 3584(c)**, Good Conduct Time under **18 U.S.C. § 3624(b)**, and First Step Act credits under **18 U.S.C. § 3632(d)(4)**.

Accordingly, Petitioner respectfully requests that the Court consider **United States v. Barrus** together with the authorities already cited, including **Johnson v. United States**, 529 U.S. 694 (2000), **Mont v. United States**, 139 S. Ct. 1826 (2019), **Giovinco v. Pullen**, 118 F.4th 527 (2d Cir. 2024), and **Gonzalez v. Herrera**, 151 F.4th 1076 (9th Cir. 2025), in ruling on Petitioner's pending § 2241 claims.

Petitioner further requests that the Court order BOP to explain why it is calculating the revocation sentence as a standalone Florida sentence rather than as a modification or continuation of the original Connecticut sentence.

2

Respectfully submitted,

Dated: June 8, 2026

*Robert Rivernider*

With Permission

ELECTRONIC SIGNATURE:/s/ Robert Rivernider
Robert Rivernider, Pro Se


Robert Rivernider
Reg. No. 96006-004
FCI Beckley Satellite Prison Camp
P.O. Box 350
Beaver, WV 25813
Petitioner, pro se

3

# CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2026, I placed a true and correct copy of the foregoing **Petitioner's Notice of Supplemental Authority** U.S. Mail, addressed to:

**Alicia E. Shick**
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394

Counsel for Respondent

Respectfully submitted,

*Robert Rivernider*

With Permission

ELECTRONIC SIGNATURE:/s/ Robert Rivernider
Robert Rivernider, Pro Se


Robert Rivernider
Reg. No. 96006-004
FCI Beckley Satellite Prison Camp
P.O. Box 350
Beaver, WV 25813
Petitioner, pro se

4

PRESS FIRMLY TO SEAL

 SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00051

 how2recycle.info
PAPER POUCH

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE** ® | **PRIOR MAI**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of co

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Packa
scan the QR co



USPS.COM/PICK

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE** ® — **Click-N-Ship**®

usps.com
$11.12
US POSTAGE

9405 5301 0935 5387 1539 76 0111 2001 0003 3401

U.S. POSTAGE PAID

06/01/2026
1 lb 0 oz          Mailed from 34785   8031S7787450393

### PRIORITY MAIL®

ROBERT RIVERNIDER
14 S BOBWHITE RD
WILDWOOD FL 34785-9011

Created 2026-06-01
Flat Rate Envelope
RDC 03

C028

SOUTHERN DISTRICT OF FLORIDA
CLERK OF THE COURT
701 CLEMATIS ST RM 202
WEST PALM BEACH FL 33401-5113

USPS TRACKING #

9405 5301 0935 5387 1539 76

Legal Mail Case No. 26-926

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025. All rights reserved.

SKNA