# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**ROBERT RIVERNIDER,**
Petitioner,

v.

**WARDEN, FEDERAL DETENTION CENTER MIAMI,**
Respondent.



FILE Y _PCS_ D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Case No. **1:26-cv-22376-DMM**

**MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Petitioner Robert Rivernider respectfully moves, pursuant to Federal Rule of Appellate

Procedure 24(a), for leave to proceed **in forma pauperis** on appeal.

Petitioner is incarcerated at FCI Beckley Satellite Camp and is indigent. He lacks sufficient

financial resources to pay the appellate filing fee.

This appeal is taken in good faith and is not frivolous. Petitioner intends to present the following

issues on appeal:

1. Whether the District Court erred in dismissing the Petition for Writ of Habeas Corpus

   under 28 U.S.C. § 2241 for failure to exhaust administrative remedies.

2. Whether exhaustion should have been excused because further administrative review

   would have been futile and incapable of providing timely and effective relief.

3. Whether the Bureau of Prisons improperly computed Petitioner's sentence by treating the

   supervised-release revocation imprisonment as a new sentence rather than as part of the

   original sentence for administrative purposes.

1

These issues present substantial questions of law and are not frivolous.

WHEREFORE, Petitioner respectfully requests that this Court grant leave to proceed **in forma**

**pauperis** on appeal.

Respectfully submitted,

/s/ Robert Rivernider

Robert Rivernider
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813

Date: July 10, 2026

# CERTIFICATE OF SERVICE

I certify that on July 10, 2026, a true and correct copy of the foregoing Motion to Proceed In Forma Pauperis on Appeal was placed in the United States Mail, postage prepaid, addressed to:

George E. Doty III
Assistant United States Attorney
Counsel for Respondent
United States Attorney's Office
Southern District of Florida
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Respectfully submitted,

/s/ Robert Rivernider

Case 1:26-cv-22376-DMM   Document 40   Entered on FLSD Docket 07/15/2026   Page 4 of 4

Robert Ruzrnider
14 S. Bobwhite Rd
Wildwood. FL 34785

ORLANDO FL 328
13 JUL 2026 · PM 4 · L
250

Clerk of the Court
Southern District of FL
201 Clematis St    Rm 202
West Palm Beach   FL  33401

33401-511352