# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**ROBERT RIVERNIDER,**
Petitioner,

v.

**WARDEN, FEDERAL DETENTION CENTER MIAMI,**
Respondent.



FILE ‘Y ____ D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Case No. 1:26-cv-22376-DMM**

## CERTIFICATE THAT NO TRANSCRIPTS WILL BE ORDERED

Pursuant to Federal Rule of Appellate Procedure 10(b) and the Eleventh Circuit's Docketing Notice dated July 9, 2026, Petitioner certifies that no transcripts will be ordered for purposes of this appeal.

This appeal concerns the dismissal of a petition for writ of habeas corpus under 28 U.S.C. § 2241 on legal grounds. The issues presented involve legal rulings based upon the written record, and no hearing transcripts are necessary for resolution of the appeal.

Respectfully submitted,

/s/ Robert Rivernider

Robert Rivernider
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813

Date: July 10, 2026

1

# CERTIFICATE OF SERVICE

I certify that on July 10, 2026, a true and correct copy of the foregoing **Certificate That No Transcripts Will Be Ordered** was placed in the United States Mail, postage prepaid, addressed to:

George E. Doty III
Assistant United States Attorney
United States Attorney's Office
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Respectfully submitted,

/s/ Robert Rivernider

Robert Rivernider

# DECLARATION REGARDING ELECTRONIC SIGNATURE AND THIRD-PARTY MAILING

I, **Robert Rivernider**, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the documents accompanying this filing, including any motions, certificates, declarations, or other pleadings bearing the electronic signature **"/s/ Robert Rivernider,"** are submitted with my knowledge and authorization.

Because I am incarcerated at **FCI Beckley Satellite Camp**, I am unable to personally sign and timely mail these documents before the applicable filing deadlines. Accordingly, these documents are being prepared and mailed on my behalf by a third party.

I respectfully request that the Court accept the electronic signature appearing on the accompanying filings. If the Court requires an original handwritten signature, I respectfully request leave to supplement the record with a manually signed copy rather than reject or dismiss the filing based solely on the absence of a handwritten signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2026.

Respectfully submitted,

/s/ Robert Rivernider

**Robert Rivernider**
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813