UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22376-CV-MIDDLEBROOKS

ROBERT RIVERNIDER,

      Petitioner,

vs.

WARDEN, FEDERAL
DETENTION CENTER,

      Respondent.

_____/

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court on the *pro se* "Motion to Proceed *In Forma Pauperis on Appeal*" ("IFP Motion") brought by Petitioner Robert Rivernider ("Petitioner") and filed by the Clerk of Court on July 15, 2026.  (DE 40).  Petitioner contends he is indigent and without funds to pay for the costs of an appeal.  (*Id.*). Petitioner wishes to appeal the dismissal of his amended petition for writ of habeas corpus ("Amended Petition") brought pursuant to 28 U.S.C. § 2241. (*Id.* at 1).  For the reasons set forth below, the IFP Motion is **DENIED**.

Applications to appeal *in forma pauperis* are governed by 28 U.S.C. § 1915 and Federal Rule Appellate Procedure 24.  A court of the United States may authorize a party to proceed *in forma pauperis* ("IFP") upon an affidavit of indigency.  *See* 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(1).  An appeal, however, "may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3); *accord* Fed. R. App. P. 24(a)(3)(A).  A party who seeks appellate review of an issue does so in good faith if the issue is not frivolous from an objective standard.  *See Coppedge v. United States,* 369 U.S. 438, 445 (1962).  An IFP application is frivolous "if it is without arguable merit either in law or fact."

*Napier v. Preslicka,* 314 F.3d 528, 531 (11th Cir. 2002).  Alternatively, where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed.  *See Cofield v. Ala. Pub. Serv. Comm'n,* 936 F.2d 512, 515 (11th Cir. 1991).

Petitioner has filed a Notice of Appeal (DE 36) and IFP Motion (DE 40) following entry of my Order (DE 35) dismissing and/or otherwise denying his § 2241 Amended Petition (DE 6). After review of the IFP Motion, the pertinent portions of the record, and relevant authorities, I find there are no non-frivolous issues which Petitioner could potentially raise in an appeal. Accordingly, the IFP Motion (DE 40) is **DENIED.**

**SIGNED** in Chambers at West Palm Beach, Florida, this <u>16th</u> day of July, 2026.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Robert Rivernider,** *Pro Se*
Reg. No. 96006-004
Federal Correctional Institution-Beckley
Inmate Mail/Parcels
P.O. Box 350
Beaver, WV  25813

**Alicia E. Shick, AUSA**
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL  33394
Email:  Alicia.Shick@usdoj.gov